AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-cr-00155 |
| Carlos E. Kepke | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States.

Date:   04/16/2021

/s/ Corey Smith
*Attorney's signature*

Corey Smith, 553615 (Massachusetts)
*Printed name and bar number*
U.S. Department of Justice
Tax Division, Western Criminal Enforcement Section
150 M Street NE, Room 2.208
Washington, DC 20002
*Address*

corey.smith@usdoj.gov
*E-mail address*

(202) 514-5230
*Telephone number*

(202) 514-9623
*FAX number*