1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MICHAEL G. PITMAN (DCBN 484164)
   Assistant United States Attorney
5  150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
6  Telephone:    (408) 535-5040
   Facsimile:    (408) 535-5081
7  Email: michael.pitman@usdoj.gov

8  COREY J. SMITH (MABN 553615)
   Senior Litigation Counsel
9  United States Department of Justice

10 Attorneys for United States of America

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14 | UNITED STATES OF AMERICA,        | Criminal No. 3:21-CR-00155-JD
15 |     Plaintiff,                   | STIPULATION TO EXCLUDE TIME
   |                                  | FROM APRIL 22, 2021 THROUGH
16 |     v.                           | JUNE 30, 2021 AND [PROPOSED] ORDER
17 | CARLOS E. KEPKE,
18 |     Defendant.
19

20      It is hereby stipulated by and between counsel for the United States and counsel for the

21 Defendant Carlos E. Kepke, that time be excluded under the Speedy Trial Act from April 22, 2021

22 through June 30, 2021.

23      At the initial appearance held on April 22, 2021, the government and counsel for Defendant

24 agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to

25 prepare, including by reviewing the discovery to be produced.  The government and counsel for

26 Defendant further hereby stipulate and agree that this matter is complex, as defined in 18 U.S.C. §

27 3161(h)(7)(B)(ii), due to the breadth and duration of the conduct alleged in the Indictment, and the

28 government's representation that discovery will be voluminous.

For these reasons, and as further stated on the record at the initial appearance, the parties stipulate and agree to exclude time until June 30, 2021, and further stipulate and agree that the ends of justice served by excluding the time from April 22, 2021 through June 30, 2021 from computation under the Speedy Trial Act outweighs the best interests of the public and Defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), (h) (7)(B)(ii), (h)(7)(B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for Defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

STEPHANIE M. HINDS
Acting United States Attorney

s/ Michael G. Pitman
MICHAEL G. PITMAN
Assistant United States Attorney
COREY J. SMITH
Senior Litigation Counsel

Attorneys for United States of America


s/ Grant P. Fondo
GRANT P. FONDO

Appearing Specially for Defendant Carlos E. Kepke


[PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on April 22, 2021 and for good cause shown, the Court finds that time should be excluded from April 22, 2021 through June 30, 2021 under the Speedy Trial Act because of the complexity of the case, and also that failing to exclude the time from April 22, 2021 through June 30, 2021 would unreasonably deny defense counsel and Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), (h) (7)(B)(ii), (h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from April 22, 2021 to June 30, 2021 from computation under the Speedy Trial Act outweigh the best interests of

the public and Defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 22, 2021 through June 30, 2021 shall be excluded from computation under the Speedy Trial Act.

IT IS SO ORDERED.

DATED: _____

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge