**PROPOSED ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Jacqueline Scott Corley<br>U.S. Magistrate Judge | **RE:** | Carlos Kepke |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:21-cr-00155-JD-1 |
| **Date:** | 6/8/21 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Pepper Friesen                                                                   415-436-7516

U.S. Pretrial Services Officer                                          **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____    Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[X] Modification(s)

    A.    The following conditions will be **removed** from the defendant's bond:

        1. Defendant must submit to supervision by Pretrial Services and must report immediately upon release and thereafter as directed by Pretrial Services;

        2. Defendant must not change residence or telephone number without prior approval of Pretrial Services

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

Dasted: June 9, 2021

GRANTED
Jacqueline Scott Corley
Judge Jacqueline Scott Corley