UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minutes

Date: June 30, 2021                                                                 Judge: Hon. James Donato

Time: 2 Minutes

Case No.       **3:21-cr-00155-JD-1**
Case Name     **USA v. Carlos E. Kepke**

Attorney(s) for Plaintiff(s):     Christopher Magnani
Attorney(s) for Defendant(s):  Grant Fondo

Deputy Clerk: Lisa R. Clark                                                   Court Reporter: Ana Dub

PROCEEDINGS

Status -- Held (by remote access)

NOTES AND ORDERS

    A status conference is set for October 13, 2021, at 10:30 a.m. Time is excluded under the Speedy Trial Act between June 30, 2021, and October 13, 2021, for effective preparation of counsel.

1