1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MICHAEL G. PITMAN (DCBN 484164)
   Assistant United States Attorney
5  150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
6  Telephone:    (408) 535-5040
   Facsimile:    (408) 535-5081
7  Email: michael.pitman@usdoj.gov

8  COREY J. SMITH (MABN 553615)
   Senior Litigation Counsel
9  United States Department of Justice

10 Attorneys for United States of America

11                      UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                          SAN FRANCISCO DIVISION

14 | UNITED STATES OF AMERICA,         | Criminal No. 3:21-CR-00155-JD
15 |     Plaintiff,                    | STIPULATION TO EXCLUDE
                                       | TIME FROM JUNE 30, 2021
16 |     v.                            | THROUGH OCTOBER 13, 2021 AND
                                       | [PROPOSED] ORDER
17 | CARLOS E. KEPKE,                  |
18 |     Defendant.                    |
19

20     It is hereby stipulated by and between counsel for the United States and counsel for the

21 Defendant Carlos E. Kepke, that time be excluded under the Speedy Trial Act from June 30, 2021

22 through October 13, 2021.

23     At the status conference held on June 30, 2021, the government and counsel for Defendant

24 agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to

25 prepare, including by reviewing the discovery that has been produced.  The government and counsel for

26 Defendant further hereby stipulate and agree that this matter is complex, as defined in 18 U.S.C. §

27 3161(h)(7)(B)(ii), due to the breadth and duration of the conduct alleged in the Indictment, and the fact

28 that the discovery is voluminous.

1    For these reasons, and as further stated on the record at the status conference, the parties stipulate
2  and agree to exclude time until October 13, 2021, and further stipulate and agree that the ends of justice
3  served by excluding the time from June 30, 2021 through October 13, 2021 from computation under the
4  Speedy Trial Act outweighs the best interests of the public and Defendant in a speedy trial. 18 U.S.C. §§
5  3161(h)(1)(D), (h)(7)(A), (h) (7)(B)(ii), (h)(7)(B)(iv).
6    The undersigned Assistant United States Attorney certifies that he has obtained approval from
7  counsel for Defendant to file this stipulation and proposed order.
8
9  IT IS SO STIPULATED.
10                                         STEPHANIE M. HINDS
                                           Acting United States Attorney
11
                                           s/ Michael G. Pitman
12                                         MICHAEL G. PITMAN
                                           Assistant United States Attorney
13                                         COREY J. SMITH
                                           Senior Litigation Counsel
14
                                           Attorneys for United States of America
15
16                                         s/ Grant P. Fondo
                                           GRANT P. FONDO
17
18                                         Attorney for Defendant Carlos E. Kepke
19
20                      [PROPOSED] ORDER
21    Based upon the facts set forth in the stipulation of the parties and the representations made to the
22  Court on June 30, 2021 and for good cause shown, the Court finds that time should be excluded from
23  June 30, 2021 through October 13, 2021 under the Speedy Trial Act because of the complexity of the
24  case, and also that failing to exclude the time from June 30, 2021 through October 13, 2021 would
25  unreasonably deny defense counsel and Defendant the reasonable time necessary for effective
26  preparation, taking into account the exercise of due diligence.  18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A),
27  (h) (7)(B)(ii), (h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
28  from June 30, 2021 to October 13, 2021 from computation under the Speedy Trial Act outweigh the best

interests of the public and Defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 30, 2021 through October 13, 2021 shall be excluded from computation under the Speedy Trial Act.

IT IS SO ORDERED.

DATED:  July 15, 2021

_____
JAMES DONATO
United States District Judge