# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date: November 1, 2021　　　　　　　　　　　　　　　　Judge: Hon. James Donato

Court Reporter: Belle Ball
Time: 4 Minutes
Case No.　　**3:21-cr-00155-JD**
Case Name　**USA v. Carlos E. Kepke via Zoom**

Attorney(s) for Government:　Christopher Magnani
Attorney(s) for Defendant(s):　Grant Fondo

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Status Conference -- Held

## NOTES AND ORDERS

A trial setting conference is set for January 24, 2022, at 10:30 a.m. Time is excluded between November 1, 2021, and January 24, 2022, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv).