1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MICHAEL G. PITMAN (DCBN 484164)
   Assistant United States Attorney
5  150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
6  Telephone:    (408) 535-5040
   Facsimile:    (408) 535-5081
7  Email: michael.pitman@usdoj.gov

8  COREY J. SMITH (MABN 553615)
   Senior Litigation Counsel
9  United States Department of Justice

10 Attorneys for United States of America

11                    UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14 UNITED STATES OF AMERICA,              Criminal No. 3:21-CR-00155-JD

15          Plaintiff,                    STIPULATION TO EXCLUDE
                                          TIME FROM NOVEMBER 1, 2021
16          v.                            THROUGH JANUARY 24, 2022 AND
                                          [PROPOSED] ORDER
17
   CARLOS E. KEPKE,
18
            Defendant.
19

20        It is hereby stipulated by and between counsel for the United States and counsel for the

21 Defendant Carlos E. Kepke, that time be excluded under the Speedy Trial Act from November 1, 2021

22 through January 24, 2022.

23        At the status conference held on November 1, 2021, the government and counsel for Defendant

24 agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to

25 prepare, including by reviewing the discovery that has been produced.  The government and counsel for

26 Defendant further hereby stipulate and agree that this matter is complex, as defined in 18 U.S.C. §

27 3161(h)(7)(B)(ii), due to the breadth and duration of the conduct alleged in the Indictment, and the fact

28

1   that the discovery is voluminous.

2   For these reasons, and as further stated on the record at the status conference, the parties stipulate

3   and agree to exclude time until January 24, 2022, and further stipulate and agree that the ends of justice

4   served by excluding the time from November 1, 2021 through January 24, 2022 from computation under

5   the Speedy Trial Act outweighs the best interests of the public and Defendant in a speedy trial. 18

6   U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), (h) (7)(B)(ii), (h)(7)(B)(iv).

7   The undersigned Assistant United States Attorney certifies that he has obtained approval from

8   counsel for Defendant to file this stipulation and proposed order.

9

10  IT IS SO STIPULATED.

11                                          STEPHANIE M. HINDS
                                            Acting United States Attorney
12
                                            s/ Michael G. Pitman
13                                          MICHAEL G. PITMAN
                                            Assistant United States Attorney
14                                          COREY J. SMITH
                                            Senior Litigation Counsel
15
                                            Attorneys for United States of America
16

17                                          s/ Grant P. Fondo
                                            GRANT P. FONDO
18
                                            Attorney for Defendant Carlos E. Kepke
19

20

21                                  [PROPOSED] ORDER

22  Based upon the facts set forth in the stipulation of the parties and the representations made to the

23  Court on November 1, 2021 and for good cause shown, the Court finds that time should be excluded

24  from November 1, 2021 through January 24, 2022 under the Speedy Trial Act because of the complexity

25  of the case, and also that failing to exclude the time from November 1, 2021 through January 24, 2022

26  would unreasonably deny defense counsel and Defendant the reasonable time necessary for effective

27  preparation, taking into account the exercise of due diligence.  18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A),

28

1    (h) (7)(B)(ii), (h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time

2    from November 1, 2021 to January 24, 2022 from computation under the Speedy Trial Act outweigh the

3    best interests of the public and Defendant in a speedy trial.  Therefore, and with the consent of the

4    parties, IT IS HEREBY ORDERED that the time from November 1, 2021 through January 24, 2022

5    shall be excluded from computation under the Speedy Trial Act.

6

7    IT IS SO ORDERED.

8

9    DATED: <u> December 3, 2021 </u>

10                                                       JAMES DONATO
                                                 United States District Judge

STIPULATION TO EXCLUDE TIME FROM NOVEMBER
1, 2021 THROUGH JANUARY 24, 2022  AND
[PROPOSED] ORDER
Case No.: 3:21-CR-00155-JD

3