# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date: January 24, 2022                                            Judge: Hon. James Donato

Court Reporter: Marla Know
Time: 5 Minutes
Case No.      **3:21-cr-00155-JD-1**
Case Name     **USA v. Carlos E. Kepke**

Attorney(s) for Government:    Christopher Magnani
Attorney(s) for Defendant(s):  Grant Fondo

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Trial Setting Conference -- Held via Zoom Teleconference

## NOTES AND ORDERS

The Court directs the parties to file by February 14, 2022, a joint statement selecting a trial date in the last quarter of 2022, or explaining with specificity why a later trial date might be warranted.  A status conference is set for March 21, 2022, at 10:30 a.m. in Courtroom 11.  At the parties' joint request, time between January 24, 2022, through March 21, 2022, is excluded under the Speedy Trial Act for effective preparation of counsel.