UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>CARLOS E. KEPKE,<br><br>                Defendant. | Case No.  21-cr-00155-JD-1<br><br>**SCHEDULING ORDER** |

At the parties' joint request, Dkt. No. 33, the Court sets the following case management deadlines.

| Event | Deadline |
|---|---|
| Last day to file motion to transfer | April 1, 2022 |
| Last day to file motions to dismiss or sever | April 25, 2022 |
| Last day for government to produce to defendant all materials required under Rule 16 | April 25, 2022 |
| Last day to file Rule 8 motions, motions for bills of particulars, or motions for discovery of jury composition records | April 25, 2022 |
| Last day to file a motion to keep secret the names and identities of civilian witnesses | April 25, 2022 |
| Last day to file motions for determination pursuant to 18 U.S.C. § 4241(a) | May 27, 2022 |
| Expert disclosures | June 3, 2022 |
| Last day to file motions to suppress, motions alleging any defect in institution the prosecution, motions for disclosures of informants, or motions alleging selective prosecution | June 10, 2022 |
| Last day to produce Rule 16 defense reciprocal disclosures and to give Rule 12.1 and 12.2 defense notices | July 5, 2022 |

United States District Court
Northern District of California

| Event | Deadline |
|---|---|
| Rebuttal expert disclosures | July 22, 2022 |
| Last day to file *Daubert* motions | August 5, 2022 |
| Pretrial conference | October 31, 2022, at 1:30 pm |
| Jury Trial | November 28, 2022, at 9:00 am |

All dates set by the Court should be regarded as firm.  Counsel may not modify these dates by stipulation without leave of court.

**IT IS SO ORDERED.**

Dated:  March 3, 2022

_____
JAMES DONATO
United States District Judge