UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minutes

Date: March 21, 2022      Judge: Hon. James Donato

Court Reporter: Debra Pas
Time: 2 Minutes
Case No.     **3:21-cr-00155-JD**
Case Name     **USA v. Carlos E. Kepke**

Attorney(s) for Government:     Michael Pittman
Attorney(s) for Defendant(s):     Grant Fondo

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Status Conference -- Held

## NOTES AND ORDERS

The parties jointly represent the case is on track for a 11/28/22 trial as was previously set, and there are no issues requiring the Court's attention at this time.

For the parties' request for a further "check-in" date, they are directed to submit a stipulated request for a date in the first or second week of August, and the Court will set a further status conference. The parties may also stipulate to vacate the conference, as warranted.