STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone:     (408) 535-5040
Facsimile:     (408) 535-5081
Email: michael.pitman@usdoj.gov

COREY J. SMITH (MABN 553615)
Senior Litigation Counsel
United States Department of Justice

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS E. KEPKE,<br><br>Defendant. | Criminal No. 3:21-CR-00155-JD<br><br>STIPULATION TO EXCLUDE TIME FROM JANUARY 24, 2022 THROUGH NOVEMBER 28, 2022 AND [PROPOSED] ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the Defendant Carlos E. Kepke, that time be excluded under the Speedy Trial Act from January 24, 2022 through November 28, 2022.

At the Trial Setting Conference held on January 24, 2022 the government and counsel for Defendant agreed that time be excluded under the Speedy Trial Act through March 21, 2022 so that defense counsel could continue to prepare for trial. At the Status Conference held on March 21, 2022 the parties informed the Court that they continue to work together to prepare the case for trial on November 28, 2022. The government and counsel for Defendant hereby stipulate and agree that time be

STIPULATION TO EXCLUDE TIME FROM
JANUARY 24, 2022 THROUGH NOVEMBER 28, 2022
AND [PROPOSED] ORDER
Case No.: 3:21-CR-00155-JD

1

excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing the voluminous discovery that has already been produced. The government and counsel for Defendant further hereby stipulate and agree that this matter is complex, as defined in 18 U.S.C. § 3161(h)(7)(B)(ii), due to the breadth and duration of the conduct alleged in the Indictment, and the fact that the discovery is voluminous.

For these reasons, and as further stated on the record, the parties stipulate and agree to exclude time until November 28, 2022 and further stipulate and agree that the ends of justice served by excluding the time from January 24, 2022 through November 28, 2022 from computation under the Speedy Trial Act outweighs the best interests of the public and Defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), (h) (7)(B)(ii), (h)(7)(B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for Defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

STEPHANIE M. HINDS
United States Attorney

s/ Michael G. Pitman
MICHAEL G. PITMAN
Assistant United States Attorney
COREY J. SMITH
Senior Litigation Counsel

Attorneys for United States of America

s/ Grant P. Fondo
GRANT P. FONDO

Attorney for Defendant Carlos E. Kepke

[PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on January 24, 2022 and March 21, 2022, and for good cause shown, the Court finds that time

STIPULATION TO EXCLUDE TIME FROM
JANUARY 24, 2022 THROUGH NOVEMBER 28, 2022
AND [PROPOSED] ORDER
Case No.: 3:21-CR-00155-JD

2

should be excluded from January 24, 2022 through November 28, 2022 under the Speedy Trial Act because of the complexity of the case, and also that failing to exclude the time from January 24, 2022 through November 28, 2022 would unreasonably deny defense counsel and Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), (h) (7)(B)(ii), (h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from January 24, 2022 through November 28, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and Defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 24, 2022 through November 28, 2022 shall be excluded from computation under the Speedy Trial Act.

IT IS SO ORDERED.


DATED:  March 24, 2022                       _____
                                              JAMES DONATO
                                              United States District Judge

STIPULATION TO EXCLUDE TIME FROM
JANUARY 24, 2022 THROUGH NOVEMBER 28, 2022
AND [PROPOSED] ORDER
Case No.: 3:21-CR-00155-JD

3