Pages 1 - 4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE JAMES DONATO

UNITED STATES OF AMERICA,       )
                                )
          Plaintiff,            )
                                )
  vs.                           ) No. CR 21-0155 JD
                                )
CARLOS KEPKE,                   )
                                ) San Francisco, California
          Defendant.            ) Monday
                                ) March 21, 2022
_____) 10:30 a.m.

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

**For Plaintiff:**        STEPHANIE M. HINDS
                          United States Attorney
                          Northern District of California
                          150 Almaden Boulevard.
                          Suite 900
                          San Jose, California 95113
                    **BY: MICHAEL J. PITMAN**
                    **ASSISTANT UNITED STATES ATTORNEY**


**For Defendant:**        GOODWIN PROCTER LLP
                          601 Marshall Street
                          Redwood City, California 94063
                    **BY: GRANT P. FONDO, ESQ.**




*Reported By:*   *Debra L. Pas, CSR 11916, CRR, RMR, RPR*
                 *Official Reporter - US District Court*
                 *Computerized Transcription By Eclipse*

*Debra L. Pas, CSR, RPR, RMR, CRR*
*Official Reporter - U.S. District Court - San Francisco*
*(415) 431-1477*

```
 1   Monday - March 21, 2022                              10:37 a.m.
 2                        P R O C E E D I N G S
 3                            ---oOo---
 4         THE CLERK:  Calling Criminal 21-155 United States
 5   versus Carlos Kepke.
 6         MR. PITMAN:  Good morning, Your Honor.  Michael
 7   Pitman for the United States.
 8         MR. FONDO:  Good morning Your Honor.  Grant Fondo for
 9   Mr. Kepke, the defendant.
10         THE COURT:  Okay.  If you're fully vaccinated and
11   you're comfortable, you can take your masks off.  I leave it up
12   to you, but you're certainly free to do that.
13      All right.  What are we doing today?
14         MR. PITMAN:  Your Honor, for the Government, I think
15   the -- we don't need anything.  We don't have any issues that
16   require the Court's attention from the Government's
17   perspective.  The Court has set a trial schedule and the
18   parties have absorbed that.
19      We're continuing to work together to get the case ready
20   for trial on the schedule the Court has set, and Mr. Fondo and
21   I are working together regularly to make sure that discovery is
22   exchanged in a way that is productive and helpful and the
23   defendant has what he needs in anticipation of trial.
24         THE COURT:  Okay.
25         MR. FONDO:  That's generally correct, Your Honor.  We
```

```
10:38  1   may have motions at a future date, but for today there is
       2   nothing more.
       3           THE COURT:  Then why are we here today?  One of you
       4   asked for this, I thought.
10:38  5           MR. PITMAN:  Well, the schedule was set, Your Honor,
       6   because we had some issues with scheduling, but the Court
       7   has -- had addressed those in a written order.
       8           THE COURT:  Next time you can just say, "We don't
       9   need to come in."  I leave it up to you.
10:38 10           MR. PITMAN:  Well, nice to see you, Your Honor.
      11           THE COURT:  Nice to visit; but if you don't need
      12   anything, you can always just say "thanks."
      13       All right.  So next stop is trial; right?
      14           MR. PITMAN:  Well, the Court has set a pretrial
10:38 15   schedule that will require us to see you before then, but I
      16   wonder if the Court would anticipate or consider, I guess,
      17   scheduling sort of a check date maybe sometime in the summer,
      18   when we can come in?
      19       Obviously, if there is nothing to bring to the Court's
10:39 20   attention, we can stip it off in advance.
      21           THE COURT:  If you would like to.  When do you want
      22   to do that?
      23           MR. PITMAN:  I defer to Mr. Fondo, his schedule.
      24           MR. FONDO:  We could do that in early June or early
10:39 25   to mid July would be fine.
```

```
10:39  1            THE COURT:  Early June seems a little too early.  How
       2   about sometime in the first or second week of August?  How
       3   about that?
       4        Okay.  You two just pick a date.  Just schedule it and if
10:39  5   you decide, you know, a week ahead of time you don't need it,
       6   that's fine.  Okay?  You can just cancel it.
       7        Okay.  Is that good?
       8            MR. PITMAN:  Thank you, Your Honor.
       9            THE COURT:  Okay.  Thanks for coming in.
10:39 10            MR. FONDO:  Thank you, Your Honor.
      11        (Proceedings adjourned.)
```

*Debra L. Pas, CSR, RPR, RMR, CRR*
*Official Reporter - U.S. District Court - San Francisco*
*(415) 431-1477*

10:39

## CERTIFICATE OF OFFICIAL REPORTER

10:39     I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

*[signature: Debra L. Pas]*
_____

10:39     Debra L. Pas, CSR 11916, CRR, RMR, RPR

Saturday, March 26, 2022