STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone:     (408) 535-5040
Facsimile:      (408) 535-5081
Email: michael.pitman@usdoj.gov

COREY J. SMITH (MABN 553615)
Senior Litigation Counsel
United States Department of Justice
Telephone:     (202)514-5230
Email: corey.smith@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>CARLOS E. KEPKE,<br><br>    Defendant. | Criminal No. 3:21-CR-00155-JD<br><br>DECLARATION OF COREY J. SMITH<br>SENIOR LITIGATION COUNSEL<br>TAX DIVISION<br>IN SUPPORT OF MOTION FOR<br>PROTECTIVE ORDER |

I, Corey J. Smith, declare and state as follows:

1. I am a Senior Litigation Counsel with the Department of Justice, Tax Division.

2. I am one of the counsel of record for the government in this case.

3. Attached hereto as **Exhibits 1 through 5** are true and accurate copies of evidence provided to Defendant's counsel in support of the government's Motion for a Protective Order.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this _____ day of June 3, 2022.

/s/*COREY J. SMITH*
Senior Litigation Counsel
Department of Justice
Tax Division

DECLARATION OF COUNSEL FOR THE GOVERNMENT
IN SUPPORT OF MOTION FOR PROTECTIVE ORDER         2
Case No.: 3:21-CR-00155-JD