ATTACHMENT 2

8-15-18

I, Carlos Kepke, give my consent for IRS-CI to take client files, asset protection files, tax planning files and others that I have identified.

_____  _____
Carlos Kepke              SA Tammitra Tircuit

_____  _____
SA Brian Anderson         SA Craig Reed

The following files will be copied and copies will be provided back to Mr. Kepke by Monday August 20, 2018:
    4 files related to 2017 Taxes for Mr Kepke
    1 file for Globix Investments LLC
    1 file for Robert Esper

IRS CI has also represented that we will provide copies of all client files for Robert Smith as soon as possible and aim for one month from today.