AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-cr-00155-JD-1 |
| CARLOS E. KEPKE | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robert F. Smith.

Date: 07/15/2022

/s/ Emily P. Hughes
*Attorney's signature*

Emily Hughes, P.C. (SBN 254573)
*Printed name and bar number*

Kirkland & Ellis LLP
1301 Pennsylvania Ave. N.W.
Washington, DC 20004
*Address*

emily.hughes@kirkland.com
*E-mail address*

(202) 389-5000
*Telephone number*

(202) 389-5200
*FAX number*