AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-cr-00155-JD-1 |
| CARLOS E. KEPKE | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robert F. Smith.

Date: 07/15/2022

/s/ Christopher W. Keegan
*Attorney's signature*

Christopher W. Keegan (SBN: 232045)
*Printed name and bar number*

Kirkland & Ellis LLP
555 California Street, 27th Floor
San Francisco, CA 94104

*Address*

chris.keegan@kirkland.com
*E-mail address*

(415) 439-1882
*Telephone number*

(415) 439-1500
*FAX number*