```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611160533
Cashier ID: buensum
Transaction Date: 07/21/2022
Payer Name: KIRKLAND AND ELLIS LLP

PRO HAC VICE
 For: ATTY W NEIL EGGLESTON
 Case/Party: D-CAN-3-21-CR-000155-001
 Amount:         $317.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 10247923
 Amt Tendered:   $317.00

Total Due:       $317.00
Total Tendered:  $317.00
Change Amt:      $0.00
```

Checks and drafts are accepted subject to collections and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.