# EXHIBIT 4

**BAKER & M<sup>C</sup>KENZIE**

Baker & McKenzie Geneva
Avocats
Rue Pedro-Meylan 5
CH-1208 Geneva

Tel: +41 22 707 98 00
Fax: +41 22 707 98 01
info.geneva@bakermckenzie.com
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

**Europe & Middle East**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**North & South America**
Bogota
Brasilia
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

Geneva, 30 May 2011
DB/gda

**By e-mail and post**

Mr Robert Smith
c/o BDGB Enterprise Software Sàrl
Rue de Sainte-Hélène 3
2000 Neuchâtel

**Re:    Statement of fees**

Dear Robert,

Please find attached our statement of fees and disbursements for services rendered from 1st January 2011 to 31st March 2011 by our Luxembourg and Paris offices.

I trust that the details of this statement of fees and disbursements are self-explanatory.

Please feel free to contact me for any information you may need in relation to this invoice.

I thank you for the trust placed in our Firm.

Yours sincerely,

Denis Berdoz

**Enclosure**

**Genève**
Denis Berdoz
Daniel Peregrina
Martin Anderson
Per Prod'hom
Stephanie Jarrett*
Frédéric Bétrisey
Rodolphe Gautier
Serge Pannatier
Benjamin Humm
Olivier Ducrey
Antonio Calvo
Luca Beffa
Sonia Copt-Gregorio
Brice Thionnet
Rachel Fehr Müller
Hubert Gilliéron
Tiffany De Waynecourt*
Jingjin Guo
Stéphanie Vuadens

Alain Stehlé, conseil

**Zürich**
Urs Schenker
Franz Schenker
Martin Frey
Markus Berni
Michael Treis
Markus Affentranger
Hans-Andrée Koch*
Urs Zenhäusern
Peter Reinert
Joachim Frick
Kilian Perroulaz
Marcel Giger
Thomas A. O'Donnell*
Richard Gassmann
Martin Furrer
Lukas Glanzmann
Marnin J. Michaels*

Beat Mathys
Philippe Reich
Florian Bommer
Frano Koslar
Nicolas Passadelis
Matthias Courvoisier
Alexander Wyss
Theodor Härtsch
Mario Kumschick
Mark Livschitz
Anne-Catherine Hahn
Alexander Fischer
Romina Carcagni Roesler
Prisca Schleiffer Marais
Lyubomir Georgiev*
Bernhard Rubin
Marie-Thérèse Yates*
Eva-Maria Strobel*
Samuel Marbacher
Michael Widmer

Manuel Meyer
Petra Hauser
Sabine Herzog
Roxana Leske
Rémy Messer
Michael Gusterer
Stephan Weibel
Quan Nguyen*
Niklaus Dietschi
Muriel Pasche
Simona Schub
Miriam Kaufmann
Rodney Read*
Azra Hadziabdic
Anette Weiner
Alyssa Varley*
Johannes Vetsch
Mark Hale*
Paul DePasquale*
Kathleen Weislehner

Simone Bösch
Joachim Huber
Robert Desax
Anne H. Gibson*
Sara Behrend
Carolin Morlock*

Prof. Vito Roberto, Konsulent
Herbert Wohlmann, Konsulent
Prof. Roger Zäch, Konsulent

Admis(e) au barreau
* Non admis(e) au barreau

Baker & McKenzie Zurich
Holbeinstrasse 30
Postfach
CH-8034 Zurich
Tel: +41 44 384 14 14
Fax: +41 44 384 12 84

Baker & McKenzie Geneva and Baker & McKenzie Zurich are members of Baker & McKenzie International, a Swiss Verein

FOIA CONFIDENTIAL TREATMENT                                                                                                                    BT_00033768