# PLACEHOLDER OF EXHIBIT 1 SOUGHT TO BE FILED UNDER SEAL IN ITS ENTIRETY