GRANT P. FONDO, (SBN 181530)
*GFondo@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

Attorney for Defendant
CARLOS E. KEPKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLOS E. KEPKE,<br><br>    Defendant. | Case No. 3:21-CR-0155-JD<br><br>**[PROPOSED] ORDER TO EXCLUDE, OR IN THE ALTERNATIVE, TO LIMIT CERTAIN OPINIONS AND TESTIMONY OF AGENT JAMES OERTEL** |

**[PROPOSED] ORDER**

Having considered Defendant Carlos Kepke's Motion to Exclude, or in the Alternative, to Limit Certain Opinions and Testimony of Agent James Oertel ("Motion"), the Court finds the following:

1. That Agent James Oertel may not be used as a conduit for inadmissible hearsay and any testimony by Agent Oertel that summarizes the statements of out-of-court declarants is improper and thus inadmissible and

2. That any portion of Agent James Oertel's testimony that provides legal conclusions is inadmissible under Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993).  This includes, but is not limited to, any testimony by Agent Oertel that the evidence in this case will establish: (i) "that [Mr. Kepke] worked with Smith to conceal a portion of Smith's income from the IRS, thus evading the tax due on that income," (ii) that this "was accomplished using offshore entities which [Mr. Kepke] created and managed," and (iii) that Mr. Kepke "knew [that] Smith actually earned this income, and retained full dominion and control over it, [but] [n]evertheless, advised Smith to hide the fact that this income existed, as well as Smith's true ownership and control over it, from Smith's income tax return preparers."

**IT IS SO ORDERED** that the Motion is GRANTED and the above-mentioned portions of Agent James Oertel's opinions and testimony are excluded.

**IT IS SO FURTHER ORDERED** that the government shall produce the Federal Rule of Evidence 1006 materials that Agent James Oertel intends to rely upon for his testimony no later than October 24, 2022.

Dated: _____     _____
                                                                           Hon. James Donato
                                                                 UNITED STATES DISTRICT COURT JUDGE

2

[PROPOSED] ORDER TO EXCLUDE, OR IN THE ALTERNATIVE, TO LIMIT CERTAIN OPINIONS AND TESTIMONY OF AGENT JAMES OERTEL - CASE NO. 3:21-CR-00155-JD

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **August 5, 2022**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **August 5, 2022** in Los Altos, California.

*/s/ Grant P. Fondo*
GRANT P. FONDO

3

[PROPOSED] ORDER TO EXCLUDE, OR IN THE ALTERNATIVE, TO LIMIT CERTAIN OPINIONS AND TESTIMONY OF AGENT JAMES OERTEL - CASE NO. 3:21-CR-00155-JD