GRANT P. FONDO, (SBN 181530)
*GFondo@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California  94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

Attorney for Defendant
CARLOS E. KEPKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CARLOS E. KEPKE,<br><br>　　　　　Defendant. | Case No. 3:21-CR-0155-JD<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is: Three Embarcadero Center, San Francisco, California 94111.

On **August 8, 2022**, I caused the following document(s) to be served on the person(s) below As follows:

**UNREDACTED CARLOS KEPKE'S NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO EXCLUDE, OR IN THE ALTERNATIVE, TO LIMIT CERTAIN OPINIONS AND TESTIMONY OF BRUCE G. DUBINSKY**

**UNREDACTED EXHIBIT 1**

| | |
|---|---|
| Christopher Magnani<br>U.S. DEPARTMENT OF JUSTICE<br>TAX DIVISION<br>Western Criminal Enforcement Section<br>Ben Franklin Station<br>PO Box 972<br>Washington, DC 20044 | Counsel for *Plaintiff*: USA<br>Tel.: 202-307-6408<br>Email: *Christopher.magnani@usdoj.gov* |
| Michael G. Pitman<br>UNITED STATES ATTORNEY'S OFFICE<br>150 Almaden Blvd., Suite 900<br>San Jose, CA 95113 | Counsel for *Plaintiff*: USA<br>Tel.: 408-535-5040<br>Email: *Michael.pitman@usdoj.gov* |
| Boris Bourget<br>DOJ- TAX<br>TAX DIVISION<br>150 M Street NE, Ste. 2.603<br>Washington, DC 20002 | *Counsel for Plaintiff*: USA<br>Tel.: 202-307-2182<br>Email: *corey.smith@usdoj.gov* |
| Corey J. Smith<br>DEPARTMENT OF JUSTICE<br>TAX DIVISION<br>150 M Street NW, Room 2.208<br>Washington, DC 20004 | *Counsel for Plaintiff:* USA<br>Tel.: 202-514-5230<br>Email: *corey.smith@usdoj.gov* |

☑ (E-MAIL or ELECTRONIC TRANSMISSION) By electronic service on **August 8, 2022**. Based on a court order or an agreement of the parties to accept electronic service, I caused the document(s) to be sent to the person(s) at the electronic service address(es) listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 8, 2022,** at San Francisco, California.

| Roland Chang | */s/ Roland Chang* |
|:---:|:---:|
| (Type or print name) | (Signature) |