GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

Attorney for Defendant:
CARLOS E. KEPKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS E. KEPKE,<br><br>Defendant. | Case No. 3:21-CR-00155-JD<br><br>**CARLOS KEPKE'S REPLY IN SUPPORT OF THE MOTION TO EXCLUDE, OR IN THE ALTERNATIVE, TO LIMIT CERTAIN OPINIONS AND TESTIMONY OF AGENT JAMES OERTEL**<br><br>Date:      October 17, 2022<br>Time:     10:30 a.m.<br>Courtroom: 11, 19th Floor<br>Judge:    Hon. James Donato |

1   Mr. Kepke filed this motion because the government's disclosures failed to clearly identify to what extent, if any, the government intended to use Agent Oertel as a conduit for hearsay witness testimony, or to render opinions based on evidence that had not been properly authenticated or admitted, or to provide improper legal conclusions. Additionally, Mr. Kepke requested that the Court direct the government to produce promptly—at the latest before October 24, 2022—all Federal Rule of Evidence 1006 ("Rule 1006") materials related to Agent Oertel's testimony.

The government responded by clarifying that (1) Agent Oertel's testimony will not be based upon hearsay but upon "evidence admitted at trial, including IRS records, financial records, witness testimony, and summaries of voluminous evidence as defined by Rule 1006," and (2) that he "will not offer any opinion about whether Smith should have reported the income in question" or "any opinions about Defendant's state of mind" in short, that he would not be asked to render any legal opinions. Government's Opposition at 2-4. The government also stated that it did not oppose providing drafts of the summaries before October 24, 2022. *Id.* at 4.

The government's commitments resolve Mr. Kepke's objections to Agent Oertel's expected trial testimony, although Mr. Kepke reserves the right to object should the government's questioning stray outside the clear and bright lines the prosecutors have demarcated for themselves. As for Mr. Kepke's request for Rule 1006 materials, given the government's position that it does not oppose providing drafts of the summaries before October 24, 2022, but that final versions will not be ready "until shortly before they are offered because they will incorporate evidence admitted at trial," Mr. Kepke requests that the government be ordered to produce (1) drafts by no later than October 17, 2022 – one week before the parties' Pretrial Conference Statement is due – and (2) that the government produce final copies as soon as they are ready.

Respectfully submitted,

Dated: August 26, 2022          By: */s/ Grant P. Fondo*
                                    GRANT P. FONDO
                                    GFondo@goodwinlaw.com
                                    **GOODWIN PROCTER LLP**

                                    Attorney for Defendant:
                                    CARLOS E. KEPKE

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **August 26, 2022**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **August 26, 2022**.

*/s/ Grant P. Fondo*
GRANT P. FONDO
