1  GRANT P. FONDO (SBN 181530)
   *GFondo@goodwinlaw.com*
2  **GOODWIN PROCTER LLP**
   601 Marshall Street
3  Redwood City, CA  94063
   Tel: +1 650 752 3100
4  Fax: +1 650 853 1038

5  Attorney for Defendant:
   CARLOS E. KEPKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 3:21-CR-00155-JD |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| CARLOS E. KEPKE, | **(Civil L.R. 79.5)** |
| Defendant. | |

1  **TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF**
2  **RECORD**:
3      PLEASE TAKE NOTICE that attorney David R. Callaway of Goodwin Procter LLP, a
4  member of the State Bar of California (No. 121782) and admitted to practice in this Court and
5  whose contact information appears below, hereby enters an appearance as attorney of record for
6  Defendant Carlos E. Kepke, and is authorized to receive service of all pleadings, notices, orders,
7  and other papers in the above-captioned matter on behalf of Plaintiff.

David R. Callaway
**GOODWIN PROCTER LLP**
601 Marshall St.
Redwood City, CA 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

Respectfully submitted,

Dated: August 30, 2022       By: /s/ *David R. Callaway*
                             DAVID R. CALLAWAY
                             *DCallaway@goodwinlaw.com*
                             **GOODWIN PROCTER LLP**
                             601 Marshall St.
                             Redwood City, CA 94063
                             Tel.: +1 650 752 3100
                             Fax: +1 650 853 1038

                             Attorney for Defendant:
                             CARLOS E. KEPKE

1

NOTICE OF APPEARANCE OF COUNSEL                              CASE NO. 3:21-CR-00155-JD

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **August 30, 2022**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **August 30, 2022**.

/s/ *David R. Callaway*
DAVID R. CALLAWAY