# EXHIBIT D

FILED CONDITIONALLY UNDER SEAL