GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
DAVID R. CALLAWAY (SBN 121782)
*DCallaway@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA  94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

RICHARD M. STRASSBERG (*pro hac vice*)
*RStrassberg@goodwinlaw.com*
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
Tel.: +1 212 813 8800
Fax: +1 212 355 3333

Attorneys for Defendant:
CARLOS E. KEPKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS E. KEPKE,<br><br>　　　　Defendant. | Case No. 3:21-CR-0155-JD<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL PROFFER MATERIALS** |

**[PROPOSED] ORDER**

Having considered Defendant Carlos Kepke's Motion to Compel Proffer Materials, the Court finds pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), the Jencks Act, 18 U.S.C. § 3500, Federal Rule of Criminal Procedure 16, and Local Rule 16-1 that the government must produce to the defense documents relating to statements and proffers by Robert F. Smith and/or his lawyers to the government prior to and leading up to Mr. Smith's non-prosecution agreement, including presentations, notes, memoranda, and communications.

**IT IS SO ORDERED** that Mr. Kepke's Motion is GRANTED and the government must produce proffer materials related to the non-prosecution agreement of Mr. Robert F. Smith.

Dated: _____     _____
Hon. James Donato
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **September 9, 2022**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **September 9, 2022** in East Falmouth, Massachusetts.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Grant P. Fondo*
　　　　　　　　　　　　　　　　　　　　　　　GRANT P. FONDO