1  GRANT P. FONDO (SBN 181530)
   *GFondo@goodwinlaw.com*
2  DAVID R. CALLAWAY (SBN 121782)
   *DCallaway@goodwinlaw.com*
3  **GOODWIN PROCTER LLP**
   601 Marshall Street
4  Redwood City, CA  94063
   Tel: +1 650 752 3100
5  Fax: +1 650 853 1038

6  RICHARD M. STRASSBERG (*pro hac vice*)
   *RStrassberg@goodwinlaw.com*
7  **GOODWIN PROCTER LLP**
   620 Eighth Avenue
8  New York, NY 10018
   Tel.: +1 212 813 8800
9  Fax: +1 212 355 3333

10 Attorneys for Defendant:
   CARLOS E. KEPKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 3:21-CR-00155-JD |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| v. | Courtroom: 11<br>Judge:    Hon. James Donato |
| CARLOS E. KEPKE, | |
| Defendant. | |

## PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is: Three Embarcadero Center, San Francisco, California 94114.

On **September 9, 2022**, I caused the following document(s) to be served on the person(s) below as follows:

**ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT IN SUPPORT OF CARLOS KEPKE'S MOTION TO COMPEL PROFFER MATERIALS AND STATEMENTS;**

**DECLARATION OF GRANT P. FONDO IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT IN SUPPORT OF CARLOS KEPKE'S MOTION TO COMPEL PROFFER MATERIALS AND STATEMENTS;**

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL;**

**UNREDACTED VERSION OF EXHIBIT D to DECLARATION OF GRANT P. FONDO IN SUPPORT OF CARLOS KEPKE'S MOTION TO COMPEL PROFFER MATERIALS AND STATEMENTS**

| | |
|---|---|
| **Christopher Magnani**<br>U.S. Department of Justice<br>Tax Division<br>Western Criminal Enforcement Section<br>Ben Franklin Station<br>PO Box 972<br>Washington, DC 20044<br>202-307-6408<br>Email: christopher.magnani@usdoj.gov | Counsel for Plaintiff:<br>UNITED STATES OF AMERICA |
| **Michael G. Pitman**<br>United States Attorney's Office<br>150 Almaden Blvd., Suite 900<br>San Jose, CA 95113<br>(408) 535-5040<br>Fax: (408) 535-5066<br>Email: michael.pitman@usdoj.gov | |
| **Boris Bourget**<br>DOJ-Tax<br>Tax Division<br>150 M Street NE<br>Ste 2.603<br>Washington, DC 20002<br>202-307-2182<br>Email: boris.bourget@usdoj.gov | |
| **Corey J Smith**<br>Department of Justice<br>Tax Division | |

150 M Street NW
Room 2.208
Washington, DC 20004
202-514-5230
Email: corey.smith@usdoj.gov

☑   (E-MAIL or ELECTRONIC TRANSMISSION)  By electronic service on **September 9, 2022**.  Based on a court order or an agreement of the parties to accept electronic service, I caused the document(s) to be sent to the person(s) at the electronic service address(es) listed above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **September 9, 2022,** at San Jose, California.

| Gareth J. Oania | |
|---|---|
| (Type or print name) | (Signature) |