| | |
|---|---|
| GRANT P. FONDO (SBN 181530)<br>GFondo@goodwinlaw.com<br>DAVID R. CALLAWAY (SBN 121782)<br>DCallaway@goodwinlaw.com<br>**GOODWIN PROCTER LLP**<br>601 Marshall Street<br>Redwood City, CA  94063<br>Tel: +1 650 752 3100<br><br>RICHARD M. STRASSBERG (*pro hac vice*)<br>RStrassberg@goodwinlaw.com<br>**GOODWIN PROCTER LLP**<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Tel: +1 212 813 8800<br><br>Attorneys for Defendant:<br>CARLOS E. KEPKE | **PLACEHOLDER OF DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CARLOS E. KEPKE,<br><br>        Defendant. | Case No. 3:21-CR-00155-JD<br><br>**CARLOS KEPKE'S MOTION FOR A PRETRIAL CONFERENCE AND DISCOVERY PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT**<br><br>Date:      October 17, 2022<br>Time:     10:30 a.m.<br>Courtroom: 11<br>Judge:    Hon. James Donato |