| | |
|---|---|
| GRANT P. FONDO (SBN 181530)<br>*GFondo@goodwinlaw.com*<br>DAVID R. CALLAWAY (SBN 121782)<br>*DCallaway@goodwinlaw.com*<br>**GOODWIN PROCTER LLP**<br>601 Marshall Street<br>Redwood City, CA 94063<br>Tel: +1 650 752 3100<br>Fax: +1 650 853 1038<br><br>RICHARD M. STRASSBERG (*pro hac vice*)<br>*RStrassberg@goodwinlaw.com*<br>**GOODWIN PROCTER LLP**<br>620 Eighth Avenue<br>New York, NY 10018<br>Tel: +1 212 813 8800<br>Fax: +1 212 355 3333<br><br>Attorneys for Defendant:<br>CARLOS E. KEPKE | **PLACEHOLDER OF DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY** |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>CARLOS E. KEPKE,<br><br>   Defendant. | Case No. 3:21-CR-00155-JD<br><br>**DECLARATION OF GRANT P. FONDO IN SUPPORT OF CARLOS KEPKE'S MOTION FOR A PRETRIAL CONFERENCE PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT**<br><br>Date:        October 17, 2022<br>Time:       10:30 a.m.<br>Courtroom: 11<br>Judge:       Hon. James Donato |