| | |
|---|---|
| GRANT P. FONDO (SBN 181530)<br>*GFondo@goodwinlaw.com*<br>DAVID R. CALLAWAY (SBN 121782)<br>*DCallaway@goodwinlaw.com*<br>**GOODWIN PROCTER** LLP<br>601 Marshall Street<br>Redwood City, CA  94063<br>Tel: +1 650 752 3100<br>Fax: +1 650 853 1038<br><br>RICHARD M. STRASSBERG (*pro hac vice*)<br>*RStrassberg@goodwinlaw.com*<br>**GOODWIN PROCTER** LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>Tel.: +1 212 813 8800<br>Fax: +1 212 355 3333<br><br>Attorneys for Defendant:<br>CARLOS E. KEPKE | **PLACEHOLDER OF DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS E. KEPKE,<br><br>　　　　Defendant. | Case No. 3:21-CR-0155-JD<br><br>**[PROPOSED] ORDER GRANTING CARLOS KEPKE'S MOTION FOR A PRETRIAL CONFERENCE AND DISCOVERY PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT** |