# EXHIBIT D

## PLACEHOLDER OF DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY