# EXHIBIT E

**PLACEHOLDER OF DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY**