# EXHIBIT G

## PLACEHOLDER OF DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY