1  GRANT P. FONDO, (SBN 181530)
   *GFondo@goodwinlaw.com*
2  DAVID R. CALLAWAY (SBN 121782)
   *DCallaway@goodwinlaw.com*
3  **GOODWIN PROCTER LLP**
   601 Marshall Street
4  Redwood City, California  94063
   Tel.: +1 650 752 3100
5  Fax: +1 650 853 1038

6  RICHARD M. STRASSBERG (*pro hac vice*)
   *RStrassberg@goodwinlaw.com*
7  **GOODWIN PROCTER LLP**
   620 Eighth Avenue
8  New York, NY 10018
   Tel.: +1 212 813 8800
9  Fax: +1 212 355 3333

10 Attorney for Defendant
   CARLOS E. KEPKE

11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA, | Case No. 3:21-CR-0155-JD |
17 |         Plaintiff,         | **PROOF OF SERVICE**     |
18 |         v.                 |                          |
19 | CARLOS E. KEPKE,           |                          |
20 |         Defendant.         |                          |

## **PROOF OF SERVICE**

At the time of service I was over 18 years of age and not a party to this action. My business address is: Three Embarcadero Center, San Francisco, California 94111.

On **September 22, 2022**, I caused the following document(s) to be served on the person(s) below As follows:

**ADMINISTRATIVE MOTION TO FILE UNDER SEAL CARLOS KEPKE'S MOTION FOR A PRETRIAL CONFERENCE AND DISCOVERY PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT**

**DECLARATION OF GRANT P. FONDO IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL CARLOS KEPKE'S MOTION FOR A PRETRIAL CONFERENCE AND DISCOVERY PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT**

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

**UNREDACTED CARLOS KEPKE'S MOTION FOR A PRETRIAL CONFERENCE AND DISCOVERY PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT**

**UNREDACTED DECLARATION OF GRANT P. FONDO IN SUPPORT OF CARLOS KEPKE'S MOTION FOR A PRETRIAL CONFERENCE PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT**

**UNREDACTED [PROPOSED] ORDER GRANTING CARLOS KEPKE'S MOTION FOR A PRETRIAL CONFERENCE AND DISCOVERY PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT**

**UNREDACTED EXHIBITS A-G**

| | |
|---|---|
| Christopher Magnani<br>U.S. DEPARTMENT OF JUSTICE<br>TAX DIVISION<br>Western Criminal Enforcement Section<br>Ben Franklin Station<br>PO Box 972<br>Washington, DC 20044 | Counsel for *Plaintiff*: USA<br>Tel.: 202-307-6408<br>Email: *Christopher.magnani@usdoj.gov* |
| Michael G. Pitman<br>UNITED STATES ATTORNEY'S OFFICE<br>150 Almaden Blvd., Suite 900<br>San Jose, CA 95113 | Counsel for *Plaintiff*: USA<br>Tel.: 408-535-5040<br>Email: *Michael.pitman@usdoj.gov* |
| Boris Bourget<br>DOJ- TAX<br>TAX DIVISION | *Counsel for Plaintiff*: USA<br>Tel.: 202-307-2182<br>Email: *boris.bourget@usdoj.gov* |

150 M Street NE, Ste. 2.603
Washington, DC 20002

Corey J. Smith  *Counsel for Plaintiff*: USA
DEPARTMENT OF JUSTICE  Tel.: 202-514-5230
TAX DIVISION  Email: *corey.smith@usdoj.gov*
150 M Street NW, Room 2.208
Washington, DC 20004

☑ (E-MAIL or ELECTRONIC TRANSMISSION)  By electronic service on **September 22, 2022**.  Based on a court order or an agreement of the parties to accept electronic service, I caused the document(s) to be sent to the person(s) at the electronic service address(es) listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **September 22, 2022,** at San Francisco, California.

\_\_\_\_\_Bethannie Tamargo\_\_\_\_\_  \_\_\_\_\_*(signature)*\_\_\_\_\_
(Type or print name)  (Signature)