1  GRANT P. FONDO (SBN 181530)
   *GFondo@goodwinlaw.com*
2  DAVID R. CALLAWAY (SBN 121782)
   *DCallaway@goodwinlaw.com*
3  **GOODWIN PROCTER LLP**
   601 Marshall Street
4  Redwood City, CA  94063
   Tel: +1 650 752 3100
5  Fax: +1 650 853 1038

6  RICHARD M. STRASSBERG (*pro hac vice*)
   *RStrassberg@goodwinlaw.com*
7  **GOODWIN PROCTER LLP**
   620 Eighth Avenue
8  New York, NY 10018
   Tel.: +1 212 813 8800
9  Fax: +1 212 355 3333

10 Attorneys for Defendant:
   CARLOS E. KEPKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>CARLOS E. KEPKE,<br><br>             Defendant. | Case No. 3:21-CR-0155-JD<br><br>**[PROPOSED] ORDER GRANTING CARLOS KEPKE'S MOTION *IN LIMINE* NO. 1 TO EXCLUDE EVIDENCE RELATED TO ROBERT BROCKMAN'S ALLEGED TAX FRAUD** |

**[PROPOSED] ORDER**

Having considered Defendant Carlos Kepke's Motion *In Limine* No. 1 to Exclude Evidence Related to Robert Brockman's Alleged Tax Fraud, the Court finds pursuant to Federal Rules of Evidence 403 and 404 that the government is precluded from offering evidence regarding Mr. Brockman's alleged tax fraud, as identified in the government's Rule 404(b) notice dated August 15, 2022.

**IT IS SO ORDERED** that Mr. Kepke's Motion is GRANTED.

Dated: _____     _____
                                              Hon. James Donato
                                    UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **September 30, 2022**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **September 30, 2022** in Los Altos, California.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Grant P. Fondo*
　　　　　　　　　　　　　　　　　　　　　　　GRANT P. FONDO