GRANT P. FONDO (SBN 181530)
GFondo@goodwinlaw.com
DAVID R. CALLAWAY (SBN 121782)
DCallaway@goodwinlaw.com
**GOODWIN PROCTER** LLP
601 Marshall Street
Redwood City, CA  94063
Tel: +1 650 752 3100

RICHARD M. STRASSBERG (*pro hac vice*)
RStrassberg@goodwinlaw.com
**GOODWIN PROCTER** LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: +1 212 813 8800

Attorneys for Defendant:
CARLOS E. KEPKE

**PLACEHOLDER OF DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS E. KEPKE,<br><br>Defendant. | Case No. 3:21-CR-00155-JD<br><br>**CARLOS KEPKE'S REPLY IN SUPPORT OF MOTION FOR A PRETRIAL CONFERENCE AND DISCOVERY PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT**<br><br>Date:     October 17, 2022<br>Time:     10:30 a.m.<br>Courtroom: 11<br>Judge:    Hon. James Donato |