GRANT P. FONDO, (SBN 181530)
*GFondo@goodwinlaw.com*
DAVID R. CALLAWAY (SBN 121782)
*DCallaway@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California  94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

RICHARD M. STRASSBERG (*pro hac vice*)
*RStrassberg@goodwinlaw.com*
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
Tel.: +1 212 813 8800
Fax: +1 212 355 3333

Attorney for Defendant
CARLOS E. KEPKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:21-CR-0155-JD |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| CARLOS E. KEPKE, | |
| Defendant. | |

## PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is: Three Embarcadero Center, San Francisco, California 94111.

On **October 4, 2022**, I caused the following document(s) to be served on the person(s) below As follows:

**ADMINISTRATIVE MOTION TO FILE UNDER SEAL CARLOS KEPKE'S REPLY IN SUPPORT OF MOTION FOR A PRETRIAL CONFERENCE AND DISCOVERY PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT**

**DECLARATION OF GRANT P. FONDO IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL CARLOS KEPKE'S REPLY IN SUPPORT OF MOTION FOR A PRETRIAL CONFERENCE AND DISCOVERY PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT**

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL CARLOS KEPKE'S REPLY IN SUPPORT OF MOTION FOR A PRETRIAL CONFERENCE AND DISCOVERY PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT**

**UNREDACTED CARLOS KEPKE'S REPLY IN SUPPORT OF MOTION FOR A PRETRIAL CONFERENCE AND DISCOVERY PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT**

| | |
|---|---|
| Christopher Magnani<br>U.S. DEPARTMENT OF JUSTICE<br>TAX DIVISION<br>Western Criminal Enforcement Section<br>Ben Franklin Station<br>PO Box 972<br>Washington, DC 20044 | Counsel for *Plaintiff*: USA<br>Tel.: 202-307-6408<br>Email: *Christopher.magnani@usdoj.gov* |
| Michael G. Pitman<br>UNITED STATES ATTORNEY'S OFFICE<br>150 Almaden Blvd., Suite 900<br>San Jose, CA 95113 | Counsel for *Plaintiff*: USA<br>Tel.: 408-535-5040<br>Email: *Michael.pitman@usdoj.gov* |
| Boris Bourget<br>DOJ- TAX<br>TAX DIVISION<br>150 M Street NE, Ste. 2.603<br>Washington, DC 20002 | *Counsel for Plaintiff*: USA<br>Tel.: 202-307-2182<br>Email: *boris.bourget@usdoj.gov* |
| Corey J. Smith<br>DEPARTMENT OF JUSTICE<br>TAX DIVISION<br>150 M Street NW, Room 2.208<br>Washington, DC 20004 | *Counsel for Plaintiff*: USA<br>Tel.: 202-514-5230<br>Email: *corey.smith@usdoj.gov* |

| | |
|---|---|
| 1 | |
| 2 | ☑   (E-MAIL or ELECTRONIC TRANSMISSION)  By electronic service on **October 4, 2022**.  Based on a court order or an agreement of the parties to accept electronic service, I caused the document(s) to be sent to the person(s) at the electronic service address(es) listed above. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **October 4, 2022,** at San Francisco, California.

| Bethannie Tamargo | *Bethannie Tamargo* |
|---|---|
| (Type or print name) | (Signature) |