# EXHIBIT 7

CASE NAME / NO:  1000283530_____          CASE AGENT:  S/A Trista Merz, IRS-CI

AUDIO RECORDING:   180215_0133.MP3          AUDIO MINUTE DURATION:  00:27:42

DATE:   02  /  15  / 2018

START TIME OF SESSION:   00  :  00  :  UNK

END TIME OF SESSION:     00  :  00  :  UNK


SUBJECT INFO:      CARLOS KEPKE
                   713-626-0612



DEVICE LOCATION:    RECORDING DEVICE WITH SPECIAL AGENT_____

MATTER TYPE:  CONCEALED RECORDING DEVICE   (WMA FILE)_____

MONITOR:      N/A_____


SPEAKERS:

SPECIAL AGENT #6134, IRS-CI_____

EVATT TAMINE_____




TRANSCRIBER:  P & P Language Svcs.        Date: March 01, 2018

TRANSCRIPT EDIT 1: P & P Language Svcs.   Date: March 03, 2018

TRANSCRIPT EDIT 2: P & P Language Svcs.   Date: March 12, 2018

AGENT REVIEW: _____        Date: _____

P&P FINAL REVIEW: _____      Date: _____

DRAFT TRANSCRIPT

| 1 | (AUDIO RECORDING 180215_0133 – 27:42 MINUTES DURATION) |
|---|---|
| 2 | (ELECTRONIC CHIMING SOUND) |
| 3 | U/C AGENT #6134: | February fifteenth (15th), two-thousand-eighteen (2018)… |
| 4 | //(CELL PHONE RINGS) |
| 5 | U/C AGENT #6134: | //…time's approximately (UNINTELLIGIBLE)-ten, p.m…four- |
| 6 | | four-one, two-hundred, five-zero-ninety-five (441-200-5095). |
| 7 | | Hello? |
| 8 | EVATT TAMINE: | Hello? Uhm...hi there, it's Evatt Tamine…calling you back. |
| 9 | U/C AGENT #6134: | Hey, how are you doing, Evatt? (VOICE ECHOS) |
| 10 | EVATT TAMINE: | Good, good, how are you today? |
| 11 | U/C AGENT #6134: | I'm doin' excellent. Doin' excellent, so, how is the weather in |
| 12 | | beautiful Bermuda? |
| 13 | EVATT TAMINE: | Uhm...you know what I'm lookin' at, I-I haven't been out of the |
| 14 | | office for quite some time and I'm seein' grey, Uhm...a little bit |
| 15 | | chilly… |
| 16 | U/C AGENT #6134: | //Hmm… |
| 17 | EVATT TAMINE: | //…and it looks like it's gonna rain. But you know what? It could |
| 18 | | be worse. |
| 19 | U/C AGENT #6134: | //(LAUGHS) |
| 20 | EVATT TAMINE: | //It could be worse, but, where-where are you located? |
| 21 | U/C AGENT #6134: | I'm in Pennsylvania. Have you ever been there? |
| 22 | EVATT TAMINE: | Oh, yeah, I have. It could be, like I say, it could be a lot worse. |

2

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | U/C AGENT #6134: | Yes, see? You could be here. |
| 2 | EVATT TAMINE: | //(UNINTELLIGIBLE / CHUCKLES)… |
| 3 | U/C AGENT #6134: | //Well, that's interesting you've been to Pennsylvania. What |
| 4 | | brought you here? |
| 5 | EVATT TAMINE: | Oh, I've been to Philadelphia… |
| 6 | U/C AGENT #6134: | //Uh-huh? |
| 7 | EVATT TAMINE: | //…and I've been-...I think I've done a bit of the countryside and, |
| 8 | | uh-uh, I mean, years ago I went to a Bruce Springsteen concert in |
| 9 | | //Philadelphia. |
| 10 | U/C AGENT #6134: | //Oh, lovely. That's great, wow...huh, who woulda thought? Now |
| 11 | | where are you, if you don't mind me asking-...er, your accent – |
| 12 | | where are you originally from? |
| 13 | EVATT TAMINE: | A-A-Australia. |
| 14 | U/C AGENT #6134: | Ah, so on my bucket list. I mean, (INHALES SHARPLY) I think- |
| 15 | | I think many Americans it's on their bucket list to go to Austra-… |
| 16 | EVATT TAMINE: | Oh, yeah, yes, it's, uh, it's, uhm…it's-it's on mine as well. I-I- uh- |
| 17 | | I don't get back often enough… |
| 18 | U/C AGENT #6134: | //Yeah. |
| 19 | EVATT TAMINE: | //I feel I could, on a regular basis, I add it back to the list. |
| 20 | U/C AGENT #6134: | //I'm s-… |

3

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | EVATT TAMINE: | //Uhm...yeah, so-so, how can I help? You-you, Uhm...Carlos, |
| 2 | | uh...called me some, uh...a couple of weeks ago and-and, |
| 3 | | uh...what-...how can I help? |
| 4 | U/C AGENT #6134: | Sure, well, I appreciate you takin' the time. I, Uhm...I talked with |
| 5 | | him, and I'm lookin' at hopefully using his trust services and, |
| 6 | | Uhm... I'll just-...I'll tell you real quickly, I know nothing about |
| 7 | | this stuff. This is about as foreign to me as you can get, so I |
| 8 | | apologize if I ask you really dumb questions. Uhm… |
| 9 | EVATT TAMINE: | //Okay. |
| 10 | U/C AGENT #6134: | //…'cause it's-it's-it's just so above my head. So, Uhm...so, you |
| 11 | | know, he said-...I had asked him, you know, we-we talked, uh...had |
| 12 | | a great meeting in Houston last week and he mentioned your name |
| 13 | | as someone to, uh...to give a call that you've-...he's done business |
| 14 | | with you for a long time and, Uhm...yeah, could just give me |
| 15 | | maybe a little bit more background on it and-and that type of thing, |
| 16 | | so, uhm...I thought that'd be, you know, wonderful. So if you don't |
| 17 | | mind me, just givin'… |
| 18 | EVATT TAMINE: | //Yeah. |
| 19 | U/C AGENT #6134: | //…kind of, like, a //thumbnail sketch of who you are and go from |
| 20 | | there. |
| 21 | EVATT TAMINE: | //Yeah, yeah, that's a problem. I'll-I'll-I'll-I'll help you in |
| 22 | | whichever c-way-...in whichever way I can. //(LAUGHS) |

