# EXHIBIT 8

CASE NAME / NO:  1000283530_____          CASE AGENT:  S/A Trista Merz, IRS-CI

AUDIO RECORDING:   180222_0136.MP3          AUDIO MINUTE DURATION:  00:39:32

DATE:   02  /  22  / 2018

START TIME OF SESSION:   01  :  00  :  PM

END TIME OF SESSION:     00  :  00  :  PM


SUBJECT INFO:       CARLOS KEPKE
                    713-626-0612


DEVICE LOCATION:   RECORDING DEVICE WITH SPECIAL AGENT_____

MATTER TYPE:  CONCEALED RECORDING DEVICE   (WMA FILE)_____

MONITOR:      N/A_____


SPEAKERS:

SPECIAL AGENT #6134, IRS-CI_____

CARLOS KEPKE_____




TRANSCRIBER:  P & P Language Svcs.          Date:  March 1, 2018

TRANSCRIPT EDIT 1: P & P Language Svcs.     Date:  March 9, 2018

TRANSCRIPT EDIT 2: P & P Language Svcs.     Date:  March 12, 2018

AGENT REVIEW: _____          Date: _____

P&P FINAL REVIEW: _____          Date: _____

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | (AUDIO RECORDING 180222_0136 – 39:42 MINUTES DURATION) | |
| 2 | U/C AGENT #6134: | This is six-one-three-four (6134). Today is February twenty- |
| 3 | | second (22nd), two-thousand-eighteen (2018). The time's |
| 4 | | approximately one o'clock (1:00) p.m., Eastern Standard Time. |
| 5 | | Preparing to make a consensually monitored phone call to Carlos |
| 6 | | Kepke at seven-one-three, six-two-six, zero-six-one-two (713-626- |
| 7 | | 0612), part of the Denver field office. |
| 8 | (TELEPHONE RINGS) | |
| 9 | CARLOS KEPKE: | Hey, Robert. |
| 10 | U/C AGENT #6134: | Carlos, how's it goin' buddy? |
| 11 | CARLOS KEPKE: | It's goin' well, my friend, goin' well. |
| 12 | U/C AGENT #6134: | Excellent, that's what I like to hear, man. It is raining cats and dogs |
| 13 | | here right now. |
| 14 | CARLOS KEPKE: | I'm sorry? |
| 15 | U/C AGENT #6134: | It's raining cats and dogs here in Pittsburgh. |
| 16 | CARLOS KEPKE: | Same here. |
| 17 | U/C AGENT #6134: | Same there? Okay. |
| 18 | CARLOS KEPKE: | Yeah. |
| 19 | U/C AGENT #6134: | Must be… |
| 20 | CARLOS KEPKE: | Has been for three (3) days. |
| 21 | U/C AGENT #6134: | Oh, my gosh... You guys have //flooding? |
| 22 | CARLOS KEPKE: | //Yeah…no. |

Case No.: #1000283530
Date:      February 22, 2018 @ Time Unknown
Name:    CARLOS KEPKE, TOM KELLER
Matter:  CD Audio Recording 180222_0136.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | U/C AGENT #6134: | No, //okay. |
| 2 | CARLOS KEPKE: | //It's a light rain. |
| 3 | U/C AGENT #6134: | Okay, just enough to keep everything damp then, //so… |
| 4 | CARLOS KEPKE: | //Yeah. |
| 5 | U/C AGENT #6134: | (SNIFFS) |
| 6 | CARLOS KEPKE: | How was Colorado? |
| 7 | U/C AGENT #6134: | Colorado was good, man. It was, uh...unfortunately though it was |
| 8 | | raining out there too. //(CHUCKLES) So… |
| 9 | CARLOS KEPKE: | //Holy smokes. |
| 10 | U/C AGENT #6134: | Yeah, I know, that's very unusual, isn't it? Uhm… |
| 11 | CARLOS KEPKE: | Yeah. |
| 12 | U/C AGENT #6134: | They have been dry as a bone and then, like, prob'ly the weekend |
| 13 | | before I got there and the-uh-couple of days I was there just |
| 14 | | pourin' on rain 'cause I planned on doing some mountain-biking |
| 15 | | while I was out there and it sort of made, uh...didn't make it very |
| 16 | | easy, but, uhm… But, yeah, afterwards, I was able to, uh...call up |
| 17 | | your guys (VOICE ECHOS) that you gave to me, and I really |
| 18 | | appreciate that, uhm… |
| 19 | CARLOS KEPKE: | Oh, who did you talk to? |
| 20 | U/C AGENT #6134: | I spoke with both of 'em, uhm… |
| 21 | CARLOS KEPKE: | Oh, good. |
| 22 | U/C AGENT #6134: | Yeah, yeah, both really nice guys. Uhm, //both, uh… |

3

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | CARLOS KEPKE: | //Yeah… [phon.] |
| 2 | U/C AGENT #6134: | …you know, very informative. The, uhm, (SNIFFS), you know, |
| 3 | | the guy down in, uh…Houston, uh…is that-…uh…is that Allen? |
| 4 | | Wait… |
| 5 | CARLOS KEPKE: | Yeah, //Allen Tiller. |
| 6 | U/C AGENT #6134: | //Right? Yeah, yeah, yeah, so he, uhm… |
| 7 | CARLOS KEPKE: | Mmm-hmm... |
| 8 | U/C AGENT #6134: | So, you know, really knowledgeable, you know, worked with you |
| 9 | | for a while. The other guy was a little-…a little off. Uhm…how do |
| 10 | | you say his first name? Uhm, it's, uh… |
| 11 | CARLOS KEPKE: | Evatt. Evatt. |
| 12 | U/C AGENT #6134: | Yes, that's it. He, uhm… |
| 13 | CARLOS KEPKE: | Yes. |
| 14 | U/C AGENT #6134: | He-he was, uh…kinda-…he seemed like- 'cause do you guys do |
| 15 | | work together or…//the two (2) of you? |
| 16 | CARLOS KEPKE: | //Yes, we do. |
| 17 | U/C AGENT #6134: | Okay, 'cause he was, like… |
| 18 | CARLOS KEPKE: | //Yeah. |
| 19 | U/C AGENT #6134: | //…a little bit off on that, like, what do you guys do-…he was a |
| 20 | | little, not quite as clear as you were in terms of what-what kind of |
| 21 | | work you guys do together. |

4

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | CARLOS KEPKE: | Well…I guess he didn't want his…I guess he didn't want to, uh… |
| 2 | | reveal too much about-...you know, a lot of people that I work with |
| 3 | | don't want the world or anybody else to know they're doin' |
| 4 | | foreign planning. |
| 5 | U/C AGENT #6134: | Okay. |
| 6 | CARLOS KEPKE: | There-there-there-this guys a long-term client, I mean really long- |
| 7 | | term, one of my oldest ones. |
| 8 | U/C AGENT #6134: | Okay. |
| 9 | CARLOS KEPKE: | Uhm, and his-...back when he started with me, probably seventy |
| 10 | | (70%) percent of my clients were just absolutely, totally interested |
| 11 | | in privacy. |
| 12 | U/C AGENT #6134: | Hmm… |
| 13 | CARLOS KEPKE: | They want-...they want the tax-...they wanted the tax benefits but |
| 14 | | they wanted privacy. |
| 15 | U/C AGENT #6134: | Okay. |
| 16 | CARLOS KEPKE: | That was a big deal. Well, the privacy's not available anymore |
| 17 | | hardly. |
| 18 | U/C AGENT #6134: | Hmm… //(CHUCKLES/SNIFFS) |
| 19 | CARLOS KEPKE: | //And all-all-all these jurisdictions are… |
| 20 | U/C AGENT #6134: | (SNIFFS) |
| 21 | CARLOS KEPKE: | …are, uhm-uh-uh...Swiss Cheese is when it comes to talking to the |
| 22 | | IRS if the IRS wants to talk to 'em, //so… |

Case No.: #1000283530
Date:      February 22, 2018 @ Time Unknown
Name:    CARLOS KEPKE, TOM KELLER
Matter:  CD Audio Recording 180222_0136.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| 1 | U/C AGENT #6134: | //Yup... |
|---|---|---|
| 2 | CARLOS KEPKE: | Privacy is not an issue but he's an-a-a long-time client and, uh... |
| 3 | | and-and-and that's just the way he is. I'm-I'm a little-little |
| 4 | | surprised, 'cause I had a nice talk with him about you callin' him |
| 5 | | and I said, I don't-...you know, I don't-...I never tell-...I don't tell |
| 6 | | people precisely what I've done for any given client. I said... |
| 7 | U/C AGENT #6134: | //Sure. |
| 8 | CARLOS KEPKE: | //...no, I obviously didn't tell him 'bout what I do for you, he just |
| 9 | | wants to know, I guess, that I'm a good lawyer and I do do what I |
| 10 | | tell people I do. |
| 11 | U/C AGENT #6134: | Yeah, yup. (SNIFFS) //That's-... |
| 12 | CARLOS KEPKE: | //And he said, "I'll be happy to talk to him. But you gotta |
| 13 | | remember, he's a Bermudian. Bermudians are, uhm...stuffy |
| 14 | | English people. |
| 15 | U/C AGENT #6134: | //(LAUGHS) I love that... |
| 16 | CARLOS KEPKE: | //(CHUCKLES)... But he's a good a guy. |
| 17 | U/C AGENT #6134: | No... |
| 18 | CARLOS KEPKE: | //(CHUCKLES) |
| 19 | U/C AGENT #6134: | //...I love that description. Yeah, it was-...it was- ...that-that was |
| 20 | | the only thing that was a little confusing. I-I mean, he was-...he |
| 21 | | was fine. It was just a little confusing 'cause your-your client you |
| 22 | | guys have together, he's-he's a-an American like me, right? |

6

DRAFT TRANSCRIPT

| 1 | CARLOS KEPKE: | Yes. |
|---|---|---|
| 2 | U/C AGENT #6134: | Yeah, so, I mean… |
| 3 | CARLOS KEPKE: | //Yeah. |
| 4 | U/C AGENT #6134: | //…he was just sort of, you know, he was like, "oh, I really |
| 5 | | don't…" |
| 6 | CARLOS KEPKE: | Oh. |
| 7 | U/C AGENT #6134: | "…really don't work with Carlos anymore. I never really"- you |
| 8 | | know, it's, "I really never have a whole lot." And you know, he's- |
| 9 | | he-…I mean, he spoke highly of you, said, you know, "he's a good |
| 10 | | guy," but he's like, "no, I really don't work with him that type of |
| 11 | | thing," and I was like what? So, it was almost… |
| 12 | CARLOS KEPKE: | //Well… |
| 13 | U/C AGENT #6134: | //… kind… |
| 14 | CARLOS KEPKE: | Uh…i-in a sense he's-…he's not bein' accurate but he-…as a matter |
| 15 | | of fact, last month he sent me a check for my fees… |
| 16 | U/C AGENT #6134: | Okay. |
| 17 | CARLOS KEPKE: | But what I think he's means by that is…he is the Bermuda rep- |
| 18 | | Bermuda representative of the principal client of my client. |
| 19 | U/C AGENT #6134: | Okay. |
| 20 | CARLOS KEPKE: | I don't deal with my client anymore, I haven't talked to my client |
| 21 | | in five (5) years… |
| 22 | U/C AGENT #6134: | Wow… |

