1  GRANT P. FONDO (SBN 181530)
   GFondo@goodwinlaw.com
2  DAVID R. CALLAWAY (SBN 121782)
   *DCallaway@goodwinlaw.com*
3  **GOODWIN PROCTER LLP**
   601 Marshall Street
4  Redwood City, CA 94063
   Tel: +1 650 752 3100
5  Fax: +1 650 853 1038

6  RICHARD M. STRASSBERG (*pro hac vice*)
   *RStrassberg@goodwinlaw.com*
7  **GOODWIN PROCTER LLP**
   620 Eighth Avenue
8  New York, NY 10018
   Tel: +1 212 813 8800
9  Fax: +1 212 355 3333

10 Attorneys for Defendant:
   CARLOS E. KEPKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS E. KEPKE,<br><br>Defendant. | Case No. 3:21-CR-00155-JD<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that the attorney Sylvia R. Ewald of Goodwin Procter LLP, a member of the State Bar of California (No. 300267) and admitted to practice in this Court and whose contact information appears below, hereby enters an appearance as attorney of record for Defendant Carlos E. Kepke, and is authorized to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Plaintiff.

Sylvia R. Ewald
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, Suite 4100
Los Angeles, CA 90017
Tel.: +1 213 426 2678
Fax: +1 213 947 1746

Respectfully submitted,

Dated: October 19, 2022

By: */s/ Sylvia R. Ewald*
SYLVIA R. EWALD
*SEwald@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, Suite 4100
Los Angeles, CA 90017
Tel.: +1 213 426 2678
Fax: +1 213 947 1746

Attorney for Defendant:
CARLOS E. KEPKE

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **October 19, 2022**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **October 19, 2022**.

                                          */s/ Sylvia R. Ewald*
                                                SYLVIA R. EWALD