| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | TRANSCRIPT ORDER Please use one form per court reporter. CJA counsel please use Form CJA24 Please read instructions on next page. | COURT USE ONLY DUE DATE: |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER: Amy Dalton | 2a. CONTACT PHONE NUMBER: (650) 450-0576 | 3. CONTACT EMAIL ADDRESS: Adalton@goodwinlaw.com |
| 1b. ATTORNEY NAME (if different): Grant Fondo | 2b. ATTORNEY PHONE NUMBER: (650) 752-3236 | 3. ATTORNEY EMAIL ADDRESS: gfondo@goodwinlaw.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE): Goodwin Procter LLP, 601 Marshall St., Redwood City, CA 94063

5. CASE NAME: USA v. Kepke

6. CASE NUMBER: 21-cr-155

7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR: Marla Knox

8. THIS TRANSCRIPT ORDER IS FOR:
- ☐ APPEAL
- ☒ CRIMINAL
- ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
- ☐ NON-APPEAL
- ☐ CIVIL
- CJA: Do not use this form; use Form CJA24.

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/2022 | JD | MOT | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/ Grant Fondo

12. DATE: 10/21/2022

Clear Form     Save as new PDF