**PLACEHOLDER OF
LETTER SOUGHT
TO BE SEALED IN
ITS ENTIRETY**