**PLACEHOLDER OF DECLARATION SOUGHT TO BE SEALED IN ITS ENTIRETY**