1  GRANT P. FONDO, (SBN 181530)
   *GFondo@goodwinlaw.com*
2  DAVID R. CALLAWAY (SBN 121782)
   *DCallaway@goodwinlaw.com*
3  **GOODWIN PROCTER LLP**
   601 Marshall Street
4  Redwood City, California  94063
   Tel.: +1 650 752 3100
5  Fax: +1 650 853 1038

6  RICHARD M. STRASSBERG (*pro hac vice*)
   *RStrassberg@goodwinlaw.com*
7  **GOODWIN PROCTER LLP**
   620 Eighth Avenue
8  New York, NY  10018
   Tel.: +1 212 813 8800
9  Fax: +1 212 355 3333

10 Counsel for Defendant
   CARLOS E. KEPKE
11

12               UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                 SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,          Case No. 3:21-CR-0155-JD

17               Plaintiff,           **PROOF OF SERVICE**

18       v.

19 CARLOS E. KEPKE,

20               Defendant.

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2

        I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 601 South Figueroa Street, Floor 41, Los Angeles, California 90017.

3

4

        On October 24, 2022, I caused to be served the following document on the person(s) below:

5

**ADMINISTRATIVE MOTION TO FILE UNDER SEAL LETTER AND CARLOS E. KEPKE DECLARATION**

6

**DECLARATION OF GRANT P. FONDO IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL LETTER AND CARLOS E. KEPKE DECLARATION**

7

8

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

9

**UNDER SEAL DECLARATION**

10

**UNDER SEAL LETTER**

11

| Christopher Magnani | Counsel for Plaintiff: USA |
|---|---|
| U.S. DEPARTMENT OF JUSTICE | Tel.: 202-307-6408 |
| TAX DIVISION | Email: Christopher.magnani@usdoj.gov |
| Western Criminal Enforcement Section | |
| Ben Franklin Station | |
| PO Box 972 | |
| Washington, DC 20044 | |

12

13

14

15

| Michael G. Pitman | Counsel for Plaintiff: USA |
|---|---|
| UNITED STATES ATTORNEY'S OFFICE | Tel.: 408-535-5040 |
| 150 Almaden Blvd., Suite 900 | Email: Michael.pitman@usdoj.gov |
| San Jose, CA 95113 | |

16

17

| Boris Bourget | Counsel for Plaintiff: USA |
|---|---|
| DOJ- TAX | Tel.: 202-307-2182 |
| TAX DIVISION | Email: boris.bourget@usdoj.gov |
| 150 M Street NE, Ste. 2.603 | |
| Washington, DC 20002 | |

18

19

20

| Corey J. Smith | Counsel for Plaintiff: USA |
|---|---|
| DEPARTMENT OF JUSTICE | Tel.: 202-514-5230 |
| TAX DIVISION | Email: corey.smith@usdoj.gov |
| 150 M Street NW, Room 2.208 | |
| Washington, DC 20004 | |

21

22

23

        The documents were served by the following means:

24

☑     (E-MAIL or ELECTRONIC TRANSMISSION)  By electronic service.  Based upon a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed.

25

26

27

28

1

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

2

3

Executed on October 24, 2022, at Los Angeles, California.

4

_____                    _____
            Nicole Kim                                        */s/ Nicole Kim*
         (Type or print name)                                    (Signature)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE
3:21-CR-0155-JD