STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone:     (408) 535-5040
Facsimile:      (408) 535-5081
Email: michael.pitman@usdoj.gov

COREY J. SMITH (MABN 553615)
Senior Litigation Counsel
United States Department of Justice
Telephone:     (202)514-5230
Email: corey.smith@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS E. KEPKE,<br><br>Defendant. | Criminal No. 3:21-CR-00155-JD<br><br>UNITED STATES PROPOSED FORM OF VERDICT |

The United States of America, by and through undersigned counsel, hereby respectfully submits the attached proposed verdict form for use in the above-captioned case.

STEPHANIE M. HINDS
United States Attorney

s/ Michael G. Pitman
MICHAEL G. PITMAN
Assistant United States Attorney
COREY J. SMITH
Senior Litigation Counsel

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS E. KEPKE,<br><br>Defendant. | Criminal No. 3:21-CR-00155-JD<br><br>VERDICT |

WE, THE JURY, in this case, unanimously find the Defendant **Carlos E. Kpke**:

**COUNT 1**: _____ (guilty/not guilty) of the offense of conspiracy to defraud the United States by obstructing the lawful functions of the Department of the Treasury, Internal Revenue Service, by deceitful or dishonest means, in violation of Section 371 of Title 18 of the United States Code, as charged in Count One of the Indictment.

**COUNT 2**: _____ (guilty/not guilty) of the offense of willfully aiding, assisting and counseling the preparation and presentation of a false income tax return for the year 2012 in violation of Section 7206(2) of Title 26 of the United States Code, as charged in Count Two of the Indictment.

**COUNT 3**: _____ (guilty/not guilty) of the offense of willfully aiding, assisting and counseling the preparation and presentation of a false income tax return for the year 2013 in violation of Section 7206(2) of Title 26 of the United States Code, as charged in Count Three of the Indictment.

**COUNT 4**: _____ (guilty/not guilty) of the offense of willfully aiding, assisting and counseling the preparation and presentation of a false income tax return for the year 2014 in violation of Section 7206(2) of Title 26 of the United States Code, as charged in Count Four of the Indictment.

Dated: _____        _____
                                          FOREPERSON