STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone:    (408) 535-5040
Facsimile:    (408) 535-5081
Email: michael.pitman@usdoj.gov

COREY J. SMITH (MABN 553615)
Senior Litigation Counsel
United States Department of Justice
Telephone:    (202)514-5230
Email: corey.smith@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Criminal No. 3:21-CR-00155-JD |
|---|---|
| Plaintiff, | WITHDRAWAL OF MOTION |
| v. | Judge: Hon. James Donato |
| CARLOS E. KEPKE, | |
| Defendant. | |

The United States of America withdraws its Motion filed at Docket No. 124.

Dated November 7, 2022

                                          STEPHANIE M. HINDS
                                          United States Attorney

                                          *s/ Corey J. Smith*
                                          COREY J. SMITH
                                          Senior Litigation Counsel
                                          MICHAEL G. PITMAN
                                          Assistant United States Attorney

                                          Attorneys for United States of America