GRANT P. FONDO (SBN 181530)
GFondo@goodwinlaw.com
DAVID R. CALLAWAY (SBN 121782)
DCallaway@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

RICHARD M. STRASSBERG (*pro hac vice*)
RStrassberg@goodwinlaw.com
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
Tel.: +1 212 813 8800
Fax: +1 212 355 3333

SYLVIA R. EWALD (SBN 300267)
SEwald@goodwinlaw.com
**GOODWIN PROCTER LLP**
520 Broadway, Suite 500
Santa Monica, CA 90401
Tel: +1 424 436 3051
Fax: +1 213 947 1746

Attorneys for Defendant:
CARLOS E. KEPKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:21-CR-00155-JD |
| Plaintiff, | **DEFENDANT CARLOS E. KEPKE'S PROPOSED FORM OF VERDICT** |
| v. | |
| CARLOS E. KEPKE, | |
| Defendant. | |

Defendant Carlos E. Kepke, by and through his undersigned counsel, hereby respectfully submits the attached proposed verdict form for use in the above-captioned case.

Dated: November 8, 2022

Respectfully submitted,

By: /s/ Grant P. Fondo
GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
RICHARD M. STRASSBERG (*pro hac vice*)
*RStrassberg@goodwinlaw.com*
DAVID R. CALLAWAY (SBN 121782)
*DCallaway@goodwinlaw.com*
SYLVIA R. EWALD (SBN 300267)
*SEwald@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendant:
CARLOS E. KEPKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CARLOS E. KEPKE,<br><br>　　　　Defendant. | Criminal No. 3:21-CR-00155-JD<br><br>VERDICT |

WE, THE JURY, in this case, unanimously find as follows:

### **COUNT 1**:

Has the government proven the defendant, CARLOS E. KEPKE, guilty beyond a reasonable doubt as to Count One of the Indictment, charging Conspiracy?

　　NO, NOT GUILTY _____　　　　YES, GUILTY _____

### **COUNT 2:**

Has the government proven the defendant, CARLOS E. KEPKE, guilty beyond a reasonable doubt as to Count Two of the Indictment, charging Aiding and Assisting in the Preparation of Materially False Tax Return filed on October 16, 2013?

　　NO, NOT GUILTY _____　　　　YES, GUILTY _____

**COUNT 3:**

Has the government proven the defendant, CARLOS E. KEPKE, guilty beyond a reasonable doubt as to Count Three of the Indictment, charging Aiding and Assisting in the Preparation of Materially False Tax Return filed on October 17, 2014?

NO, NOT GUILTY _____        YES, GUILTY _____

**COUNT 4:**

Has the government proven the defendant, CARLOS E. KEPKE, guilty beyond a reasonable doubt as to Count Four of the Indictment, charging Aiding and Assisting in the Preparation of Materially False Tax Return filed on October 20, 2015?

NO, NOT GUILTY _____        YES, GUILTY _____

Dated: _____                _____
                                         FOREPERSON