GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
DAVID R. CALLAWAY (SBN 121782)
*DCallaway@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

RICHARD M. STRASSBERG (*pro hac vice*)
*RStrassberg@goodwinlaw.com*
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
Tel.: +1 212 813 8800
Fax: +1 212 355 3333

SYLVIA R. EWALD (SBN 300267)
*SEwald@goodwinlaw.com*
**GOODWIN PROCTER LLP**
520 Broadway, Suite 500
Santa Monica, CA 90401
Tel: +1 424 436 3051
Fax: +1 213 947 1746

Attorneys for Defendant:
CARLOS E. KEPKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>CARLOS E. KEPKE,<br><br>         Defendant. | Case No. 3:21-CR-00155-JD<br>**PROOF OF SERVICE**<br><br><br>Judge:    Hon. James Donato |

PROOF OF SERVICE
3:21-CR-0155-JD

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 601 South Figueroa Street, Floor 41, Los Angeles, California 90017.

On November 8, 2022, I caused to be served the following document on the person(s) below:

**DEFENDANT CARLOS E. KEPKE'S ADMINISTRATIVE MOTION TO SEAL AND [PROPOSED] ORDER**

| | |
|---|---|
| Christopher Magnani<br>U.S. DEPARTMENT OF JUSTICE<br>TAX DIVISION<br>Western Criminal Enforcement Section<br>Ben Franklin Station<br>PO Box 972<br>Washington, DC 20044 | Counsel for Plaintiff: USA<br>Tel.: 202-307-6408<br>Email: Christopher.magnani@usdoj.gov |
| Michael G. Pitman<br>UNITED STATES ATTORNEY'S OFFICE<br>150 Almaden Blvd., Suite 900<br>San Jose, CA 95113 | Counsel for Plaintiff: USA<br>Tel.: 408-535-5040<br>Email: Michael.pitman@usdoj.gov |
| Boris Bourget<br>DOJ- TAX<br>TAX DIVISION<br>150 M Street NE, Ste. 2.603<br>Washington, DC 20002 | Counsel for Plaintiff: USA<br>Tel.: 202-307-2182<br>Email: boris.bourget@usdoj.gov |
| Corey J. Smith<br>DEPARTMENT OF JUSTICE<br>TAX DIVISION<br>150 M Street NW, Room 2.208<br>Washington, DC 20004 | Counsel for Plaintiff: USA<br>Tel.: 202-514-5230<br>Email: corey.smith@usdoj.gov |

The documents were served by the following means:

☑ (E-MAIL or ELECTRONIC TRANSMISSION) By electronic service. Based upon a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed.

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

2  Executed on November 8, 2022, at Los Angeles, California.

| Nicole Kim | /s/ Nicole Kim |
|---|---|
| (Type or print name) | (Signature) |