1 STEPHANIE M. HINDS (CABN 154284)
United States Attorney

2

3 THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

4 MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney

5 150 Almaden Boulevard, Suite 900
San Jose, CA 95113

6 Telephone:     (408) 535-5040

7 Facsimile:     (408) 535-5081
Email: michael.pitman@usdoj.gov

8

9 COREY J. SMITH (MABN 553615)
Senior Litigation Counsel

10 United States Department of Justice
Telephone:     (202)514-5230

11 Email: corey.smith@usdoj.gov

12 Attorneys for United States of America

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                     SAN FRANCISCO DIVISION

16 UNITED STATES OF AMERICA,            Criminal No. 3:21-CR-00155-JD

17          Plaintiff,                  PARTIES JOINT STATEMENT TO
                                        THE COURT REGARDING THE
18          v.                          OCTOBER 20, 2022 HEARING TRANSCRIPT
                                        AND ECF 110 AND 112
19 CARLOS E. KEPKE,
                                        Hearing.:      November 21, 2022
20          Defendant.                  Time:          1:30 a.m.
                                        Place:         Courtroom 11, 19th Floor
21

22

23          The parties jointly recommend to the Court that regarding the October 20, 2022 hearing

24 transcript, ECF 110, that the transcript of the October 20, 2022 hearing should by unsealed EXCEPT,

25 the United States recommends that the portions of the hearing pertaining to Defendant's Motion for a

26 CIPA hearing (ECF 86) should remain sealed.  Defendant does not join in this recommendation, and

27 instead recommends that only the portion of the transcript of the October 20, 2022 hearing pertaining to

28 the discussions with the Court regarding the payment of Defendant's legal fees should remain sealed.

1   The United States does not join in that recommendation.

2          With regarding to ECF 112, the United States recommends that the entirety of that Order

3   remain sealed.  The Defense does not join in that recommendation.

4          Unfortunately, the United States does not yet have a copy of the sealed portions of the

5   transcript from the October 20, 2022 hearing and cannot cite page and line of the relevant portions of the

6   transcript.

7          Counsel for the government represents to the Court that I have conferred with counsel for

8   the Defendant on this Notice and that it represents both parties' recommendations.

9

10  Date:  November 9, 2022

11                                              STEPHANIE M. HINDS
12                                              United States Attorney

13                                              *s/ Corey J. Smith*
                                                COREY J. SMITH
14                                              Senior Litigation Counsel
                                                Tax Division
15                                              MICHAEL G. PITMAN
                                                Assistant United States Attorney
16                                              BORIS BOURGET
                                                Trial Attorney
17                                              Tax Division
18                                              Attorneys for United States of America

19
          _    _____
20

21

22

23

24

25

26

27

28