GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
DAVID R. CALLAWAY (SBN 121782)
*DCallaway@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA  94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

RICHARD M. STRASSBERG (*pro hac vice*)
*RStrassberg@goodwinlaw.com*
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
Tel.: +1 212 813 8800
Fax: +1 212 355 3333

SYLVIA R. EWALD (SBN 300267)
*SEwald@goodwinlaw.com*
**GOODWIN PROCTER LLP**
520 Broadway, Suite 500
Santa Monica, CA  90401
Tel: +1 424 436 3051
Fax: +1 213 947 1746

Attorneys for Defendant:
CARLOS E. KEPKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS E. KEPKE,<br><br>Defendant. | Case No. 3:21-CR-0155-JD<br><br>**[PROPOSED] ORDER GRANTING CARLOS KEPKE'S MOTION *IN LIMINE* TO EXCLUDE EVATT TAMINE TESTIMONY, STATEMENTS, AND EVIDENCE, OR IN THE ALTERNATIVE, TO CONTINUE TRIAL** |

**[PROPOSED] ORDER**

Having considered Defendant Carlos Kepke's Motion *In Limine* to Exclude Evatt Tamine Testimony, Statements, and Evidence, or in the Alternative, to Continue Trial, the Court finds pursuant to Federal Rule of Criminal Procedure 16(d) that the government is precluded from offering the testimony of, statements of, or evidence related to Evatt Tamine.

**IT IS SO ORDERED** that Mr. Kepke's Motion is GRANTED.

Dated: _____    _____
                                                                     Hon. James Donato
                                                                     UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **November 10, 2022**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **November 10, 2022** in Los Altos, California.

*/s/ Grant P. Fondo*
GRANT P. FONDO