STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5040
Facsimile: (408) 535-5081
Email: michael.pitman@usdoj.gov

COREY J. SMITH (MABN 553615)
Senior Litigation Counsel
United States Department of Justice
Telephone: (202)514-5230
Email: corey.smith@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS E. KEPKE,<br><br>Defendant. | Criminal No. 3:21-CR-00155-JD<br><br>UNITED STATES' RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF EVATT TAMINE<br><br>Hearing.: November 28, 2022<br>Time: 9:00 a.m.<br>Place: Courtroom 11, 19th Floor |

In response to Defendant's *Motion in Limine* to Exclude testimony from Evatt Tamine, or in the alternative, a continuance of the trial date, the United States represents that Defendant's motion is moot. As evidenced by the government's witness list filed on November 7, 2022, *ECF 128*, the United States does not plan on calling Evatt Tamine as a witness during trial and opposes any continuance of the trial date in this matter.

In further response, Defendant's motion inaccurately represents the state of discovery in this case regarding Evatt Tamine. On February 4, 2022, the United States provided Defendant approximately 475 gigabytes (about 2.5 million pages) of evidence from, *inter alia*, the search warrant executed by the Bermuda Police Service on September 5, 2018 at the home of Evatt Tamine. *See Exhibit 2 – Government's Transmittal Letter dated February 4, 2022*. The United States was not a co-applicant for the September 5, 2018 search warrant.

By order of the court in Bermuda, this evidence was reviewed by a barrister in the United Kingdom for potential attorney-client privilege, and other non-relevant evidence. *See Exhibit 3 – Order the Supreme Court of Bermuda*. Upon completion of this review, non-privileged and relevant evidence was provided to the United States through a Mutual Legal Assistance Treaty ("MLAT") request. The United States does not possess, and has not seen, any evidence withheld by the reviewing barrister, or any evidence that may have been seized by Bermudian authorities and not provided to the United States through the MLAT process.

Additional electronic devices were seized by the Bermuda Police Service and provided by Evatt Tamine. The United States has not seen and does not currently possess this evidence. This data was compiled and sent to the barrister in the United Kingdom for privilege review. The existence of this additional miscellaneous data, and its review, was explained to Defendant in a letter from the United States on March 10, 2022, and further explained to counsel on November 3, 2022 during a telephone call. *See Exhibit 4*. While this review process was ongoing, on August 5, 2022, Mr. Brockman passed away and the charges against Mr. Brockman were dismissed. Currently, given Mr. Brockman's passing, and the dismissal of the charges against him, the United States has no plans to receive this additional evidence.

Accordingly, the United States respectfully requests that Defendant's instant motion be denied as moot.

Respectfully submitted,

Date : November 10, 2022

STEPHANIE M. HINDS
United States Attorney

*s/ Corey J. Smith*
COREY J. SMITH
Senior Litigation Counsel
MICHAEL G. PITMAN
Assistant United States Attorney
BORIS BOURGET
Trial Attorney
Tax Division

Attorneys for United States of America

**CERTIFICATE OF SERVICE**

I the undersigned do hereby certify that on the 10th of November 2022, I electronically filed the foregoing Government's Response to Defendant's *Motion In Limine* to Exclude Testimony of Evatt Tamine with the ECF electronic filing system, which will send notice of electronic filing to counsel of record.

*/s/Corey J. Smith*
Senior Litigation Counsel
Department of Justice
Tax Division
Corey.Smith@usdoj.gov
(202)514-5230