STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone:     (408) 535-5040
Facsimile:      (408) 535-5081
Email: michael.pitman@usdoj.gov

COREY J. SMITH (MABN 553615)
Senior Litigation Counsel
United States Department of Justice
Telephone:     (202)514-5230
Email: corey.smith@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Criminal No. 3:21-CR-00155-JD |
|---|---|
| Plaintiff, | **DECLARATION OF COREY J. SMITH IN SUPPORT OF GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF EVATT TAMINE** |
| v. | |
| CARLOS E. KEPKE, | Hearing.:    November 28, 2022 |
| Defendant. | Time:         9:00 a.m. |
|  | Place:        Courtroom 11, 19th Floor |

**DECLARATION OF COREY J. SMITH**

I, Corey J. Smith, do hereby state the following:

1.  I am a Senior Litigation Counsel with the Department of Justice, Tax Division, assigned by the Department of Justice to this case, *United States v. Carlos Kepke*, 3:21 cr 155 (JD);

2.  I am a member in good standing of the bars in Massachusetts and Illinois;

3.      This Declaration is made based on my personal knowledge in support of the Government's Response to Defendant's Motion *In Limine* to Exclude Testimony of Evatt Tamine;

4.      **Exhibits 2 and 4,** filed in support of the Government's Response to the forgoing Motion, are true and accurate copies of letters previously sent to Defendant's counsel via email; and

5.      **Exhibit 3** is a true and accurate copy of an Order issued by the Supreme Court of Bermuda on March 26, 2020.

I do hereby state under the penalties of perjury that to the best of my knowledge and belief the foregoing is true and correct.

Submitted this 10th Day of November, 2022

*s/ Corey J. Smith*
COREY J. SMITH
Senior Litigation Counsel
Attorney for United States of America