4

DRAFT TRANSCRIPT

| 1 | U/C AGENT #6134: | //That'd be great. |
|---|---|---|
| 2 | EVATT TAMINE: | Uh, but yeah, absolute-...yeah, absolutely. |
| 3 | U/C AGENT #6134: | Okay, so if you don't mind just for-...eh-...all he told me about you |
| 4 | | was that, you know, you're-you're a colleague and a friend and |
| 5 | | somebody that he trusts very implicitly and, you know, to give you |
| 6 | | a buzz and so, if you don't mind, just tell me real briefly about |
| 7 | | yourself, what you do and then…//kinda helps me understand. |
| 8 | EVATT TAMINE: | //Uhm...no problem. I-I run, uh, in-in short, I run a, Uhm...a-a trust, |
| 9 | | Uhm...based here in Bermuda and I've been running it, uhm...on- |
| 10 | | on my own, pretty much, as the sole director for, uh...seven (7) or |
| 11 | | eight (8) years. Before that, uhm...I was working for the man who |
| 12 | | was running this who passed away in two-thousand and ten (2010). |
| 13 | U/C AGENT #6134: | Hmm… |
| 14 | EVATT TAMINE: | Uhm...and my background is as a lawyer. Uhm...a-and, I've, uh- |
| 15 | | uh, you know, I've known the guy who's runnin' the trust for, uh... |
| 16 | | yeah, he's been doin' it since, uh...for five (5) years, but before that |
| 17 | | I've-I've met him in two-thousand-...uh, sorry, nineteen-ninety- |
| 18 | | seven (1997), or thereabouts. And, Uhm...yeah, that's pretty much |
| 19 | | it just in the background as a lawyer. |
| 20 | U/C AGENT #6134: | Okay, alright, that's very interest-...so, how did you meet Carlos |
| 21 | | then? |

Case No.: #1000283530
Date:     February 15, 2018 @ Time Unknown
Name:     EVATT TAMINE re: CARLOS KEPKE
Matter:   CD Audio Recording 180215_0133.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | EVATT TAMINE: | I-...well, through the-..see, he's-...uh-the-the guy that I took over |
| 2 | | from, uhm...Gordon Howard had been doin' business with him |
| 3 | | more and had him, uhm...doing legal advice for years before that. |
| 4 | | To tell the truth, I haven't done that much with Carlos. //Uhm… |
| 5 | U/C AGENT #6134: | //Okay. |
| 6 | EVATT TAMINE: | Uhm...most everything was done and finished before I even |
| 7 | | became involved and, uhm...from time to time Carlos, uhm...is-is |
| 8 | | there and has given a little bit advice, but not a great deal of it. I've |
| 9 | | gotta be honest with you – not-not-not a great deal with me… |
| 10 | U/C AGENT #6134: | //Uh-huh... |
| 11 | EVATT TAMINE: | //But Gordon Howard, who I worked with, uhm...for a long time, |
| 12 | | uhm...in the old days, way, way, way back in the 'eighties ('80's), |
| 13 | | uh, before- way before my time – so what I'm getting is-is all |
| 14 | | second-hand. |
| 15 | U/C AGENT #6134: | Uh-huh? |
| 16 | EVATT TAMINE: | Uhm...eh, Gordon knew him back then. |
| 17 | U/C AGENT #6134: | Okay, okay, yeah, that's-that's before my time too. I'm-I'm- |
| 18 | | Carlos told me I'm prob'ly one of his youngest clients… |
| 19 | EVATT TAMINE: | //Right, so it's just gonna [phon.]… Yeah… |
| 20 | U/C AGENT #6134: | //…if not the, so-so then-...and I-I'm, guh-...takin' a guess you |
| 21 | | prob'ly are much younger too, so, uh… |

6

DRAFT TRANSCRIPT

| 1 | EVATT TAMINE: | Uhm...well I'm younger than-...I'm-I'm young-...not-not that |
| 2 | | young, but I'm younger than Carlos. |
| 3 | U/C AGENT #6134: | //(LAUGHS) |
| 4 | EVATT TAMINE: | //I'm-...yeah, I've-I've been-...I've been around in Bermuda for, |
| 5 | | uh, a little bit over twenty (20) years. |
| 6 | U/C AGENT #6134: | Oh, //awesome, okay. |
| 7 | EVATT TAMINE: | //I've been on-...I've-I've been on, so, uhm...uh, you know, |
| 8 | | uh...Gordon had done, I think, most of his work with Carlos way, |
| 9 | | way back before I even got involved. |
| 10 | U/C AGENT #6134: | Okay, alright. So you're-you're sort of, and I again, I apologize – |
| 11 | | these questions are prob'ly like, "come on, you have to…" |
| 12 | EVATT TAMINE: | //Uh-… |
| 13 | U/C AGENT #6134: | "…understand this," but, uhm...you're the trust-...'cause I met one |
| 14 | | of his trust guys from Belize, I think, so would you be similar to |
| 15 | | him – the trustee, then? |
| 16 | EVATT TAMINE: | No, //I don't… |
| 17 | U/C AGENT #6134: | //No? |
| 18 | EVATT TAMINE: | I don't know-...I don't who in Belize, uhm – again, if I'm being- |
| 19 | | ...if I'm being really frank about that, this doesn't get back to |
| 20 | | Carlos? |
| 21 | U/C AGENT #6134: | Sure... (VOICE ECHOS) |

7

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | EVATT TAMINE: | I'd stay away from Belize completely. It's a jurisdiction I don't |
| 2 | | like… |
| 3 | U/C AGENT #6134: | //Hmm… (VOICE ECHOS) |
| 4 | EVATT TAMINE: | //I, uhm...I-I-I think it's, uhm...it's a jurisdiction that-that tries to |
| 5 | | sell itself on helping out people doing things they probably shouldn't |
| 6 | | do and I-I avoid those places like the plague. |
| 7 | U/C AGENT #6134: | //Interesting. |
| 8 | EVATT TAMINE: | //Uhm...yeah-I-I don't like Belize, the jurisdiction. Uhm...and my |
| 9 | | limited experience, years ago, //uhm… |
| 10 | U/C AGENT #6134: | //(SNIFFS) |
| 11 | EVATT TAMINE: | //…we had-...Gordon had a, uhm...a-a relationship with a Belizean, |
| 12 | | uhm...company and, uh...it was all a little bit – I'm-I'm sorry about |
| 13 | | the word – it's all a little bit too sleazy for //me. |
| 14 | U/C AGENT #6134: | //Mmm-hmm.,, |
| 15 | EVATT TAMINE: | Uhm...the jurisdiction. [phon.] |
| 16 | U/C AGENT #6134: | Oh, I-I appreciate //your frankness. |
| 17 | EVATT TAMINE: | //And I think-...I think the key-...I think the key for, eh-...you |
| 18 | | know, for anybody in the trust world, the key //is… |
| 19 | U/C AGENT #6134: | //(SNIFFS) |
| 20 | EVATT TAMINE: | …is transparency, integrity, and, uhm...always make sure you're |
| 21 | | dealing with people who do the thing-...do things the right way. |
| 22 | U/C AGENT #6134: | //Mmm-hmm... |