7

DRAFT TRANSCRIPT

| 1 | CARLOS KEPKE: | …or more, maybe. |
|---|---|---|
| 2 | U/C AGENT #6134: | Awesome. |
| 3 | CARLOS KEPKE: | I just deal with Evatt. |
| 4 | U/C AGENT #6134: | Okay. |
| 5 | CARLOS KEPKE: | And what I do for-...what I do for him is…uh...eh-...Evatt pays me |
| 6 | | himself. |
| 7 | U/C AGENT #6134: | //Hmm… |
| 8 | CARLOS KEPKE: | //You know, out of-...I'm sure out of an-eh-eh- if it doesn't come |
| 9 | | from my client, it comes from Evatt's account in Bermuda. |
| 10 | U/C AGENT #6134: | I see, okay. |
| 11 | CARLOS KEPKE: | But what's-...wh-what he means is, uh...is-uh-...as I said, he-...this |
| 12 | | guy was my-...one of my oldest clients, m-maybe my-...prob'ly |
| 13 | | my-...well, a really long time ago. And I-I think as I told you when |
| 14 | | you were here, at least on the phone, if I do a plan for somebody |
| 15 | | like I did for Bob – that's his name – uh...and it's done, and he- |
| 16 | | and he implements it, then, you know, uh...I may never hear from |
| 17 | | 'em again. |
| 18 | U/C AGENT #6134: | Oh, yeah, you did say that. Okay, I //gotcha. |
| 19 | CARLOS KEPKE: | //Uh-huh...and there are-...and that's sort of the case with Bob. |
| 20 | U/C AGENT #6134: | Okay. |

8

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | CARLOS KEPKE: | Although, there is ongoing stuff that-that I deal with-with Evatt |
| 2 | | and Evatt was Bob's Bermuda lawyer when I did everything for |
| 3 | | Bob… |
| 4 | U/C AGENT #6134: | Absolutely. |
| 5 | CARLOS KEPKE: | So-so in that sense, when he says, you know, "I don't really do |
| 6 | | much with Carlos anymore," he-he's right and he's wrong 'cause |
| 7 | | we're-...I'm not doing much for any-...for that client anymore |
| 8 | | 'cause //I don't have much… |
| 9 | U/C AGENT #6134: | //Hmm… |
| 10 | CARLOS KEPKE: | …to do. But what I do do, I do with him. |
| 11 | U/C AGENT #6134: | Okay. |
| 12 | CARLOS KEPKE: | //Uh-uh...so… |
| 13 | U/C AGENT #6134: | //I gotcha. Yeah, that-that… |
| 14 | CARLOS KEPKE: | //Uh-… |
| 15 | U/C AGENT #6134: | //…makes sense then. I mean, so you guys still talk on a fairly |
| 16 | | regular basis and then, //doing all different stuff, yeah. |
| 17 | CARLOS KEPKE: | //Well, he comes to Houston but-...he comes to Houston about |
| 18 | | three (3) times a year. We always go out to dinner or //lunch |
| 19 | | with… |
| 20 | U/C AGENT #6134: | //Oh, nice. |
| 21 | CARLOS KEPKE: | …my… |
| 22 | U/C AGENT #6134: | Okay. |

9

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | CARLOS KEPKE: | No, and… |
| 2 | U/C AGENT #6134: | Yeah. |
| 3 | CARLOS KEPKE: | And if I ever go to Bermuda, which I haven't done in years since |
| 4 | | Bermuda's not a jurisdiction that we do much business anymore. I |
| 5 | | would be-...prob'ly be stayin' at his house. Yeah, we're //good |
| 6 | | friends. |
| 7 | U/C AGENT #6134: | //Oh, wow, that's awesome. Yeah, and then-...and that's-...and |
| 8 | | that's what I wanted to hear. And heck, how can you not like a g- |
| 9 | | like a guy named Bob, I mean, right? (LAUGHS) That must //be |
| 10 | | your specialty… |
| 11 | CARLOS KEPKE: | //I do... |
| 12 | U/C AGENT #6134: | …guys by the name of Bob and Robert, so… |
| 13 | CARLOS KEPKE: | //(CHUCKLES) |
| 14 | U/C AGENT #6134: | //(LAUGHS) And, but-...and-and-and I-I totally understand the |
| 15 | | privacy thing and that's hell, but, yeah, I mean, that-that goes a |
| 16 | | long way. You know, telling me, "hey, you know, Bob's an |
| 17 | | American just like you." You know, that helps out. That makes me |
| 18 | | feel more comfortable if that's what he's dealing with or, uh...or |
| 19 | | people. //That's why I didn't… |
| 20 | CARLOS KEPKE: | //Well, he's a-… |
| 21 | U/C AGENT #6134: | Yeah. |
| 22 | CARLOS KEPKE: | He has a-...he owns a-a computer company… |

10

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | U/C AGENT #6134: | (SNIFFS) Okay. (SNIFFS) |
| 2 | CARLOS KEPKE: | Which is huge and it does all the business. Like, if you were- |
| 3 | | ...with-with car dealers, like, if you're a car dealer in New Jersey… |
| 4 | U/C AGENT #6134: | Okay. |
| 5 | CARLOS KEPKE: | …and you need a fender for, uh...you know, like some kind of a |
| 6 | | Chevrolet or somethin', uhm...you-...uh-uhm-...like, their |
| 7 | | computers, uh-uh...are owned by m-my guy's company. |
| 8 | U/C AGENT #6134: | Oh, wow, whew. |
| 9 | CARLOS KEPKE: | And I mean, worldwide… |
| 10 | U/C AGENT #6134: | Wow. |
| 11 | CARLOS KEPKE: | Big deal. |
| 12 | U/C AGENT #6134: | That is huge, wow... |
| 13 | CARLOS KEPKE: | Yeah, he was-...he was private. He was privately owned, the |
| 14 | | company for years and about, oh, I'm sayin' about seven (7) or |
| 15 | | eight (8) years ago, uhm...he-he bought his biggest competitor… |
| 16 | U/C AGENT #6134: | 'Kay. |
| 17 | CARLOS KEPKE: | He was the second (2nd) biggest and he bought the biggest guy in |
| 18 | | the business… |
| 19 | U/C AGENT #6134: | Wow... |
| 20 | CARLOS KEPKE: | And so now they're a-...now they're a public company. |
| 21 | U/C AGENT #6134: | Whew… How do you do that? That isn't very often where the |
| 22 | | second (2nd) biggest buys the biggest guy, you know? |

Case No.: #1000283530
Date:     February 22, 2018 @ Time Unknown
Name:    CARLOS KEPKE, TOM KELLER
Matter:  CD Audio Recording 180222_0136.MP3 – Draft Transcript

DRAFT TRANSCRIPT

1    CARLOS KEPKE:              //That's right. Isn't very-…

2    U/C AGENT #6134:          //That's-that's a testament to that one, Carlos. That's awesome,

3                               man.

4    CARLOS KEPKE:              Yeah.

5    U/C AGENT #6134:          That's really good, wow. And is that-that's basically-…'cause he

6                               said he had, like – what'd he say, just, like one (1). Uh-uhm…like,

7                               a trust, so he basically runs a trust company. Or wait, how did he

8                               describe it. I can't remember. //It confused me.

9    CARLOS KEPKE:              //Yeah, well-well-well, a-and since all that's happened, the guy

10                              get-muh-uh-Bob has so much money. He's made-…I mean, he's a-

11                              a multi-billionaire.

12   U/C AGENT #6134:          Wow…

13   CARLOS KEPKE:              He set up a charitable trust.

14   U/C AGENT #6134:          'Kay.

15   CARLOS KEPKE:              And I can't tell you the name of it because it's his name.

16                              //(CHUCKLES)

17   U/C AGENT #6134:          //Sure, okay…

18   CARLOS KEPKE:              But, he funds, uhm…like, he gave just tons of money to colleges,

19                              Rice University here is a big-…got a couple buildings named after

20                              him.

21   U/C AGENT #6134:          Wow…

22   CARLOS KEPKE:              And Evatt…Evatt, now, has been-…main job is-is to run the trust.

Case No.: #1000283530
Date:     February 22, 2018 @ Time Unknown
Name:    CARLOS KEPKE, TOM KELLER
Matter:  CD Audio Recording 180222_0136.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| 1 | U/C AGENT #6134: | Oh... |
|---|---|---|
| 2 | CARLOS KEPKE: | You know, he-he… |
| 3 | U/C AGENT #6134: | //Okay. |
| 4 | CARLOS KEPKE: | //…interviews the people and decide-...and tells Bob, you know, "I |
| 5 | | think Rice is a good one. Here's why." Th-they're big on school |
| 6 | | that-that do computer work, computer stuff. |
| 7 | U/C AGENT #6134: | Okay, wow... |
| 8 | CARLOS KEPKE: | So, Evatt, I just-I-Evatt, I think, and the trust is in Bermuda, which |
| 9 | | is why Evatt's runnin' it. But, Evatt, I think is somewhat removed |
| 10 | | from the day-to-day business of the car computing company. |
| 11 | U/C AGENT #6134: | Mmm-hmm...yup. |
| 12 | CARLOS KEPKE: | As am-...as-as am I. I'm totally not a part of that. |
| 13 | U/C AGENT #6134: | Mmm-hmm... |
| 14 | CARLOS KEPKE: | So, anyways, that's what-...that's what-.../that's-...uh...yeah, |
| 15 | | exactly. |
| 16 | U/C AGENT #6134: | //No, that's neat. That's really neat. Yeah, I wondered why he said |
| 17 | | he didn't have any Amer-...an-an American client. I'm, like, well, I |
| 18 | | thought that's the way it worked. But maybe it's, like, semantics or |
| 19 | | somethin' like //that. |
| 20 | CARLOS KEPKE: | //Yeah...uh... |
| 21 | U/C AGENT #6134: | So… //(SNIFFS) |
| 22 | CARLOS KEPKE: | //Uh-huh. |