8

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | EVATT TAMINE: | //Uhm...and, yeah, don't take shortcuts, don't fudge things, and- |
| 2 | | and that's, you know, just everything works out so much better |
| 3 | | when things are done properly, but Belize and-and I think Carlos- |
| 4 | | I'm-I'm not really… Because Carlos has never done anything with |
| 5 | | me that's involved Belize, I don't-...I can't say that conversation's |
| 6 | | come up between me and him… |
| 7 | U/C AGENT #6134: | Mmm-hmm... |
| 8 | EVATT TAMINE: | But, uhm...it's not a jurisdiction I like. |
| 9 | U/C AGENT #6134: | Okay, so how do you-...so, maybe I'm not understanding the |
| 10 | | relationship – so, you are the trustee, is that who you are? |
| 11 | EVATT TAMINE: | Oh, I'm-I'm-I'm a trustee – the completely stand-alone trustee |
| 12 | | person who, you know, that works with-it's not-I'm not a-...I'm |
| 13 | | not a trust company. I'm not-...I don't run a trust company, I don't |
| 14 | | provide any outside services, I am the trustee of a very specific |
| 15 | | trust, if you see what I mean. |
| 16 | U/C AGENT #6134: | Okay. |
| 17 | EVATT TAMINE: | So, I'm not-...I'm not in the same position as, uhm...you know, I |
| 18 | | don't operate a trust company providing services. |
| 19 | U/C AGENT #6134: | Oh, okay, //so-… |
| 20 | EVATT TAMINE: | //I'm not sure-...yeah, sorry, you might be getting-...uh, you might, |
| 21 | | uh...you might've got the wrong impression from Carlos. So, I |

9

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | | don't, uhm... I'm not a trust company operator. Uh-uhm... I-I act as |
| 2 | | a trustee for a-...for a specific trust. |
| 3 | U/C AGENT #6134: | Okay, so, say I came-...say you were gonna-...oh, so you have your |
| 4 | | own trust then, that you //operate. |
| 5 | EVATT TAMINE: | //Y-yes, yeah, //that-that's right, okay. |
| 6 | U/C AGENT #6134: | //Okay, okay, and it's all outta Bermuda? |
| 7 | EVATT TAMINE: | Yes. |
| 8 | U/C AGENT #6134: | Okay, so why do you like Bermuda, say, over other jurisdictions? |
| 9 | EVATT TAMINE: | Well, my wife who is Bermudian would kill me if I said //anything |
| 10 | | else. |
| 11 | U/C AGENT #6134: | //(LAUGHS) |
| 12 | EVATT TAMINE: | In a nutshell, you have the answer. //(LAUGHS) |
| 13 | U/C AGENT #6134: | //Okay. |
| 14 | EVATT TAMINE: | If I had-...uhm... I-...uh-uh, you know, I come here t work, uhm... I |
| 15 | | work with Bermudians – Gordon is a Bermudian. Uh, originally |
| 16 | | English, but, uh-uh...lived here a long time, became a Bermudian, |
| 17 | | and, uhm...because he lived here and this is where he was, this is |
| 18 | | where the trusts that he looked after the setup. Uhm...I came in, I |
| 19 | | worked here, I got married here, this is home, my children are all |
| 20 | | Bermudian, and, uhm...despite my best efforts to leave Bermuda |
| 21 | | and go live somewhere (CHUCKLES) bigger… |
| 22 | U/C AGENT #6134: | //(CHUCKLES) |

10

DRAFT TRANSCRIPT

| 1 | EVATT TAMINE: | //…and closer to Australia, uhm...like, Sydney, in Australia… |
| 2 | U/C AGENT #6134: | //Yes, (CHUCKLES) |
| 3 | EVATT TAMINE: | //And, i-i-is, uh...I've done-[phon.]…so it's, eh, you know, it |
| 4 | | continues here because it's where we live. Uh, //you know… |
| 5 | U/C AGENT #6134: | //Okay. |
| 6 | EVATT TAMINE: | Uh, I haven't convinced my wife that movin' away from Bermuda |
| 7 | | is a good thing yet. |
| 8 | U/C AGENT #6134: | Hmm, that's alright. If-...she-she would at least stay home then or |
| 9 | | does she have to work also? |
| 10 | EVATT TAMINE: | Oh, no, no, she's-she's mostly stay-at-home. |
| 11 | U/C AGENT #6134: | //Okay. |
| 12 | EVATT TAMINE: | //She does-...she does some stuff. We've got-...we've got children |
| 13 | | from, uhm...from nineteen (19) down to four (4) years old. |
| 14 | U/C AGENT #6134: | //Wow…whew… |
| 15 | EVATT TAMINE: | //And, you know, Bermuda-Bermuda has, eh...for raising young |
| 16 | | children this is a great place. |
| 17 | U/C AGENT #6134: | //Yeah. |
| 18 | EVATT TAMINE: | //But then they get to a certain age and now older girls have to go |
| 19 | | to school off-island… |
| 20 | U/C AGENT #6134: | //Hmm… |
| 21 | EVATT TAMINE: | //…uhm...and both of our older girls, uh...went to boarding school. |
| 22 | | Our younger girls, at some point, they have to go to boarding |

11

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | | school. Uhm...here- y-you know, the standards are-...it's a-...it's a |
| 2 | | nice place to be, but, uh...educational standards are pretty poor. |
| 3 | U/C AGENT #6134: | Mmm-hmm... |
| 4 | EVATT TAMINE: | So, you know, uhm...we're in Bermuda. Bermuda's there because, |
| 5 | | you know, my wife is Bermudian. That's what-… |
| 6 | U/C AGENT #6134: | Uh-huh... |
| 7 | EVATT TAMINE: | (CHUCKELS) I wish //I-… |
| 8 | U/C AGENT #6134: | //Mmm-hmm... |
| 9 | EVATT TAMINE: | I wish I could say to you it's because, you know, Bermuda's a |
| 10 | | great jurisdiction and it's got a great court system, uhm...and it has |
| 11 | | really great people working here, but I'm-I'm somewhat cynical |
| 12 | | about the quality of people you come across in these places. |
| 13 | U/C AGENT #6134: | Hmm…//interesting. |
| 14 | EVATT TAMINE: | //And I say that in, you know, living here myself. |
| 15 | U/C AGENT #6134: | Yeah. |
| 16 | EVATT TAMINE: | Uhm...but-but I'm-...we're here because my wife is Bermudian, |
| 17 | | that's it. |
| 18 | U/C AGENT #6134: | Uh-huh...wow, okay, well that, //you know… |
| 19 | EVATT TAMINE: | //And-and don't-...again, uh...don't get me wrong, I do like |
| 20 | | Bermuda. //(CHUCKLES) Yeah. |

Case No.: #1000283530
Date:      February 15, 2018 @ Time Unknown
Name:     EVATT TAMINE re: CARLOS KEPKE
Matter:   CD Audio Recording 180215_0133.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | U/C AGENT #6134: | //Yeah, no, no, no, I understand. You wouldn't stay there. I'm sure |
| 2 | | your wife's a lovely person but if-if you don't like it, you're |
| 3 | | definitely not gonna stay there that long, so, //at least… |
| 4 | EVATT TAMINE: | //Yeah, it's, like, twenty-twenty (20) square miles in the middle of, |
| 5 | | //uhm… |
| 6 | U/C AGENT #6134: | //(GASPS) |
| 7 | EVATT TAMINE: | …the Atlantic Ocean. Uhm...y-y-you know, when-when I grew up |
| 8 | | in, uh...a continent, in a-...in a-...in a country that's the size of the |
| 9 | | //continental… |
| 10 | U/C AGENT #6134: | //Yeah. |
| 11 | EVATT TAMINE: | //…of the United States, uhm... //(CHUCKLES) |
| 12 | U/C AGENT #6134: | //(CHUCKLES) |
| 13 | EVATT TAMINE: | Okay, yeah, gettin' in the car, bein' able to drive for hours without |
| 14 | | having to-...oh, bein' able to drive an hour without having to turn |
| 15 | | around and come back. |
| 16 | U/C AGENT #6134: | //(CHUCKLES) |
| 17 | EVATT TAMINE: | //Uh, it'll-it'll do things to you. [phon.] |
| 18 | U/C AGENT #6134: | (LAUGHS) I see why you prob'ly visit the states often then, I'm |
| 19 | | guessing, so… |
| 20 | EVATT TAMINE: | Oh, eh-eh-eh, yeah. //(CHUCKLES) |
| 21 | U/C AGENT #6134: | //(CHUCKLES) |