13

DRAFT TRANSCRIPT

| 1 | U/C AGENT #6134: | Uhm...yeah, come to the-...U.S. is still a good place, Carlos. |
| 2 | | We're-we're not doin' as well in winter games as we do the |
| 3 | | summer, but I'll get better, my friend. So...//(SNIFFS) |
| 4 | CARLOS KEPKE: | //You think? |
| 5 | U/C AGENT #6134: | Uhm, well, prob'ly not. I'm just being hopeful as always, //so… |
| 6 | CARLOS KEPKE: | //(LAUGHS) |
| 7 | U/C AGENT #6134: | (CHUCKLES) Hey, I want to fill you in too, uhm-uhm...my, uh... |
| 8 | | my cousin Tom, uhm...so, talked to him and, uhm...you know, |
| 9 | | wanted to-...was tryin'-uh-...you know, did exactly what you said. |
| 10 | | You know, kept it kinda vague and he, of course, wants to help out |
| 11 | | and is happy to. He was asking me a couple questions, nothin', |
| 12 | | like, just like, he wanted to make sure he did it right and, uhm... |
| 13 | | didn't screw anything up and I-...he's like, "hey, can I just"- you |
| 14 | | know, I was like, "well, maybe you should just ask Carlos." 'Cause |
| 15 | | I feel like, you know me, I-I-I-I kinda-...I don't wanna screw up |
| 16 | | what I'm sayin'. Uhm...would you care then if we did, like, a |
| 17 | | three-way call with him and you can just walk him through so he |
| 18 | | makes sure that he doesn't screw anything up and I don't screw |
| 19 | | anything up. And then, hopefully we can get you that fee |
| 20 | | agreement. I have that all ready to-to send back to you too and start |
| 21 | | movin' the money around and stuff. Would you mind doin' a quick |
| 22 | | call with him? |

14

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | CARLOS KEPKE: | Plug him in. |
| 2 | U/C AGENT #6134: | Okay, awesome. Let me see if, uh...hold on, let me text him and |
| 3 | | see if he's //available. |
| 4 | CARLOS KEPKE: | //His name is Tom, as I remember, //right? |
| 5 | U/C AGENT #6134: | //Yeah, yes, yeah. Hold on one second here. Let me text him. I'ma |
| 6 | | pull the phone away from my //face here. |
| 7 | CARLOS KEPKE: | //Okay. |
| 8 | (PAUSE / SHUFFLING SOUNDS) | |
| 9 | U/C AGENT #6134: | Alright, let me loop him in here. Hold on one second. |
| 10 | (PAUSE / TELEPHONE RINGS) | |
| 11 | TOM KELLER: | Hello? |
| 12 | U/C AGENT #6134: | Hey, Tom, it's uh...it's Robert. I'm gonna try to loop in here Carlos |
| 13 | | if you're good with that. |
| 14 | TOM KELLER: | Uh...yeah, go ahead. |
| 15 | U/C AGENT #6134: | Alright, give me one sec. |
| 16 | TOM KELLER: | Alright. |
| 17 | (PAUSE) | |
| 18 | U/C AGENT #6134: | Woops, hold on… Carlos, you there? |
| 19 | CARLOS KEPKE: | I am here. |
| 20 | U/C AGENT #6134: | Tom, you there? |
| 21 | TOM KELLER: | Yup. |
| 22 | U/C AGENT #6134: | Holy //heck. |

15

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | TOM KELLER: | //I'm here. |
| 2 | U/C AGENT #6134: | You know what, Carlos, you don't understand if you think I don't |
| 3 | | know anything about this trust stuff, technology's even weaker for |
| 4 | | me, so… (SNIFFS) |
| 5 | CARLOS KEPKE: | //(CHUCKLES) |
| 6 | TOM KELLER: | //(CHUCKLES) |
| 7 | U/C AGENT #6134: | //…and the fact I didn't hang up on both of you is amazing right |
| 8 | | now, so… |
| 9 | CARLOS KEPKE: | Good. |
| 10 | U/C AGENT #6134: | (CHUCKLES) //So-… |
| 11 | CARLOS KEPKE: | //How you doin' Tom? |
| 12 | TOM KELLER: | Uh...hey, I'm doin' alright man. I'm, uh...I've had better days, I've |
| 13 | | had worse days. I'm doin' pretty well. |
| 14 | CARLOS KEPKE: | I'm sorry to hear that. |
| 15 | TOM KELLER: | Nah, it's all good, man. I've, uh-uh... I'm sure Robert has told you, |
| 16 | | uhm, my situation and it's, uh...you know what, uh...this is where |
| 17 | | we're all headed, so, it is what it is. |
| 18 | CARLOS KEPKE: | Great attitude. |
| 19 | TOM KELLER: | Uh...you got to. You got to. |
| 20 | CARLOS KEPKE: | Yeah... |
| 21 | U/C AGENT #6134: | Tom is the eternal optimist, Carlos. He's one of those //guys you |
| 22 | | meet… |

Case No.: #1000283530
Date:     February 22, 2018 @ Time Unknown
Name:    CARLOS KEPKE, TOM KELLER
Matter:   CD Audio Recording 180222_0136.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| 1 | TOM KELLER: | //(CHUCKLES) |
|---|---|---|
| 2 | U/C AGENT #6134: | …and, you know, I-I wish it was under better circumstances, you'd |
| 3 | | meet him and you'd just go, wow. You know, he's a special, |
| 4 | | special guy, so, uhm… |
| 5 | TOM KELLER: | Nahhh…//Robert… |
| 6 | U/C AGENT #6134: | //So… |
| 7 | TOM KELLER: | …come on now. |
| 8 | U/C AGENT #6134: | No, you-… |
| 9 | TOM KELLER: | Well, you know what. I-it- (SIGHS) what it is, is once you kinda |
| 10 | | know when, uh…how long you have, it-…uh…everything just |
| 11 | | becomes worth a little bit more, so you-you just try to make the |
| 12 | | best of it, so… (SNIFFS) It's all good man. |
| 13 | U/C AGENT #6134: | It's a good way. So-so, //he just-… |
| 14 | CARLOS KEPKE: | //Yes. |
| 15 | U/C AGENT #6134: | You know, we-we've talked, Carlos, he and I, and, uhm…uh… just, |
| 16 | | you know, he had a couple questions for you, if you don't mind. |
| 17 | | Like I said, we wanna make sure that… |
| 18 | CARLOS KEPKE: | Yeah… |
| 19 | U/C AGENT #6134: | …we did it right, we did it-…you know, that everything-this is-this |
| 20 | | is obvious-…it's foreign to me, it's-it's like outer-space to-to Tom. |
| 21 | | So, just wanna make sure that we did everything properly and then |

17

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | | we can get everything goin', hopefully this week, next at the latest. |
| 2 | | So, we'll start movin' along. (SNIFFS) |
| 3 | CARLOS KEPKE: | Well-well… |
| 4 | TOM KELLER: | //Yeah. |
| 5 | CARLOS KEPKE: | //…Tom, do you have any specific questions or w-...did you want |
| 6 | | me to-to j-exp- ex-ex-explain in general what's goin' on, or what |
| 7 | | did you… |
| 8 | U/C AGENT #6134: | Yeah, you wanna //do that general thing? It'd be helpful. |
| 9 | TOM KELLER: | //Yeah, that would-...that'd be great. |
| 10 | U/C AGENT #6134: | Yeah... |
| 11 | TOM KELLER: | Yeah, I've got some questions that, uh...the first one is explain this |
| 12 | | to me 'cause, yeah… |
| 13 | U/C AGENT #6134: | //(CHUCKLES) |
| 14 | TOM KELLER: | //…as Robert explained it to me or tried to and I-...(CHUCKLES) |
| 15 | | I-I think I had more questions than answers, so if you could give |
| 16 | | me the general, that would be perfect, //and we'll go from there. |
| 17 | CARLOS KEPKE: | //I'll give you-...I'll give you the general. Uh...what I do…eh-eh- |
| 18 | | eh, one of the-the main things I do is what-...is what I'm planning |
| 19 | | on doing with Robert, which is…helping people to take their-their |
| 20 | | assets, their liquid assets, and put them in a structure that allows |
| 21 | | them to, uh...e-essentially reduce their tax and earn, if it's-...if it's |
| 22 | | cash, earn tax-free. And the way to do that, eh, the-...one of the |

18

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | | ways to do that, and the principal way to do it is you do it through |
| 2 | | a trust. You put you're a-...I'm being really general here now, |
| 3 | | Tom. |
| 4 | TOM KELLER: | //Sure. |
| 5 | CARLOS KEPKE: | //Y-y-you put your assets in a trust, uh...and if it's a-...if it's a |
| 6 | | properly drawn foreign trust, under our tax laws, foreigners, |
| 7 | | including foreign trusts do not pay U.S. income tax on certain |
| 8 | | things as, for example, capital gains… |
| 9 | TOM KELLER: | //Okay. |
| 10 | CARLOS KEPKE: | //…and stuff like interest income. So if-...if what your assets are |
| 11 | | gonna do is earn capital gains, say, from the stock market or |
| 12 | | interest from bonds, then-then you-… |
| 13 | (TELEPHONE RINGS) | |
| 14 | CARLOS KEPKE: | …if you put it in the proper foreign trust then you've done what |
| 15 | | you wanna do. |
| 16 | TOM KELLER: | //Okay. |
| 17 | CARLOS KEPKE: | //It also takes your assets out of your estate when you die. I mean, |
| 18 | | you then have to pay an estate tax if-if you h-have enough to-to |
| 19 | | pay in the first place. But the real issue is, and where you get |
| 20 | | involved is that-uh-t-to have a proper foreign trust requires one (1) |
| 21 | | of two (2) things – that the c-...that the creator-...well, three (3) |

Case No.: #1000283530
Date:      February 22, 2018 @ Time Unknown
Name:    CARLOS KEPKE, TOM KELLER
Matter:  CD Audio Recording 180222_0136.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| 1 | | things. Number one (1), the creator of the trust, which in this case |
| 2 | | will be you… |
| 3 | TOM KELLER: | //Okay. |
| 4 | CARLOS KEPKE: | //…has to be related to the principal beneficiary, which is Bob. |
| 5 | | And I understand y'all are cousins. |
| 6 | TOM KELLER: | Yup, check, we got that down. |
| 7 | CARLOS KEPKE: | Alright, and the second (2nd) thing is the creator has to be a foreign |
| 8 | | relative pry-...uh...for, uh... let me say the optimal case is if the |
| 9 | | creator of the trust is a foreign relative… |
| 10 | TOM KELLER: | //Mmm-hmm... |
| 11 | CARLOS KEPKE: | //…because, well…b-because the tax law says that. |
| 12 | TOM KELLER: | Mmm-hmm... |
| 13 | CARLOS KEPKE: | If you don't have a foreign relative, a-and apparently Robert |
| 14 | | doesn't, then what we look for is a U.S. relative with the |
| 15 | | understanding that the trust will not work tax fr-...tax free until that |
| 16 | | U.S. relative dies. |
| 17 | TOM KELLER: | Mmm-hmm.../okay. |
| 18 | CARLOS KEPKE: | //So, a-and that's where you come in to the picture. |
| 19 | TOM KELLER: | Sure, //okay. |
| 20 | CARLOS KEPKE: | //Uh…but, m-...the-...because the, uh-uh-uh…consequences to you |
| 21 | | as the creator are zero, first (1st), all you do is sign the trust |
| 22 | | agreement… |