13

Case No.: #1000283530
Date:      February 15, 2018 @ Time Unknown
Name:      EVATT TAMINE re: CARLOS KEPKE
Matter:    CD Audio Recording 180215_0133.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | EVATT TAMINE: | Yeah, we-...uh, yeah, I'm-I'm happy, doesn't matter where it is, |
| 2 | | put me on a road that-that goes on for more than a hundred miles |
| 3 | | //and I'm happy. |
| 4 | U/C AGENT #6134: | //(LAUGHS) So would you say, I mean, that-...it's interesting what |
| 5 | | you mention though about, you know, Belize and stuff. Would |
| 6 | | you, er-...do you feel like I should-...(SIGHS) what type of |
| 7 | | problems do you see that they run into //there, would you say? |
| 8 | EVATT TAMINE: | //I-...eh-...I don't know. I-I-I don't know where you're coming |
| 9 | | from. I don't know, yeah, what you're doing, what you're looking |
| 10 | | to do… |
| 11 | U/C AGENT #6134: | Sure. |
| 12 | EVATT TAMINE: | Uhm...i-is it a-...is it a family trust, is it a-...is it a business //sort of |
| 13 | | trust… |
| 14 | U/C AGENT #6134: | //S-so, it's… |
| 15 | EVATT TAMINE: | I-… |
| 16 | U/C AGENT #6134: | (SIGHS) I'm gonna try to explain it very briefly 'cause I-I'll admit, |
| 17 | | I don't fully understand all of it and that's where, like, I said my |
| 18 | | new part, but essentially, you know, I-I-I-I, you know, I've-...have |
| 19 | | a decent amount of money, I'm-I'm very fortunate, work really |
| 20 | | hard, and this-...he said as long as I have-...so, I don't have any |
| 21 | | foreign relatives, but I have someone that's gonna be passing away |
| 22 | | this year, uhm – probably, I don't know, depending on, you never |

14

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | | know with their health – so th-...have them set up, uh...like, a trust. |
| 2 | | Does this make sense so far? And then, uhm...tsk-...when they pass |
| 3 | | away then I can contribute more to it and it provides you with sort |
| 4 | | of, like, a tax benefit to it. Does-does this sound familiar? Do you |
| 5 | | know what I'm talking about? |
| 6 | EVATT TAMINE: | It-eh-eh-uhm...no-...well-...uh-eh-uh, no, which, I'm-I'm not an |
| 7 | | American, so I don't know the systems and I don't know, Uhm... |
| 8 | | eh-...I can only tell you what I do, what-what I know on my side. |
| 9 | U/C AGENT #6134: | Sure. |
| 10 | EVATT TAMINE: | Uhm...eh- w-w-what-...to establish a trust, to make an irrevocable |
| 11 | | gift, in my world, okay, if-if-if something is put into a trust, if |
| 12 | | something is, uhm..about a person who-who wants to just, you |
| 13 | | know, not-not have the assets in their own name, it-it is a ir- |
| 14 | | irrevocable gift, a-a-and that's the way it, as I understand it, and- |
| 15 | | and from my world. I don't know what-...I don't know how it |
| 16 | | works in the U.S. system, but if you-...if in my world, then an asset |
| 17 | | is put into a trust…//(UNINTELLIGIBLE)… |
| 18 | U/C AGENT #6134: | //Do you have, uh...do you have U.S. clients though, too, also? I |
| 19 | | thought Carlos //told me… No, oh… |
| 20 | EVATT TAMINE: | //No, no, no, no, no, we don't have any, //yeah. |
| 21 | U/C AGENT #6134: | //Oh, okay. |
| 22 | EVATT TAMINE: | No. |

Case No.: #1000283530
Date:      February 15, 2018 @ Time Unknown
Name:    EVATT TAMINE re: CARLOS KEPKE
Matter:   CD Audio Recording 180215_0133.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| 1 | U/C AGENT #6134: | //Go ahead, huh… |
|---|---|---|
| 2 | EVATT TAMINE: | //Yeah, and-and so what-...and so-so, in our world when-when |
| 3 | | assets come to the trust, as an independent trustee, that trustee has |
| 4 | | to-...uh-uhm...in-...someone in my position, uhm...you control the |
| 5 | | assets. You-you-you deal with them. We-uh-uh-...you-you |
| 6 | | would've seen recently that, eh...you know, there was a-huh-a-a |
| 7 | | leak at one of the law firms here in Bermuda had a whole lot of |
| 8 | | documentation leaked and, i-i-it really did surprise me the number |
| 9 | | of, uhm...trusts, but we don't live in the world of-of, uh...you |
| 10 | | know, licensed trust companies. But, uhm...licensed trust |
| 11 | | companies will provide-...I guess would provide some sort of |
| 12 | | service to you with how they'll follow your instructions, they'll- |
| 13 | | they'll, you know, act as if there's a-a-a-a real trust in the |
| 14 | | (UNINTELLIGIBLE)…you know… |
| 15 | U/C AGENT #6134: | //Uh-… |
| 16 | EVATT TAMINE: | //…at your discretion. Uhm...I-I-...uh, y-you know, uh-uh, I was |
| 17 | | surprised when that happened-...happens, but, you can do-...uh, |
| 18 | | people do things – not surprised – but they're not done-...that's not |
| 19 | | the right way of doing them. So, uhm...if-...uh...you just gotta- |
| 20 | | ...you just always-… Put it this way, people need to sleep at night. |
| 21 | | People need to sleep at night… |
| 22 | U/C AGENT #6134: | //Uh-huh... |