Case No.: #1000283530
Date:      February 22, 2018 @ Time Unknown
Name:     CARLOS KEPKE, TOM KELLER
Matter:   CD Audio Recording 180222_0136.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | TOM KELLER: | //Mmm-hmm... |
| 2 | CARLOS KEPKE: | //…and I don't know if Robert's told you, and you have to f- |
| 3 | | ...we're gonna fund the trust with about, I think, eight-thousand |
| 4 | | ($8,000.00) dollars. And I'm-...I don't know if Robert, you had got |
| 5 | | into that at all with him? |
| 6 | U/C AGENT #6134: | Not-not-not a whole lot. I mean, just if you wanna go ahead and |
| 7 | | give him-...I did, but it's always best comin' from you, Carlos. I |
| 8 | | screw it up every time I try to explain it. |
| 9 | TOM KELLER: | Yeah... |
| 10 | CARLOS KEPKE: | Robert, uh…he cannot-...uh...the law says that Robert cannot give |
| 11 | | you the money to fund the trust. |
| 12 | TOM KELLER: | 'Kay, did-did Robert tell you that I've, uh...I mean, with- |
| 13 | | with all of this and all my medical bills and everything, I'm tapped. |
| 14 | | That's-...I pretty much got nothing. I'm-I'm on assistance, pretty |
| 15 | | much, at this point. |
| 16 | CARLOS KEPKE: | //Yes he did. |
| 17 | TOM KELLER: | Uhm, //okay, okay, okay. |
| 18 | CARLOS KEPKE: | //He did tell me that. Yes, but...and I told him that while he cannot |
| 19 | | give you ten-thous-eight-thousand ($8,000.00) dollars directly to |
| 20 | | fund the trust, what he can do is buy something from you and pay |
| 21 | | you x-dollars for it. Then you take eight-thousand ($8,000.00) |
| 22 | | dollars of that x-dollars and create the trust. Now, we tossed |

Case No.: #1000283530
Date:     February 22, 2018 @ Time Unknown
Name:    CARLOS KEPKE, TOM KELLER
Matter:  CD Audio Recording 180222_0136.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | | around conver-...uh-uh- Robert, am I free to talk like this with |
| 2 | | him? |
| 3 | U/C AGENT #6134: | You-...please. Uh...he-...I trust //him. |
| 4 | CARLOS KEPKE: | //Alright. |
| 5 | U/C AGENT #6134: | I trust Tom like-like-like my brother, so… |
| 6 | CARLOS KEPKE: | Alright. |
| 7 | U/C AGENT #6134: | …please do. Please do. (SNIFFS) |
| 8 | CARLOS KEPKE: | We-we- he told me that-that you did not have, in-in his |
| 9 | | //knowledge… |
| 10 | TOM KELLER: | //Mmm-hmm... |
| 11 | CARLOS KEPKE: | …an asset that'd be worth ten-thousand ($10,000.00) dollars or |
| 12 | | //eight (8)-… |
| 13 | TOM KELLER: | //(CHUCKLES) That-that's the, uh...that's the nice way of putting |
| 14 | | it. Yup. (CHUCKLES) //That is correct. |
| 15 | CARLOS KEPKE: | //So-so what I t- so what I told him… |
| 16 | TOM KELLER: | Mmm-hmm? |
| 17 | CARLOS KEPKE: | …is what I suggested to him…is that he makes an- a-a written |
| 18 | | agreement with you… |
| 19 | TOM KELLER: | Mmm-hmm. |
| 20 | CARLOS KEPKE: | …to buy all of the furniture… |
| 21 | U/C AGENT #6134: | (SNIFFS) |

Case No.: #1000283530
Date:      February 22, 2018 @ Time Unknown
Name:    CARLOS KEPKE, TOM KELLER
Matter:  CD Audio Recording 180222_0136.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | CARLOS KEPKE: | …all-all the furnishings, everything that's in your house or |
| 2 | | apartment, upon your death, with you havin' the right to continue |
| 3 | | to live there and own it, uh...use it until you die. |
| 4 | TOM KELLER: | Mmm-hmm… |
| 5 | CARLOS KEPKE: | A-and so, it-it's an-it would be a not specific, I mean, we're not |
| 6 | | gonna go through and say… |
| 7 | U/C AGENT #6134: | (SNIFFS) |
| 8 | CARLOS KEPKE: | …"the lamp with the," you know, with the… |
| 9 | TOM KELLER: | (CHUCKLES) //Yeah, we wouldn't wanna do that, 'cause… |
| 10 | CARLOS KEPKE: | //(UNINTELLIGIBLE)…it's just a general thing. Just furnishings. |
| 11 | TOM KELLER: | //Okay, eh-… |
| 12 | CARLOS KEPKE: | //So they would-...it would be rather difficult for anyone, years |
| 13 | | from now, if we ever get-...if he ever got audited, which he won't, |
| 14 | | just //so… |
| 15 | TOM KELLER: | //Uh-huh... |
| 16 | CARLOS KEPKE: | …to be able to decide whether those furnishings were worth eight- |
| 17 | | thousand ($8,000.00) dollars or not. |
| 18 | (ELECTRONIC CHIME) | |
| 19 | TOM KELLER: | So we don't have to have somebody come in and appraise it or |
| 20 | | //anything… |
| 21 | CARLOS KEPKE: | //No. |

23

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | TOM KELLER: | …look at it-...we-...okay, 'cause that wouldn't fly, but if-...as long |
| 2 | | as it's-...yeah, we can say whatever we wanna say because //it's |
| 3 | | just-… |
| 4 | CARLOS KEPKE: | //That's exactly right. So, //that-that-that-that… |
| 5 | TOM KELLER: | //Because… |
| 6 | CARLOS KEPKE: | That's what I //suggest. |
| 7 | TOM KELLER: | //…that'd be (UNINTELLIGIBLE)…couple plates, okay, sounds |
| 8 | | good. |
| 9 | CARLOS KEPKE: | Uh-uh...and you, uh...eh-eh-…and I-a-as I said-...I-...as I told |
| 10 | | Robert, if you-...if you agree to that and Robert wants to proceed |
| 11 | | further, then I would draw up that agreement because the quicker |
| 12 | | we get it-...what-what we don't want is to have that agreement |
| 13 | | where Bob-...where-where Rob-Robert gives you x-dollars and |
| 14 | | then you pass away two (2) days later. |
| 15 | TOM KELLER: | Right, //right, right… |
| 16 | CARLOS KEPKE: | //The more time that-...between that agreement, the better, i-in //my |
| 17 | | opinion. Uh… |
| 18 | TOM KELLER: | //Okay, yeah, we-we-yeah, well, we prob'ly oughta hurry then. I-I |
| 19 | | agree, okay. |
| 20 | CARLOS KEPKE: | The next thing is, I wanna be sure you understand the consequence |
| 21 | | to you. |
| 22 | TOM KELLER: | Yup, //that's one of my questions. |

24

Case No.: #1000283530
Date:      February 22, 2018 @ Time Unknown
Name:    CARLOS KEPKE, TOM KELLER
Matter:   CD Audio Recording 180222_0136.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | CARLOS KEPKE: | //You-you sign-...you will-...you will sign the trust as a creator… |
| 2 | TOM KELLER: | //Mmm-hmm... |
| 3 | CARLOS KEPKE: | //…you have no power over the trust, you go away, you're-you're- |
| 4 | | you're not involved in the trust in any way. Uh-uh-uh...you've |
| 5 | | funded it… Uh-uh...the funding must come from you, so once- |
| 6 | | once you and Robert work out the deal on the furniture, he's gonna |
| 7 | | give you a check or cash, or however you do it and you-...I need |
| 8 | | somethin' from you so that… |
| 9 | U/C AGENT #6134: | (SNIFFS) |
| 10 | CARLOS KEPKE: | …uh...the record shows that Tom fund-...and what's your last |
| 11 | | name, incidentally, Tom? |
| 12 | TOM KELLER: | Uh...//Keller. |
| 13 | CARLOS KEPKE: | //Keller, Keller, //right. |
| 14 | TOM KELLER: | //But, yeah, so let me make sure I understand what you're sayin' |
| 15 | | when you say it's comin' from me. So that's how we'll use the |
| 16 | | whole-...he's gonna buy my-my dishes or whatever for eight- |
| 17 | | thousand ($8,000.00) dollars, and he's gonna send me the money |
| 18 | | for that. And then I'm gonna put that money in my bank account |
| 19 | | and send it to you? Is that //how that works? |
| 20 | CARLOS KEPKE: | //Well that's-...i-it works sorta like that. Well, he's not gonna buy |
| 21 | | exactly for eight-thousand ($8,000.00) dollars. He's gonna-… |
| 22 | TOM KELLER: | //Okay. |

25

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | CARLOS KEPKE: | //…'cause I don't-...uhm, he's gonna buy it for more than eight- |
| 2 | | thousand ($8,000.00) dollars. |
| 3 | TOM KELLER: | Oh, okay. |
| 4 | CARLOS KEPKE: | So-eh-you know, I mean, like, so let's say nine-thousand-two- |
| 5 | | hundred (9,200)… |
| 6 | TOM KELLER: | //Okay. |
| 7 | CARLOS KEPKE: | //…just to use a number, and then you're gonna send eight- |
| 8 | | thousand (8,000) to me. And Tom-...I mean, uh… |
| 9 | TOM KELLER: | //Okay. |
| 10 | CARLOS KEPKE: | //Robert, did we say eight (8) or seven (7). I don't even remember. |
| 11 | U/C AGENT #6134: | I think that-...didn't, uhm…tsk-...uh...the Belize guy, didn't he say |
| 12 | | that we needed to send-...I think it only cost seven (7) but he said |
| 13 | | send more than seven (7)? |
| 14 | CARLOS KEPKE: | Yeah, yeah, yeah, 'cause we need to keep a thousand. Eight (8)- |
| 15 | | ...so we're gonna send (8). Uhm...you're right. |
| 16 | U/C AGENT #6134: | So then… |
| 17 | CARLOS KEPKE: | //It's eight (8). |
| 18 | U/C AGENT #6134: | //…what do we do with the other twelve-hundred (1,200) then? |
| 19 | CARLOS KEPKE: | That's between you and Tom. |
| 20 | U/C AGENT #6134: | Okay, alright, yeah… |
| 21 | CARLOS KEPKE: | //Uh-… |
| 22 | U/C AGENT #6134: | //…that can be for you helpin' out, yeah, definitely, //okay. |