16

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | EVATT TAMINE: | //…and if you-…if trusts are created as a way of hiding assets or- |
| 2 | | or-or putting beyond the reach of others then, you know, |
| 3 | | sometimes you don't sleep at night. |
| 4 | U/C AGENT #6134: | //Mmm-hmm... |
| 5 | EVATT TAMINE: | //You're worried about-…you're always worried about, you know, |
| 6 | | who's looking at it and I think, uhm… If- I don't know what |
| 7 | | Carlos is suggesting. I don't know how that setup would work, but, |
| 8 | | uhm...you-…if you nee-…it's probably best to take tax planning |
| 9 | | from, eh-…and then Carlos is-…Carlos is good don't-eh-…I mean, |
| 10 | | in my understanding… |
| 11 | (ELECTRONIC CHIMING SOUND) | |
| 12 | EVATT TAMINE: | …he's quite good. But-but just when it comes to the tax planning |
| 13 | | side, make sure that you understand all the rules and the |
| 14 | | regulations and if you do things the right way, uhm...uh, y-you |
| 15 | | know, y-you-you-you-…it's not-…you can sleep at night. |
| 16 | U/C AGENT #6134: | So does-…so does he not-…maybe-maybe I am misunderstanding. I |
| 17 | | thought he still worked with you now. You're saying he doesn't |
| 18 | | work with you? Like, you guys don't have mutual clients or |
| 19 | | whatever? |
| 20 | EVATT TAMINE: | Uhm...no, no, not-…no, we don't-…we have no mutual clients… |
| 21 | U/C AGENT #6134: | ..Oh... |
| 22 | EVATT TAMINE: | //…that I'm aware of. |

17

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | U/C AGENT #6134: | //Okay. |
| 2 | EVATT TAMINE: | //Uhm...we know people. We do both know-...we both know |
| 3 | | people. I mean, I, you know, he's been around for a long time but, |
| 4 | | uh...you know, Carlos really hasn't done anything, Uhm...on my |
| 5 | | side for quite a long time. |
| 6 | U/C AGENT #6134: | Oh, okay, alright //then, so-… |
| 7 | EVATT TAMINE: | //Yeah, I-I-I don't wanna-...I don't-...uh, you know, I know Carlos |
| 8 | | said to me that you wanna talk to me to get-I-I thought was to get, |
| 9 | | you know, some background on Carlos and, but, uhm… |
| 10 | | //(UNINTELLIGIBLE)… |
| 11 | U/C AGENT #6134: | //That-that is the main thing. No, definitely, I mean… |
| 12 | EVATT TAMINE: | //Yeah. |
| 13 | U/C AGENT #6134: | //…that was the main point but it sounds like you guys really don't |
| 14 | | do business anymore together. |
| 15 | EVATT TAMINE: | We-...not-not really, no. No… |
| 16 | U/C AGENT #6134: | //Okay. |
| 17 | EVATT TAMINE: | //I pay him-...I-I pay Carlos an annual r-retainer, but, there really |
| 18 | | isn't a great deal. In fact, it's next to nothing that I give him on an |
| 19 | | annual basis and in whole-...in the whole of the time I've been in |
| 20 | | charge, uhm...which pretty much-...which is since two-thousand- |
| 21 | | August of two-thousand-ten (2010), there's very little-...there's |
| 22 | | very little, if anything, that-that I've done with Carlos – maybe |

18

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | | before then, uhm...most-most of the work Gordon had done had |
| 2 | | already been well and truly established years and years ago and, |
| 3 | | uhm...I-...you know, I don't, uh...we didn't do a lot with Carlos |
| 4 | | through, you know, my-my involvement got pretty, uhm...heavy in |
| 5 | | this in about-...in what I'm doing now, in about two-thousand and |
| 6 | | two (2002). |
| 7 | U/C AGENT #6134: | Okay. |
| 8 | EVATT TAMINE: | Uhm...and, uhm...and maybe a little bit before then. Uhm...a little |
| 9 | | bit before then in-in another context, but, uhm...not a lot with |
| 10 | | Carlos. |
| 11 | U/C AGENT #6134: | Hmm, okay, that was, uh...yeah, I figured that's why he gave me |
| 12 | | your name was 'cause you guys dealt pretty extensively //on-on… |
| 13 | EVATT TAMINE: | //I know-...I-I know him. I know him and I stay in touch with him |
| 14 | | and he's a good guy and he's clearly, uhm...experienced, but, |
| 15 | | uhm...when it comes to-...when it comes to the work side of it and, |
| 16 | | uh...yeah, there's not-...eh-...it's been-...it's been-...a-a-all the work |
| 17 | | that would've been done with Carlos would've been done many, |
| 18 | | many years ago and, uhm...tsk-...you know, I-I tend not-...I-I just |
| 19 | | don't use him for too much. Not because-...not because I don't |
| 20 | | want to, it's just because there's no work for him to do. |
| 21 | U/C AGENT #6134: | M'kay, and then he doesn't use you, I guess. Right, is that what |
| 22 | | you're saying? |

Case No.: #1000283530
Date:      February 15, 2018 @ Time Unknown
Name:    EVATT TAMINE re: CARLOS KEPKE
Matter:  CD Audio Recording 180215_0133.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| 1 | EVATT TAMINE: | Oh no, no… |
|---|---|---|
| 2 | U/C AGENT #6134: | //No? Okay |
| 3 | EVATT TAMINE: | //…no, no, I don't-...'cause I don't do that sort of work. I don't do |
| 4 | | any-...I don't do outside work. |
| 5 | U/C AGENT #6134: | Okay, what-what does outside work mean? |
| 6 | EVATT TAMINE: | Uhm... I'm not a licensed trust company so I don't, you know, we |
| 7 | | have trust companies that offer services and the trustee. I don't do |
| 8 | | that sort of work. I don't do-...I don't-...uh-...I don't offer-...I'm-...I |
| 9 | | don't offer serv-...trustee services, uhm...for payment. |
| 10 | U/C AGENT #6134: | Oh…well, (SIGHS) wow, sorry, this is just, like, has my head |
| 11 | | spinnin'. So, trustee-...but I thought you have a trust, right? |
| 12 | EVATT TAMINE: | Okay, so-so, in-in Bermuda there is two (2) ways-...there's-there's |
| 13 | | licensed trust companies. They-they're-they're like law firms. |
| 14 | U/C AGENT #6134: | //Okay. |
| 15 | EVATT TAMINE: | //And you-...if you need a trustee, if you need, uhm-uh-uh, |
| 16 | | someone that you want to appoint to the trust, then that's the |
| 17 | | service they provide. |
| 18 | U/C AGENT #6134: | //Mmm-hmm... |
| 19 | EVATT TAMINE: | //They-they take on the role, they settle a fee, an annual fee, or-or |
| 20 | | whatever their fee structure is. They'll set fees… |
| 21 | U/C AGENT #6134: | (SNIFFS) |

Case No.: #1000283530
Date:     February 15, 2018 @ Time Unknown
Name:     EVATT TAMINE re: CARLOS KEPKE
Matter:   CD Audio Recording 180215_0133.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| 1 | EVATT TAMINE: | …and, uhm they're licensed to do that in-in Bermuda's case by the |
|---|---|---|
| 2 | | Ministry of Finance, the Bermuda Ministry [phon.] Authority, |
| 3 | | uhm... they're kind of connected. So they-they-they issue licenses |
| 4 | | to certain people to carry on the business of offering trust services. |
| 5 | | Uhm...and then there are others who, uhm-...uh, just, uh...apply to |
| 6 | | trust companies who-who are, uhm...given permission to act as a |
| 7 | | trustee for a specific trust. Uhm...they can't offer their services to |
| 8 | | the outside world, they can't advertise. They do nothing. They-they |
| 9 | | just, uh...you know, they-they don't sell their services, uhm...to-to |
| 10 | | third (3rd) parties. Uhm...I'm in that class. I'm… |
| 11 | U/C AGENT #6134: | //Oh... |
| 12 | EVATT TAMINE: | //…I'm-...I run a private trust company and I have permission or |
| 13 | | my trust company has permission from the Bermuda Ministry |
| 14 | | [phon.] Authority to act as a trustee to the specific trust. |
| 15 | U/C AGENT #6134: | //Okay. |
| 16 | EVATT TAMINE: | //So, uhm...I don't provide services to outsiders. I don't-...I don't |
| 17 | | provide services to third (3rd) parties, uhm-...eh-...uh, for the |
| 18 | | payment of fees. |
| 19 | U/C AGENT #6134: | So-so you just have, like, it's-...you mean you j-...when you say a |
| 20 | | private trust, eh...like, just one (1)-...you have, like, one (1) client |
| 21 | | then, when you say //s-… |