26

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | TOM KELLER: | //Yeah, okay, //cool... |
| 2 | CARLOS KEPKE: | //Anyways, uhm… (SIGHS) Then you-you-so you-you fund the |
| 3 | | trust by sending exact-...transmitting the-the money to me in some |
| 4 | | way that's tra-...that shows it's from you, either by check, uh-uh- |
| 5 | | uh...wire transfer or whatever's easiest for you, however you |
| 6 | | wanna do it. |
| 7 | TOM KELLER: | //Okay. |
| 8 | CARLOS KEPKE: | //Uh...a-and I'll-I'll tell you it-it-and-and the money won't be made |
| 9 | | payable to me, it'll made- be made payable to the…to the-...to the |
| 10 | | Belize trustee. Uh... all this //information… |
| 11 | TOM KELLER: | //Mmm-hmm... |
| 12 | CARLOS KEPKE: | …out, uh... Bob will have… when you transfer… |
| 13 | TOM KELLER: | //'Kay. |
| 14 | CARLOS KEPKE: | …the money. |
| 15 | TOM KELLER: | Okay. |
| 16 | CARLOS KEPKE: | You send it to me, but it'll be made payable to-to, uh-…well, if |
| 17 | | you wire it, it goes into my trust account if you-...if you give me a |
| 18 | | check and make the check is payable to me. It-...I mean, it's |
| 19 | | payable to the trustee. But we'll get to the details of that when- |
| 20 | | when-when we get the deal done-...started. |
| 21 | TOM KELLER: | //'Kay. |
| 22 | CARLOS KEPKE: | //Uh...but, you-you will-...do you have a CPA? |

Case No.: #1000283530
Date:     February 22, 2018 @ Time Unknown
Name:    CARLOS KEPKE, TOM KELLER
Matter:   CD Audio Recording 180222_0136.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | TOM KELLER: | No. |
| 2 | CARLOS KEPKE: | Eh-...you will be required to file a-an-...a document. It's not a tax |
| 3 | | return, but do you file a tax return? |
| 4 | TOM KELLER: | Uh...yeah, I have in the past. I-I-I mean, I don't know what I need |
| 5 | | to do for this year because I have-...I mean, an-anything I have is |
| 6 | | really just dwindle-...I haven't had income and it's just dwindled. |
| 7 | | My assets have dwindled down because I've been payin' all these |
| 8 | | medical expenses, so //I-I mean… |
| 9 | CARLOS KEPKE: | //Yeah. |
| 10 | TOM KELLER: | …I don't know. |
| 11 | CARLOS KEPKE: | Well, at any //event… |
| 12 | TOM KELLER: | //But-… |
| 13 | CARLOS KEPKE: | The-...uh-...//(UNINTELLIGIBLE)… |
| 14 | TOM KELLER: | //And what do I have to do for this now? I gotta… |
| 15 | CARLOS KEPKE: | //It's-it's… |
| 16 | TOM KELLER: | //…gotta file somethin'? |
| 17 | CARLOS KEPKE: | There's a form that needs to be filed. Uh...the base-...it's a-...it's a |
| 18 | | information return. It basically, it goes to the IRS and it basically |
| 19 | | tells the IRS that you created a trust. That's what-...and you have to |
| 20 | | file it every year that you're alive. //So it… |
| 21 | TOM KELLER: | //Okay. |

Case No.: #1000283530
Date:    February 22, 2018 @ Time Unknown
Name:   CARLOS KEPKE, TOM KELLER
Matter:  CD Audio Recording 180222_0136.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| 1 | CARLOS KEPKE: | …you know, it-it-if you-...if you-...uh-...and-and the trust will not |
| 2 | | make any money until you pass away. |
| 3 | TOM KELLER: | //'Kay. |
| 4 | CARLOS KEPKE: | //It won't n-uh-uh-and it will be-...it'll just sit-...uh-uh-...well, |
| 5 | | that's a decision Robert has to do 'bout what he wants to do, but, |
| 6 | | probably he won't-...he won't fund the trust beyond the eight- |
| 7 | | thousand ($8,000.00) dollars until you pass away. In other words, |
| 8 | | there's a whole strategy that we go through in order to get his |
| 9 | | money in the trust. He doesn't just put the money in. We go |
| 10 | | through a complicated strategy that really-n-not relevant to you |
| 11 | | 'cause you're not involved in it. |
| 12 | TOM KELLER: | Yeah, I'll be gone by that point. Okay, sounds like. |
| 13 | CARLOS KEPKE: | Uh-… |
| 14 | TOM KELLER: | Alright. |
| 15 | CARLOS KEPKE: | So, that's it, my friend. That's the whole deal. |
| 16 | TOM KELLER: | Okay, well, so let me make sure that I understand what you're |
| 17 | | saying. You said that-uh... let's talk about, you said my |
| 18 | | involvement is being the creator. 'Cause understand here, yeah, the |
| 19 | | doctors have given me, uh...yeah, I keep pushing them for, you |
| 20 | | know, how long do I actually have? And they're just telling me it's |
| 21 | | between six (6) and twelve (12) months. But I've heard that for a |
| 22 | | while now, so I really don't know how long I'm gonna be here. So, |

29

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | | w-whuh-how-how involved do you need me to do- to be? You said |
| 2 | | I have to sign some documents //and then… |
| 3 | CARLOS KEPKE: | //And I have doc-…you sign the trust, that's all… |
| 4 | TOM KELLER: | M-m-…//sign the trust? |
| 5 | CARLOS KEPKE: | //Sign the trust document as the creator, and //you're out of it. |
| 6 | TOM KELLER: | //Yeah. |
| 7 | CARLOS KEPKE: | That's it. You're through. |
| 8 | TOM KELLER: | S-so in the future there's not gonna be any other documents for me |
| 9 | | to sign or anything like that? It's one (1) //time doc-… |
| 10 | CARLOS KEPKE: | //Except-except-except for the form I mentioned, the information |
| 11 | | //return… |
| 12 | TOM KELLER: | //Mmm-hmm... |
| 13 | CARLOS KEPKE: | …form. If you should live another year… |
| 14 | TOM KELLER: | Mmm-hmm... //Okay... |
| 15 | CARLOS KEPKE: | //…you know, then you will file the same form again in the next |
| 16 | | year and the next year, that's all. But there's no documents other |
| 17 | | than that one (1) form. |
| 18 | TOM KELLER: | Is that a form that you can help me with? Is that something you |
| 19 | | provide and I just sign it and send it in or, whuh-…//how do I do |
| 20 | | that? |

Case No.: #1000283530
Date:      February 22, 2018 @ Time Unknown
Name:     CARLOS KEPKE, TOM KELLER
Matter:   CD Audio Recording 180222_0136.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | CARLOS KEPKE: | //I could do that. I can do that. It's-it's called thirty-...it's called |
| 2 | | form thirty-five-twenty (3520). I can-...it's a simple matter. I can |
| 3 | | do that. |
| 4 | TOM KELLER: | Okay, so, the only thing I do, I sign the trust, I sign this form that |
| 5 | | you're gonna send me, I send those, uh-...I-I guess the trust goes |
| 6 | | back to you or to Robert. The other one goes to the IRS, it sounds |
| 7 | | like. And then after that, you don't need me to do anything, I'm |
| 8 | | out, //eventually, okay. |
| 9 | CARLOS KEPKE: | //You're out. You're out. |
| 10 | TOM KELLER: | And then, as far as the money, I know we talked about, yeah, |
| 11 | | Robert's gonna buy my (CHUCKLES) buy my dishes or whatever |
| 12 | | for ninety-two-hundred (9,200). Uhm, the money-...that money |
| 13 | | comes in, I send the eight-thousand (8,000) to you or the trustee or |
| 14 | | however we-we figure that out… |
| 15 | CARLOS KEPKE: | Right. |
| 16 | TOM KELLER: | And then, after that point, w-what other money do I have to put in |
| 17 | | or what involvement do I have in the money, if any, at that point? |
| 18 | CARLOS KEPKE: | Zero. |
| 19 | TOM KELLER: | Zero, //okay. |
| 20 | CARLOS KEPKE: | //Zero. You've done your job. You created a-...you created a trust |
| 21 | | for your cousin a-and-and at the time you created it, it-it was an |
| 22 | | eight-thousand ($8,000.00) dollar trust. |

31

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | TOM KELLER: | Okay, gotcha. And then, uhm...a-a-as far as the-the form that I file |
| 2 | | with the IRS, then, whuh-...does that trigger them to do anything |
| 3 | | with me? Is that gonna cause me any issues, I guess is my |
| 4 | | question, with the IRS, uhm...either before I die or any issues, |
| 5 | | uhm, after I die that somebody else is gonna have to deal with, |
| 6 | | with the IRS? |
| 7 | CARLOS KEPKE: | Well, I'm s-...I prob'ly created-...uh...I'm g-gonna guess maybe, |
| 8 | | oh, three (3) or four-hundred (400) form-f-uh-f-uh-trusts like this, |
| 9 | | maybe more… |
| 10 | TOM KELLER: | //Mmm-hmm... |
| 11 | CARLOS KEPKE: | //And not once-...not one time has the IRS ever m-made any |
| 12 | | inquire or had anything to do with that form. |
| 13 | TOM KELLER: | Okay. |
| 14 | CARLOS KEPKE: | A-and point, in fact, that form doesn't even go to the normal IRS |
| 15 | | place wherever you file your return. It goes to some office in-...uh- |
| 16 | | either Utah or Philadelphia. I can't even remember where it is now. |
| 17 | | Uh...//but, uh... it's… |
| 18 | TOM KELLER: | //Mmm-hmm... |
| 19 | CARLOS KEPKE: | …it's- no. It-it-the short answer to that is you would be the first |
| 20 | | that I //know of…that have-...that an inquiry-... |
| 21 | TOM KELLER: | //(LAUGHS) I'd rather not be, but okay. //(LAUGHS) |
| 22 | CARLOS KEPKE: | //Well, you won't be. You won't be. |