Case No.: #1000283530
Date:      February 15, 2018 @ Time Unknown
Name:    EVATT TAMINE re: CARLOS KEPKE
Matter:   CD Audio Recording 180215_0133.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| 1 | EVATT TAMINE: | //That-...there's one (1) trust. It's one (1) trust. It's an old trust that |
| 2 | | was //established… |
| 3 | U/C AGENT #6134: | //Oh… |
| 4 | EVATT TAMINE: | …almost forty (40) years ago. |
| 5 | U/C AGENT #6134: | //Wow... |
| 6 | EVATT TAMINE: | //The man who set the trust up, died thirty (30)-something years |
| 7 | | ago, thirty-one (31), thirty-two (32)… |
| 8 | U/C AGENT #6134: | //(WHISTLES) Wow… |
| 9 | EVATT TAMINE: | //…years ago. Way-way before my time. So-so, that's it. That's a- |
| 10 | | it's a trust that was created by someone who passed away many, |
| 11 | | many years ago and, uhm... and, uhm... I now fill in the role in-... |
| 12 | | to, uh, a-a-uh, a private company, I fill the role as trustee. |
| 13 | U/C AGENT #6134: | Gotcha now, okay. Now, I apologize. Now I'm understanding, |
| 14 | | //so- s-… (SIGHS) |
| 15 | EVATT TAMINE: | //No, no, no, no problem. No problem. I-I-I just wasn't sure what |
| 16 | | you have been told and, //uhm… |
| 17 | U/C AGENT #6134: | //Yeah, n-n-really nothing. I just assumed, 'cause he gave me a |
| 18 | | couple people to call and everybody sort of fit the role of, you |
| 19 | | know, he gave me an a-...an attorney, Uhm...tsk-uhm...do you |
| 20 | | know Alan who may take over his business one day? |
| 21 | EVATT TAMINE: | Uhm...I- eh- I-I've heard- there's an Alan Keller… |
| 22 | U/C AGENT #6134: | //Yes. |

22

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | EVATT TAMINE: | //I've seen (UNINTELLIGIBLE)…yeah, but I've never dealt with |
| 2 | | him. |
| 3 | U/C AGENT #6134: | That's him. //Very pleasant man. |
| 4 | EVATT TAMINE: | //Yeah, I've heard-...yeah, I've never...eh, never met him or-or |
| 5 | | dealt with him. |
| 6 | U/C AGENT #6134: | So I spoke with him, obviously, before you and he was, you know, |
| 7 | | very similar kind of work as Carlos does so I assumed you'd be |
| 8 | | very similar to either Carlos or the other trustee person. So, alright, |
| 9 | | so now I see you're kind of, like, a little bit different. I-I-I guess |
| 10 | | that-that-...so then…yeah, I-...that-that's interesting. I mean, th-the |
| 11 | | funny thing about Carlos though, I don't know if you've |
| 12 | | experienced this, you send-...him-that man an e-mail, he is the |
| 13 | | quickest person I've ever seen to respond to e-mails and he's an |
| 14 | | older gentleman too, which is amazing. Uhm... (INHALES |
| 15 | | SHARPLY) I don't know if you-you talk with him much through |
| 16 | | e-mail, but he is so fast. |
| 17 | EVATT TAMINE: | Yeah, I mean, if-if you-...eh-...if you can provide that service, |
| 18 | | Uhm...i-it's-...uh, you're in-...you're in with-...yeah, the price |
| 19 | | [phon.] of lawyers and in the service industry. |
| 20 | U/C AGENT #6134: | Yes. |
| 21 | EVATT TAMINE: | Uhm...the number of times I deal with lawyers are nothing-...I find |
| 22 | | nothing more infuriating whether it's lawyers or whether it's |

23

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | | bank's accountants. I find nothing more infuriating than when you |
| 2 | | get charged high fees, Uhm...on an hourly basis, you're, uhm... |
| 3 | | you're waiting three (3) days for a response. |
| 4 | U/C AGENT #6134: | Yeah, no, it's-it's //so true. You do not experience… |
| 5 | EVATT TAMINE: | //Uhm...no, no… |
| 6 | U/C AGENT #6134: | …that with Carlos though. That is //not… |
| 7 | EVATT TAMINE: | //Yeah, yeah, it-it- you know, when you're dealing with-...you're |
| 8 | | dealing with professionals, I, you know, I like quick responses, |
| 9 | | even… |
| 10 | U/C AGENT #6134: | //Yes. |
| 11 | EVATT TAMINE: | //…even if the response is a very, you know, quick, "sorry, don't |
| 12 | | have time but I will look at this." At least you know someone's |
| 13 | | payin' attention to it. |
| 14 | U/C AGENT #6134: | Yes. |
| 15 | EVATT TAMINE: | So, yeah, I guess he-he's following the practice of, uhm...what a |
| 16 | | good professional should. Uhm...huh, my-my-my wife and I were |
| 17 | | talking about an example we were told at dinner last night of a, |
| 18 | | lawyer in Bermuda, who sent a lady a letter, but they'd sent it to |
| 19 | | the wrong person. |
| 20 | U/C AGENT #6134: | //(CHUCKLES) |
| 21 | EVATT TAMINE: | //Uhm...or sent it from a-...from a different file to the wrong client. |
| 22 | U/C AGENT #6134: | Oh... |

24

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | EVATT TAMINE: | So, she contacted him and said, uhm... "you-you-you sent the |
| 2 | | wrong-...you sent it to me. You sent it by mistake. I shouldn't have |
| 3 | | got this." So, they thanked her. And then when she got her bill a |
| 4 | | few-...a month later, she found that the time for taking her phone |
| 5 | | call to tell her-...to tell her-...the lawyer that he'd a mistake, and he |
| 6 | | timed to review the letter she talked about and then send it to the |
| 7 | | right person were all time charges on her file. |
| 8 | U/C AGENT #6134: | No. |
| 9 | EVATT TAMINE: | (CHUCKLES) |
| 10 | U/C AGENT #6134: | //(CHUCKLES) |
| 11 | EVATT TAMINE: | //So, yeah, I'm-I'm sensitive to-to dealing with lawyers. |
| 12 | | //(CHUCKLES) |
| 13 | U/C AGENT #6134: | //(LAUGHS) I love that joke and I'm glad you appreciate this, |
| 14 | | you've had //the same experience with-… (LAUGHS) |
| 15 | EVATT TAMINE: | //Oh, it wasn't a joke-...that wasn't a joke. But sadly...sadly, it was |
| 16 | | a true story. |
| 17 | U/C AGENT #6134: | Oh my goodness, that is horrible. Well, I'm glad you've |
| 18 | | experienced the same with Carlos and you try to practice the same |
| 19 | | //type of thing. |
| 20 | EVATT TAMINE: | //Yeah, I-I-just don't do-and I-I just don't do, uhm...much with |
| 21 | | Carlos, so… |
| 22 | U/C AGENT #6134: | //Okay. |