Case No.: #1000283530
Date:      February 22, 2018 @ Time Unknown
Name:    CARLOS KEPKE, TOM KELLER
Matter:   CD Audio Recording 180222_0136.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | TOM KELLER: | Fair enough. So, eh-...uh-uh- so, it sounds like once I've filed that, |
| 2 | | uhm...I'm not gonna have any issues but then I'm gonna be gone |
| 3 | | and then after I die, if there's any question with that, is that gonna |
| 4 | | be anything that comes back on Robert? Is he gonna have any |
| 5 | | issues with IRS because of-...because of this? |
| 6 | CARLOS KEPKE: | He won't have any issues with the IRS because of-...because of |
| 7 | | the-the form you filed. The only //issue… |
| 8 | TOM KELLER: | //Okay. |
| 9 | CARLOS KEPKE: | …that the IRS will ever have on Robert, if they ever had one, and |
| 10 | | once again, I will say I've never had this happen – but, you know, |
| 11 | | could always a first time – i-is-if they for some reason, decided to |
| 12 | | look into the trust, which is highly unlikely because they won't- |
| 13 | | see, they won't even know Robert's name. |
| 14 | TOM KELLER: | //Mmm-hmm... |
| 15 | CARLOS KEPKE: | //They-they just know there's a trust, you know? |
| 16 | | //(UNINTELLIGIBLE)… |
| 17 | TOM KELLER: | //So that doesn't even have to go on the form, //uh...his name? |
| 18 | CARLOS KEPKE: | //Uh...his-his name, uh...d-does not go on the form, I don't think. I |
| 19 | | haven't filed one in a while, but I-I mean, I have never… |
| 20 | TOM KELLER: | //Okay. |
| 21 | CARLOS KEPKE: | //…filed one, if you want to know the truth, but-... 'cause mostly |
| 22 | | the //CPA's do it. |

Case No.: #1000283530
Date:      February 22, 2018 @ Time Unknown
Name:   CARLOS KEPKE, TOM KELLER
Matter:  CD Audio Recording 180222_0136.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | TOM KELLER: | //(CHUCKLES) |
| 2 | CARLOS KEPKE: | But I-...but I… |
| 3 | TOM KELLER: | //Okay. |
| 4 | CARLOS KEPKE: | //…can do it 'cause I know it's a simple form. But, the only issue |
| 5 | | that would-would ever come up, and that's why I'm being so |
| 6 | | careful here, would-would-would be an issue of, well, the-...we- |
| 7 | | was Robert the creator of the trust or was Tom the creator of trust? |
| 8 | TOM KELLER: | //And I would be the-… |
| 9 | CARLOS KEPKE: | //And that goes-...that goes… |
| 10 | TOM KELLER: | //…the-… |
| 11 | CARLOS KEPKE: | //…to the money issue. The way we-...the way that the eight- |
| 12 | | thousand ($8,000.00) dollars gets in there. |
| 13 | TOM KELLER: | //(UNINTELLIGIBLE)… |
| 14 | CARLOS KEPKE: | //That's why I'm-...why I'm-...that's why I wanna closely |
| 15 | | document that he bought X – you know, whatever X, you know, |
| 16 | | furnishings at such and such location… |
| 17 | TOM KELLER: | //Mmm-hmm... |
| 18 | CARLOS KEPKE: | //…to take possession on such and such a date, and all-...and- |
| 19 | | ...it'll-it'll be kind of like, uh-uh-uh...an agreement, slash, |
| 20 | | receipt… |
| 21 | TOM KELLER: | //Mmm-hmm... |

34

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | CARLOS KEPKE: | //…that will-...just-I'll just stick in the file, and the...you know, |
| 2 | | once again, if-if he was ever audited, which he would-...it also |
| 3 | | would be the first (1st). (CHUCKLES) |
| 4 | TOM KELLER: | //Mmm-hmm... |
| 5 | CARLOS KEPKE: | //I never had a client audited for any-any trust //I've ever done. |
| 6 | TOM KELLER: | //Yeah, that's…that's //good. |
| 7 | CARLOS KEPKE: | //Then-then I can say, and-eh-eh-I-I- well, y-you know where I'm |
| 8 | | goin' on that. That's why-… |
| 9 | TOM KELLER: | Yeah, yeah, uh...i-it, you know, you brought up somethin' made |
| 10 | | me wonder, 'cause it sounds like this is a pretty important, uh...y- |
| 11 | | you know, proving that he bought something, uh...that was-...that |
| 12 | | was worth eight-thousand (8,000), which, I mean, whatever I have |
| 13 | | isn't worth eight-thousand (8,000), clearly. But is there gonna be |
| 14 | | any way, uh...I guess after I'm gone, uh...is there any way that they |
| 15 | | can come back and find out that that wasn't worth eight-thousand |
| 16 | | (8,000)? 'Cause it sounds like that's what it all kinda hinges on, |
| 17 | | and as long as-...as long as I'm gone, I can't say anything, and as |
| 18 | | long as Robert doesn't tell 'em, they're not gonna know, right? |
| 19 | CARLOS KEPKE: | Well, we're gonna-...we're gonna phrase…eh- wr-wr-write the, |
| 20 | | uh...the sales agreement for your furnishings in such a way that it |
| 21 | | would be extremely difficult for anybody to say yes or no on that |
| 22 | | because we're gonna-...we are going to…list…in some fashion |

35

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | | what-what we're selling, without putting a value on any particular |
| 2 | | item in there… |
| 3 | TOM KELLER: | //Okay. |
| 4 | CARLOS KEPKE: | //So then, for example, I mean, just to use your example, if you say |
| 5 | | "dishes and a chair…" |
| 6 | TOM KELLER: | //Mmm-hmm... |
| 7 | CARLOS KEPKE: | //…and-and-and, "a table and a bed," or whatever… Well, I mean, |
| 8 | | when-...ten (10) years from now if he's ever audited…well, what, |
| 9 | | prob'ly six (6), because you gotta be audited within six (6) years. |
| 10 | | Six (6) years from now we-we can say, "you know, those dishes |
| 11 | | were," you know, whatever they were. Whatever that chair, well, |
| 12 | | //you know… |
| 13 | TOM KELLER: | //(CHUCKLES) |
| 14 | CARLOS KEPKE: | We just-...we just-...we just said we were gonna take all the |
| 15 | | furniture and dishes together and we're gonna-...we said-...we |
| 16 | | argued about it. We're gonna p-...we were-...I was gonna do ten- |
| 17 | | thousand ($10,000.00) dol-...he wanted ten (10), we did-...ended |
| 18 | | up at nine (9) to-...and-and-...I mean, that's the way we-… |
| 19 | TOM KELLER: | //Okay, okay. |
| 20 | CARLOS KEPKE: | //That's the way I deal with-...but. Huh-huh-… |
| 21 | TOM KELLER: | //Okay. |

36

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | CARLOS KEPKE: | //I can't emphasize enough though, Tom, and I do appreciate your |
| 2 | | concern for your cousin gettin' any trouble here, but, this-this is |
| 3 | | not gonna happen. It has never happened with me. The-...uh- the- |
| 4 | | … |
| 5 | TOM KELLER: | Okay. |
| 6 | CARLOS KEPKE: | …you know, and it-...you know, and I-...and I'm not-...and I'm not |
| 7 | | belittling in any way Robert's trust, but now, if this were a-...if this |
| 8 | | were a four-hundred and fifty (450) million-dollar trust… |
| 9 | TOM KELLER: | //Mmm-hmm... |
| 10 | CARLOS KEPKE: | //…you know? It might be a little different story. They might look |
| 11 | | at that, you know, just because it's a four-hundred-fifty (450) |
| 12 | | million-dollar trust. |
| 13 | TOM KELLER: | //I see, right. |
| 14 | CARLOS KEPKE: | //They're not gonna-...they're not gonna look at Robert's trust. |
| 15 | TOM KELLER: | Okay, this is below whatever they-...okay, I-I follow you. |
| 16 | CARLOS KEPKE: | I mean, I have a… |
| 17 | TOM KELLER: | But-… |
| 18 | CARLOS KEPKE: | …number of four-hundred-fifty (450)-plus million-dollar trusts, |
| 19 | | and they've never been looked at. So, you know… |
| 20 | TOM KELLER: | Hmm…okay, well that gives me some comfort then. |
| 21 | CARLOS KEPKE: | Yeah... |

Case No.: #1000283530
Date:      February 22, 2018 @ Time Unknown
Name:    CARLOS KEPKE, TOM KELLER
Matter:   CD Audio Recording 180222_0136.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | TOM KELLER: | And then one-once I'm gone, uhm...and-and the money's in the |
| 2 | | trust, eh...then it's-...then it's Robert's deal and he can do whatever |
| 3 | | he wants with it? It's-...he's not gonna run into any issues with, |
| 4 | | you know, uh...I-I'm gone now so I can't help him do whatever. |
| 5 | | He-he-he has full control, I guess is what I'm asking, of |
| 6 | | everything, after I'm gone, right? |
| 7 | CARLOS KEPKE: | Exactly. He has full control while you're alive too, to-...well… |
| 8 | TOM KELLER: | Oh, okay. |
| 9 | CARLOS KEPKE: | He-...you're outta-...once you sign it, you're outta-...you have no- |
| 10 | | no powers over the trust. You can't retract it, you can't close it |
| 11 | | down, you can't take any money out of it. You're out of it. You |
| 12 | | just are a ni-...it's kinda like-...it's kinda like, Tom, if you had a- |
| 13 | | ...if you had a-a-a-a grandmother, uh...l-l-living somewhere, and |
| 14 | | she said, uh..."you know, Tom, I'm gonna create a trust for you. |
| 15 | | I'ma put a hundred ($100,000.00) grand in. You can use it to-...you |
| 16 | | can use it to, uh-uh...go to college with, or blah-blah-blah, give it |
| 17 | | to your kids," whatever. And she does that, your grandmother does |
| 18 | | that… |
| 19 | TOM KELLER: | Mmm-hmm. |
| 20 | CARLOS KEPKE: | And that-m-m-she-that-that's the end of the story for your |
| 21 | | grandmother. Once she's put her money in a trust, she can't get it |
| 22 | | out. If it's-you know… |