Case No.: #1000283530
Date:      February 15, 2018 @ Time Unknown
Name:      EVATT TAMINE re: CARLOS KEPKE
Matter:    CD Audio Recording 180215_0133.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | EVATT TAMINE: | //…I-I-...eh, but-but he...but he does-...he, uh-uh…you know, |
| 2 | | Carlos is a pretty focused, hardworking guy from what I've seen, |
| 3 | | uhm...as far as I can tell. Uhm...the-the only word that – I'm sorry |
| 4 | | to say, but do y-...again, can this stay strictly between us… |
| 5 | U/C AGENT #6134: | //Please. |
| 6 | EVATT TAMINE: | //The only word of caution I'd-...I'm-...I'd urge on you is-is when |
| 7 | | you're dealing with, uhm...with people who aren't subject to good |
| 8 | | regulation, tsk-...whether it's laws in //America… |
| 9 | U/C AGENT #6134: | //(SNIFFS) |
| 10 | EVATT TAMINE: | … or, uhm...well, the-...uh-...you know, when you-...when you- |
| 11 | | when you're dealing with people who aren't like lawyers in |
| 12 | | America or-or lawyers in Bermuda or other places where you've |
| 13 | | got good regulation, uhm...always be wary. And I… |
| 14 | U/C AGENT #6134: | Hmm… |
| 15 | EVATT TAMINE: | And I think that Belize is one of those jurisdictions. |
| 16 | U/C AGENT #6134: | 'Kay, no that's-...you don't know how much I appreciate that and |
| 17 | | believe me, it'll stay between you and I because you don't find |
| 18 | | people that are willing to worry about folks who they don't, you |
| 19 | | know, they don't know, quite frankly, and you-you //takin' the |
| 20 | | time… |
| 21 | EVATT TAMINE: | //Uh, yeah. |

26

Case No.:   #1000283530
Date:      February 15, 2018 @ Time Unknown
Name:     EVATT TAMINE re: CARLOS KEPKE
Matter:   CD Audio Recording 180215_0133.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| 1 | U/C AGENT #6134: | …to tell me that, that-that means a lot to me. That tells me of |
| 2 | | //your… |
| 3 | EVATT TAMINE: | //Yeah. |
| 4 | U/C AGENT #6134: | …ethical standard. I mean, there's no question, so… |
| 5 | EVATT TAMINE: | //Well, you-you-you-you've-you've got to. You've got to. Our |
| 6 | | world is under so much pressure these days bec-...uhm...just for |
| 7 | | whatever different reasons, so it's always best to do everything a- |
| 8 | | as-...the right way. And, uhm...oftentimes it's lazy when-when |
| 9 | | people do things in a sloppy way, they go to jurisdictions that will- |
| 10 | | will-will ignore the rules and… |
| 11 | U/C AGENT #6134: | Mmm-hmm... |
| 12 | EVATT TAMINE: | It's just-...it's just best to deal with people who know what they're |
| 13 | | doing and, uhm...it's easy in-in jurisdictions like Belize to, uhm... |
| 14 | | Panama's another one – I'm-I'm disparaging these places. |
| 15 | U/C AGENT #6134: | Yeah. |
| 16 | EVATT TAMINE: | Uhm...and it's easy to get fall-...to fall in their little traps that they |
| 17 | | offer an easy service without too much scrutiny and that's always a |
| 18 | | bad thing. You want-...what you want are people that do things the |
| 19 | | right way. |
| 20 | U/C AGENT #6134: | Oh, I-I agree with you. I mean, it's-...you-you have to have that |
| 21 | | and it's-it's sad that people don't fall-...I mean, if you, (SIGHS) |
| 22 | | you know, th-the scariest part is if you don't you could run into |

27

DRAFT TRANSCRIPT

| 1 | | trouble with the authorities, you can run into trouble with, uh...the |
| 2 | | IRS. I mean, eh-eh… |
| 3 | EVATT TAMINE: | Absolutely. |
| 4 | U/C AGENT #6134: | //Eh-… |
| 5 | EVATT TAMINE: | //Absolutely, and that's what I mean. That's what I mean. You |
| 6 | | wanna… |
| 7 | U/C AGENT #6134: | //Yeah. |
| 8 | EVATT TAMINE: | //…be able to sleep at night.  You wanna… |
| 9 | U/C AGENT #6134: | //You do. |
| 10 | EVATT TAMINE: | //…be able to do all your tax returns… |
| 11 | U/C AGENT #6134: | Yes. |
| 12 | EVATT TAMINE: | Uhm...and know that-that, you know, e-everybody's capable of |
| 13 | | being subjected to an audit. Uhm...and you wanna be able to go |
| 14 | | into that audit and just know there's no problems. |
| 15 | U/C AGENT #6134: | Yeah, I mean, have you fa-...have you had any-...if you don't, I |
| 16 | | mean, just from your experience and you seem like you're so, |
| 17 | | (SIGHS) you've done this so long, have you had any issues with |
| 18 | | your, (SIGHS) you know, with your clients or anything like that |
| 19 | | with those types of folks? |
| 20 | EVATT TAMINE: | No, //because-… |
| 21 | U/C AGENT #6134: | //Oh. |

Case No.: #1000283530
Date:      February 15, 2018 @ Time Unknown
Name:    EVATT TAMINE re: CARLOS KEPKE
Matter:   CD Audio Recording 180215_0133.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| 1 | EVATT TAMINE: | …'cause we-...Gordon before me, we-we're-we |
| 2 | | (UNINTELLIGIBLE) with-with a very simple role. Uhm...you- |
| 3 | | you-...we-we do… |
| 4 | U/C AGENT #6134: | (SNIFFS) |
| 5 | EVATT TAMINE: | We take the time to get the compliance right. We take… |
| 6 | U/C AGENT #6134: | //Uh-huh... |
| 7 | EVATT TAMINE: | //…the time to-...if you're gonna put //money into anything then |
| 8 | | put the money… |
| 9 | U/C AGENT #6134: | //(SNIFFS) |
| 10 | EVATT TAMINE: | …into gettin' it right. |
| 11 | U/C AGENT #6134: | Yeah. |
| 12 | EVATT TAMINE: | So, uhm...you know, we-we keep all of our documentation, we, |
| 13 | | //uhm… |
| 14 | U/C AGENT #6134: | //(SNIFFS) |
| 15 | EVATT TAMINE: | We don't b-because we're, uh...we're a very small organization we |
| 16 | | don't need to worry about, you know, where the money comes |
| 17 | | from. So we know where it comes from. It comes from |
| 18 | | investments, //we know? |
| 19 | U/C AGENT #6134: | //Mmm-hmm... |
| 20 | EVATT TAMINE: | No, I don't take money from outside parties. I don't take money |
| 21 | | from unknown people. Uhm...we don't take money from anybody, |
| 22 | | really. So whenever-...whenever, you know, I'm wittingly going |