Case No.: #1000283530
Date:      February 22, 2018 @ Time Unknown
Name:    CARLOS KEPKE, TOM KELLER
Matter:  CD Audio Recording 180222_0136.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | TOM KELLER: | //Oh… |
| 2 | CARLOS KEPKE: | //…it's the kind of trust I'm talkin' about. //It's-...yeah. |
| 3 | TOM KELLER: | //I see what you're sayin'. So, I'm gonna make Robert a trust fund |
| 4 | | baby. //(LAUGHS) |
| 5 | CARLOS KEPKE: | //That's what you're gonna do. You're gonna make him-...you're |
| 6 | | gonna make him a trust fund baby. (CHUCKLES) |
| 7 | TOM KELLER: | Hey, you're welcome, Robert. |
| 8 | U/C AGENT #6134: | //(CHUCKLES) |
| 9 | TOM KELLER: | //(CHUCKLES) Don't spend it all in one (1) place. Uhm-...//uh... |
| 10 | | alright, well I-… |
| 11 | U/C AGENT #6134: | //Don't worry, we'll use the French term when we describe Tom's |
| 12 | | dishes. We'll say they're from Targét, not Target… |
| 13 | TOM KELLER: | Yeah. //(CHUCKLES) Yeah, exactly, yeah, I-I did… |
| 14 | | (CHUCKLES) |
| 15 | U/C AGENT #6134: | //So that's-what we'd say...that or J.C. Pennéy, instead of Penny, |
| 16 | | so, yeah. |
| 17 | TOM KELLER: | ..I'll-I'll appreciate my dishes that much more now. |
| 18 | U/C AGENT #6134: | (CHUCKLES) |
| 19 | TOM KELLER: | (LAUGHS) Uhm...well, I think that-...I began-...I wrote down |
| 20 | | some questions. Let me make sure I've covered everything. I think |
| 21 | | we have here. Uhm…(SIGHS) You talked about the-the |
| 22 | | documents that I have to do. You know, am I gonna have to |

39

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | | maintain copies of these documents or do you keep those and, |
| 2 | | //uhm… |
| 3 | CARLOS KEPKE: | //Uh...you're gonna sign-...you're gonna sign three (3) originals, |
| 4 | | three (3) originals of a trust document. One (1) is gonna-...one (1) |
| 5 | | is gonna go to me… |
| 6 | TOM KELLER: | Mmm-hmm... |
| 7 | CARLOS KEPKE: | …one (1) is gonna go to-to, uhm...the trustee in Belize… |
| 8 | TOM KELLER: | Mmm-hmm... |
| 9 | CARLOS KEPKE: | ...and-and one (1) is gonna go to Robert. |
| 10 | TOM KELLER: | Okay. |
| 11 | CARLOS KEPKE: | Uh...and as for you, if you want one, we will get-...make a-...we'll |
| 12 | | make a-a copy of one for you. |
| 13 | TOM KELLER: | Okay, I don't know why I would need it, //uhm, yeah, I-… |
| 14 | CARLOS KEPKE: | //I don't know what you need, but if you want one, I, you know, |
| 15 | | it's a simple matter of makin' a copy. |
| 16 | TOM KELLER: | Uhm, you know what I was more concerned with is that I'm not |
| 17 | | gonna be responsible to-to main-to maintain something or other |
| 18 | | because I'm not gonna be around, and wherever I put it, who |
| 19 | | knows where it's gonna go and, //uh...it sounds like… |
| 20 | CARLOS KEPKE: | //You don't need to-...you don't need to-...you don't need to keep a |
| 21 | | copy of it even… |
| 22 | TOM KELLER: | Yeah. |

Case No.: #1000283530
Date:      February 22, 2018 @ Time Unknown
Name:    CARLOS KEPKE, TOM KELLER
Matter:  CD Audio Recording 180222_0136.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | CARLOS KEPKE: | …once… |
| 2 | TOM KELLER: | //J-j-just-just these copies. |
| 3 | CARLOS KEPKE: | //I could send a (UNINTELLIGIBLE)…to the trustee, uh...that's- |
| 4 | | that's where it'll-that's where… |
| 5 | TOM KELLER: | Okay. |
| 6 | CARLOS KEPKE: | …the main original will be with the trustee in-in Belize. |
| 7 | TOM KELLER: | Yeah, okay, I-...'cause I'm thinkin' Rob-Robert loses his copy, you |
| 8 | | know, he can't come to me for it, but he can come-...sounds like he |
| 9 | | could come to you for your copy or the other trustee guy… |
| 10 | CARLOS KEPKE: | Sure. |
| 11 | TOM KELLER: | …for his copy or whatever. |
| 12 | CARLOS KEPKE: | E-e-exactly. |
| 13 | TOM KELLER: | Okay, uhm...tsk-...well this-this sounds like a pretty good deal for |
| 14 | | Robert and that's really what I'm-...I- you know, I don't care about |
| 15 | | it, uh...affecting me one way or the other as long as I don't to do |
| 16 | | anything after I'm not able to. So, I-I'm-I'm comfortable w-with |
| 17 | | what we're talkin' about. Uhm...I think that's all I had. Robert, you |
| 18 | | and I had that-that conversation about-...is-is there anything else I |
| 19 | | haven't brought up that, uhm...that we haven't talked about that we |
| 20 | | need to talk about yet? |

Case No.: #1000283530
Date:     February 22, 2018 @ Time Unknown
Name:    CARLOS KEPKE, TOM KELLER
Matter:   CD Audio Recording 180222_0136.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | U/C AGENT #6134: | I don't think. I think, so, Carlos, he's gettin' together his-...you |
| 2 | | need his driver's license, his, uhm...like, a reference letter from his |
| 3 | | bank, and...was it a utility bill – were those the //three (3) things? |
| 4 | CARLOS KEPKE: | //That's it. |
| 5 | U/C AGENT #6134: | Okay. |
| 6 | CARLOS KEPKE: | That's it. |
| 7 | U/C AGENT #6134: | Yeah, I can get those together and I'll, uh-...so if I-I'll e-mail you |
| 8 | | that stuff and then I'll get you th-that and the fee agreement and |
| 9 | | then… |
| 10 | CARLOS KEPKE: | Uhm, do you have a-...do you have a passport, Tom? |
| 11 | TOM KELLER: | No, I don't. |
| 12 | CARLOS KEPKE: | Okay, driver's license will do, then. |
| 13 | TOM KELLER: | //Okay. |
| 14 | CARLOS KEPKE: | //All they want is a picture of you, so-...//on-on… |
| 15 | TOM KELLER: | //Oh, okay. |
| 16 | CARLOS KEPKE: | …on a-...on an official…document – d-driver's license is official |
| 17 | | document. |
| 18 | U/C AGENT #6134: | //You don't-… |
| 19 | TOM KELLER: | //Perfect, I-I like my driver's license picture too. I look-...I look |
| 20 | | healthy in that picture. That's good-...that's a good one to send. |
| 21 | CARLOS KEPKE: | //(CHUCKLES) |
| 22 | U/C AGENT #6134: | //(CHUCKLES) |

42

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | TOM KELLER: | //(CHUCKLES) That's how they can remember me. |
| 2 | | (CHUCKLES) |
| 3 | CARLOS KEPKE: | I am-...have-...in my-...I look sick in mine. //(CHUCKLES) |
| 4 | TOM KELLER: | //(LAUGHS) That's so funny. |
| 5 | U/C AGENT #6134: | //(LAUGHS) That's awesome. Do you want-...and then, how do |
| 6 | | you want me to pay, uhm...I have to pay you too, then, Carlos, |
| 7 | | when I sign that fee agreement. Do I, uh-...duh...send you a check |
| 8 | | or wire? What do you usually prefer? |
| 9 | CARLOS KEPKE: | Whatever way you wanna do it. |
| 10 | U/C AGENT #6134: | //Aright. |
| 11 | CARLOS KEPKE: | //Whatever's easiest for you, and… |
| 12 | U/C AGENT #6134: | Okay. |
| 13 | CARLOS KEPKE: | …you know? |
| 14 | U/C AGENT #6134: | Suitcase of cash – I'll drop it off, //so… (CHUCKLES) |
| 15 | TOM KELLER: | //(CHUCKLES) |
| 16 | U/C AGENT #6134: | Uhm, alright, excellent. Well, we will-...I appreciate your time, |
| 17 | | Carlos, very much as always. I'll get together with Tom, we'll get |
| 18 | | this stuff pulled for ya' and by next week, eh, by the end of next |
| 19 | | week I'll have everything to ya. Prob'ly by-...actually… |
| 20 | CARLOS KEPKE: | //Uh-… |
| 21 | U/C AGENT #6134: | //…by the middle of next week, I'm hopin', so… |
| 22 | CARLOS KEPKE: | Uh... Bob, one thing I need you to do quicker than that, //maybe… |

43

Case No.: #1000283530
Date:      February 22, 2018 @ Time Unknown
Name:    CARLOS KEPKE, TOM KELLER
Matter:   CD Audio Recording 180222_0136.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | U/C AGENT #6134: | //Absolutely. |
| 2 | CARLOS KEPKE: | …is send me- send me a-an e-mail with, uh...so I can start-...so I |
| 3 | | can draft that agreement for the furnish-furnishings. |
| 4 | U/C AGENT #6134: | 'Kay. |
| 5 | CARLOS KEPKE: | Send me, uh...Tom's, uh...address… |
| 6 | U/C AGENT #6134: | 'Kay. |
| 7 | CARLOS KEPKE: | …the-the address where the furnishings are. |
| 8 | U/C AGENT #6134: | Okay. (SNIFFS) |
| 9 | TOM KELLER: | //Hmm… |
| 10 | CARLOS KEPKE: | //Uh...and-...uhm, Tom, do you have a car? |
| 11 | TOM KELLER: | Not anymore. |
| 12 | CARLOS KEPKE: | Uh...g-g-give-g-guh-uh-eh-...give me…a-a-a- an idea of what the |
| 13 | | furnishings are, l-like, you know, duh-eh-just list, eh, lamps, tables, |
| 14 | | chairs, bed, dishes… |
| 15 | U/C AGENT #6134: | (SNIFFS) |
| 16 | CARLOS KEPKE: | …linens…or-or just some- a-as much- as full as you can, so I can |
| 17 | | make it sound like as much stuff as… |
| 18 | TOM KELLER: | (CHUCKLES) |
| 19 | CARLOS KEPKE: | …that could be leaned towards the eight-thousand ($8,000.00) |
| 20 | | dollar number, if you follow me. |
| 21 | TOM KELLER: | Sure. |
| 22 | CARLOS KEPKE: | Okay. |