29

DRAFT TRANSCRIPT

| 1 | | into relationships with, you know, a South African arms dealer, |
|---|---|---|
| 2 | | //or-or-or Iraqi terrorists, you don't… |
| 3 | U/C AGENT #6134: | //(CHUCKLES) Yes. |
| 4 | EVATT TAMINE: | You don't mix in-…we don't mix with that //sort of world. So I |
| 5 | | think… |
| 6 | U/C AGENT #6134: | //(SNIFFS) |
| 7 | EVATT TAMINE: | //Eh, I think the… |
| 8 | U/C AGENT #6134: | //(SNIFFS) |
| 9 | EVATT TAMINE: | //…the key to it all is-is you stay-…if you do end up-…and I don't |
| 10 | | know the first thing about the American system when it comes to |
| 11 | | trusts – but if you go down into the world of-of trusts, and I know |
| 12 | | Americans who do, //uhm… |
| 13 | U/C AGENT #6134: | //(SNIFFS) |
| 14 | EVATT TAMINE: | //…you know, domestic trusts and-and-and foreign trusts – it's just |
| 15 | | make sure you get your compliance absolutely right. |
| 16 | U/C AGENT #6134: | //Mmm-hmm… |
| 17 | EVATT TAMINE: | //Uhm...you know, do all your record keeping the right //way. |
| 18 | U/C AGENT #6134: | //(SNIFFS) |
| 19 | EVATT TAMINE: | Uhm...do what-…you know, make-make sure the decision making |
| 20 | | is made the right way and, uhm...and, uhm...you know, do it |
| 21 | | properly. That's-…th-that's been the key for us for a long time. |

Case No.: #1000283530
Date:      February 15, 2018 @ Time Unknown
Name:     EVATT TAMINE re: CARLOS KEPKE
Matter:   CD Audio Recording 180215_0133.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | U/C AGENT #6134: | No, y-y-you're so right, and like you just said, you know, you're a |
| 2 | | small shop, and-and Carlos is too, you know, and some of the other |
| 3 | | folks I've talk with, you know, y-you're-now I don't know if you |
| 4 | | have the luxury of working out of your house or not, like he does. |
| 5 | | Do you-...do you get that or do you actually have an office? |
| 6 | EVATT TAMINE: | Oh, I-I have an //office and actually I'm lazy. [phon.] I'm-I'm lazy. |
| 7 | | I far prefer working from home if I can, but I have a live-in [phon.] |
| 8 | | office. |
| 9 | U/C AGENT #6134: | (CHUCKLES) See, and that's-...you know, like you said, y-you're |
| 10 | | able to keep all those records there, you know, at the office. You're |
| 11 | | able to just have it. It's a small-...a small shop and that's nice to |
| 12 | | have and, you know, I'm the same way. I'm a small, quote- |
| 13 | | unquote, business owner in the U.S., I'm not an arms trafficker, |
| 14 | | believe me. Uhm... //(CHUCKLES) |
| 15 | EVATT TAMINE: | //Well-... |
| 16 | U/C AGENT #6134: | Unless-unless nightclubs and those types of places are-are running |
| 17 | | guns through them, which we're not. Uhm...and it is, I mean, it's- |
| 18 | | you wanna be able to sleep at night and understand those things |
| 19 | | and know that it-it's okay, you know, and that what you're doing |
| 20 | | is-is-is alright. I mean, it's-it's not //easy to do. |
| 21 | EVATT TAMINE: | //Yes, a-ab-...yeah. |
| 22 | U/C AGENT #6134: | //Huh... |

Case No.: #1000283530
Date:    February 15, 2018 @ Time Unknown
Name:    EVATT TAMINE re: CARLOS KEPKE
Matter:  CD Audio Recording 180215_0133.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | EVATT TAMINE: | //That-…and that's-that's the key. That's key, and-and-and-and-and |
| 2 | | staying on top…staying on top of it, uhm…all-all the time. Uhm…I |
| 3 | | know that there are a whole bunch of IRS forms that need to be |
| 4 | | filed if you have trusts. |
| 5 | U/C AGENT #6134: | //Hmm… |
| 6 | EVATT TAMINE: | //Make sure you get all of those in… |
| 7 | U/C AGENT #6134: | 'Kay. |
| 8 | EVATT TAMINE: | Uhm... //you know, (UNINTELLIGIBLE)… |
| 9 | U/C AGENT #6134: | //Do you deal with any of that stuff ever or… |
| 10 | EVATT TAMINE: | Uhm...no, no, I-I-whenever we do have anything like that I have |
| 11 | | American lawyers in Washington who deal with that for me… |
| 12 | U/C AGENT #6134: | //Okay. |
| 13 | EVATT TAMINE: | //Give me-...and give me direction. It-it's things like that. It's just, |
| 14 | | you know, there-there are-...there are rules. Get-get your forms |
| 15 | | done accurately, uhm-uhm...make sure they've all gone in on time, |
| 16 | | Uhm...keep all your records – it's-...there's-there's a- there's a- |
| 17 | | uhm...there's an obligation that comes with structuring your affairs |
| 18 | | in the way, and it-...you know, the keys are be honest, be |
| 19 | | transparent, and make sure you do all the documentation you're |
| 20 | | supposed to do. Uhm...can you-...so, I'm gonna have to //grab this |
| 21 | | call. |

Case No.: #1000283530
Date:      February 15, 2018 @ Time Unknown
Name:    EVATT TAMINE re: CARLOS KEPKE
Matter:  CD Audio Recording 180215_0133.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | U/C AGENT #6134: | //No, it's alright. At some point I'd love to meet you at some point |
| 2 | | hopefully and, uh...you take care. Thank you so much. |
| 3 | EVATT TAMINE: | So, thank-thank-thanks. No problem. //Okay, bye-bye. |
| 4 | U/C AGENT #6134: | //Take care, bye. |
| 5 | (CALL ENDS) | |
| 6 | U/C AGENT #6134: | Just finished a telephone call with Evatt Tamine. Again, February |
| 7 | | fifteenth (15th), two-thousand-eighteen (2018). He telephoned me |
| 8 | | from four-four-one, nine- two-nine-five, zero-nine-eight-five (441- |
| 9 | | 295-0985). |
| 10 | (END AUDIO DISK 1 - 180215_0133) | |
| 11 | (END OF RECORDING) | |
| 12 | (END OF TRANSMISSION) | |

Case No.: #1000283530
Date:     February 15, 2018 @ Time Unknown
Name:     EVATT TAMINE re: CARLOS KEPKE
Matter:   CD Audio Recording 180215_0133.MP3 – Draft Transcript