44

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | U/C AGENT #6134: | (SNIFFS) //Yeah. |
| 2 | TOM KELLER: | //We will get creative. (CHUCKLES) |
| 3 | CARLOS KEPKE: | Yeah, get creative. |
| 4 | U/C AGENT #6134: | Yeah, we'll-we'll-we'll get somethin' to ya', Carlos, and then you |
| 5 | | go ahead and take whatever we send and you have-d-you have |
| 6 | | both of us on the phone, we're both tellin' ya, you know, we trust |
| 7 | | you, so you-you make it into whatever you think'll look right. We |
| 8 | | don't want anything comin' back five (5) years from now. You |
| 9 | | know what'll… |
| 10 | TOM KELLER: | //Yeah. |
| 11 | U/C AGENT #6134: | //…what'll look good, so, we'll follow up //with you… |
| 12 | TOM KELLER: | //'Kay. |
| 13 | U/C AGENT #6134: | …and, again, I appreciate-...yeah, we'll get ya-...we'll get you that |
| 14 | | e-mail by tomorrow and maybe we'll even get you some the |
| 15 | | documents by tomorrow too. |
| 16 | CARLOS KEPKE: | //Thank you, my friend. |
| 17 | TOM KELLER: | //Thank you, Carlos. |
| 18 | U/C AGENT #6134: | Alright. |
| 19 | TOM KELLER: | Thank-thanks for lookin' out for-for Robert. I appreciate it. Sounds |
| 20 | | like he's in good hands the way you're //doing everything right for |
| 21 | | him, so. |
| 22 | CARLOS KEPKE: | //Sound-...you sound like a good guy. |

45

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | TOM KELLER: | Nah… //I try... |
| 2 | CARLOS KEPKE: | //I like a good guy, Tom. |
| 3 | TOM KELLER: | //(CHUCKLES) |
| 4 | CARLOS KEPKE: | //Thank you, my friend. Take it //easy. |
| 5 | TOM KELLER: | //Alright, thanks. Thanks, guys. |
| 6 | U/C AGENT #6134: | Thanks. |
| 7 | CARLOS KEPKE: | Bye. |
| 8 | U/C AGENT #6134: | Bye. (SNIFFS) |
| 9 | (BRIEF PAUSE) | |
| 10 | U/C AGENT #6134: | No, I think we're good, Carlos. I'll, uhm...I'll, like I said… |
| 11 | CARLOS KEPKE: | //(UNINTELLIGIBLE)… |
| 12 | U/C AGENT #6134: | //…I'll get you an e-mail by tomorrow, by end of day tomorrow. |
| 13 | CARLOS KEPKE: | And don't forget everything. And, I mean, s-s-...just say if he's got |
| 14 | | any pictures, just say "paintings." |
| 15 | U/C AGENT #6134: | 'Kay. |
| 16 | CARLOS KEPKE: | That's all. Just say paintings. You know, uh...re-...you know what I |
| 17 | | want. I need you to build it up and make //seem like… |
| 18 | U/C AGENT #6134: | //Yeah, no, I'll try to-...I-I'm-I'm being frank with ya', the guy has, |
| 19 | | like, last time I was in there, I mean, it's-it's about as sterile as a |
| 20 | | freakin' hospital room is what his apartment looks like. |
| 21 | CARLOS KEPKE: | Oh... |

Case No.: #1000283530
Date:      February 22, 2018 @ Time Unknown
Name:    CARLOS KEPKE, TOM KELLER
Matter:  CD Audio Recording 180222_0136.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | U/C AGENT #6134: | He just doesn't have anything. So, I'll get you what I know and |
| 2 | | then, honestly, I'm tellin' ya', you have-...I have-...Carlos, I-I trust |
| 3 | | you. Obviously, I'm trustin' you here with all my money here |
| 4 | | soon. You-you do whatever you think-...you know what'll work. I- |
| 5 | | this stuff's so-so new to me and then we'll-we'll make it work. I'll |
| 6 | | sign off on-...we'll be good. And Tom, I know him. Now that he |
| 7 | | talked to you he feels a hundred (100%) percent comfortable. So, |
| 8 | | uhm… |
| 9 | CARLOS KEPKE: | Good. |
| 10 | U/C AGENT #6134: | So you-you just write in whatever and we'll-we'll make it work. |
| 11 | | He'll sign it and so will I, so we'll be good. |
| 12 | CARLOS KEPKE: | Alright. |
| 13 | U/C AGENT #6134: | Alrighty, thank you, Carlos. |
| 14 | CARLOS KEPKE: | Bye-bye. |
| 15 | U/C AGENT #6134: | Take care. |
| 16 | (BRIEF PAUSE) | |
| 17 | CARLOS KEPKE: | (UNINTELLIGIBLE / FADES)…almost forgot. |
| 18 | U/C AGENT #6134: | Yeah, yeah? |
| 19 | CARLOS KEPKE: | O-one other thing. |
| 20 | U/C AGENT #6134: | Yeah? |
| 21 | CARLOS KEPKE: | H-h-how do you plan on giving, uh...nine-thousand-two-hundred |
| 22 | | ($9,200.00) dollars? |

47

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | U/C AGENT #6134: | Uhm...I was gonna prob'ly either give him a check or wire it to |
| 2 | | him or somethin' like that. |
| 3 | CARLOS KEPKE: | Uh...you know what? Uh-uh-eh-eh-eh-uh...what I would do, if it |
| 4 | | were me… |
| 5 | U/C AGENT #6134: | Yeah? |
| 6 | CARLOS KEPKE: | I would, uh...I would give it to him in cash. |
| 7 | U/C AGENT #6134: | 'Kay. |
| 8 | CARLOS KEPKE: | And I would m-make withdrawals from your bank, not one |
| 9 | | withdrawal of nine-thousand-two-hundred (9,200), but thousand |
| 10 | | ($1,000.00) dollars here, a thousand ($1,000.00) dollars there… |
| 11 | U/C AGENT #6134: | //Okay. |
| 12 | CARLOS KEPKE: | //You know what I'm sayin? |
| 13 | U/C AGENT #6134: | Okay, yup, yup, //yup. |
| 14 | CARLOS KEPKE: | //Eh, you follow what I'm sayin'? |
| 15 | U/C AGENT #6134: | I know what you're sayin'. So yeah, we gotta make-...yeah, I don't |
| 16 | | want nine-thousand (9,000) goin' in, nine-thousand (9,000) comin' |
| 17 | | out. |
| 18 | CARLOS KEPKE: | That's exactly right. |
| 19 | U/C AGENT #6134: | Yeah, no, I'll make sure that it's, uh...I gotcha, that it's kinda, like, |
| 20 | | uhm…(SNIFFS) It's not gonna //(UNINTELLIGIBLE)… |
| 21 | CARLOS KEPKE: | //So that's it. |
| 22 | U/C AGENT #6134: | Go ahead. |

Case No.: #1000283530
Date:      February 22, 2018 @ Time Unknown
Name:    CARLOS KEPKE, TOM KELLER
Matter:   CD Audio Recording 180222_0136.MP3 – Draft Transcript

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | CARLOS KEPKE: | 'Cause, see, like, if you get-...yeah, okay, well, you understand |
| 2 | | where I'm goin' there. |
| 3 | U/C AGENT #6134: | So it's… |
| 4 | CARLOS KEPKE: | Yeah? |
| 5 | U/C AGENT #6134: | Well…yeah, I don't wanna…I can't give him nine ($9,000.00) |
| 6 | | grand… You don't wanna-...would you rather, uh...my, like, one of |
| 7 | | my business accounts? |
| 8 | CARLOS KEPKE: | Doesn't matter. |
| 9 | U/C AGENT #6134: | Okay. |
| 10 | CARLOS KEPKE: | Doesn't matter. Whatever-eh-eh-eh-whatever-huh-uh-...whichever |
| 11 | | one you wanna do to, uhm...you-...I-I'm just tryin' to say-...what |
| 12 | | I'm tryin' to say is that-that if you give him cash, then-then his |
| 13 | | deposits don't show as-as coming from a check from you. |
| 14 | U/C AGENT #6134: | Oh…I gotcha. I gotcha. Yeah, yeah, yeah, yeah, yeah, 'cause-...uh- |
| 15 | | see, again, why I'm turnin' to you, Carlos. I don't wanna do |
| 16 | | somethin' stupid here where I'm gonna mess-...right? I mean… |
| 17 | CARLOS KEPKE: | Well, you can. You can technically write him a check and it could |
| 18 | | sh-sh-show it came from you and we just-...we'd be relying on the- |
| 19 | | on the- on the sales //certificate… |
| 20 | U/C AGENT #6134: | //Yeah. |

49

DRAFT TRANSCRIPT

| | | |
|---|---|---|
| 1 | CARLOS KEPKE: | …of furnishings, but why even give 'em a chance to get that far? I |
| 2 | | mean, you're-you're not gonna be-...well, I can't talk-you-you |
| 3 | | gotta understand what I do. I am a extremely conservative lawyer. |
| 4 | U/C AGENT #6134: | Yeah, no, I can //tell. |
| 5 | CARLOS KEPKE: | //Very, very conservative lawyer. Uh-uh...I mean, I don't-...I don't- |
| 6 | | I do…eh-eh-eh-uh-uh-w-what we're doin' is in-in a sense, |
| 7 | | aggressive tax planning. When I say aggressive, what I mean by |
| 8 | | aggressive is that not a lot of people do it because not a lot of |
| 9 | | people can afford to do it. |
| 10 | U/C AGENT #6134: | Yup. |
| 11 | CARLOS KEPKE: | You know, you gotta-...we wouldn't-...we wouldn't be goin' |
| 12 | | through this trust if you were gonna put twenty-five-thousand |
| 13 | | ($25,000.00) dollars in it, //you know what I'm sayin'? |
| 14 | U/C AGENT #6134: | //Mmm-hmm, mmm-hmm, //absolutely. |
| 15 | CARLOS KEPKE: | //So… |
| 16 | U/C AGENT #6134: | Yes. (SNIFFS) |
| 17 | CARLOS KEPKE: | So, I won't-what-I'ma-I'ma cross the T and dot the I's kinda guy. |
| 18 | U/C AGENT #6134: | No, it's-well, it's better. I mean, the less… |
| 19 | CARLOS KEPKE: | Yeah. |
| 20 | U/C AGENT #6134: | That-that-the more stuff that we have that they can't-...right, it just |
| 21 | | confuses 'em more. So instead of just having the document, now |

Case No.:   #1000283530
Date:       February 22, 2018 @ Time Unknown
Name:       CARLOS KEPKE, TOM KELLER
Matter:     CD Audio Recording 180222_0136.MP3 – Draft Transcript

DRAFT TRANSCRIPT

1                              all the sudden they can't even trace the funds. No, I-I gotcha. It's

2                              even-...it's even better, so, okay. No, that's a good…

3    CARLOS KEPKE:            //Alright.

4    U/C AGENT #6134:         //…piece of advice. Alright, thank you //Carlos.

5    CARLOS KEPKE:            //Have a good day.

6    U/C AGENT #6134:         Alright, you too. Bye.

7    (END OF RECORDING)

8    (END OF TRANSMISSION)

9    (END AUDIO DISK 1 - 180222_0136)

Case No.: #1000283530
Date:     February 22, 2018 @ Time Unknown
Name:     CARLOS KEPKE, TOM KELLER
Matter:   CD Audio Recording 180222_0136.MP3 – Draft Transcript