GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
DAVID R. CALLAWAY (SBN 121782)
*DCallaway@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA  94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

RICHARD M. STRASSBERG (*pro hac vice*)
*RStrassberg@goodwinlaw.com*
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
Tel.: +1 212 813 8800
Fax: +1 212 355 3333

SYLVIA R. EWALD (SBN 300267)
*SEwald@goodwinlaw.com*
**GOODWIN PROCTER LLP**
520 Broadway, Suite 500
Santa Monica, CA  90401
Tel: +1 424 436 3051
Fax: +1 213 947 1746

Attorneys for Defendant:
CARLOS E. KEPKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLOS E. KEPKE,<br><br>    Defendant. | Case No. 3:21-CR-00155-JD<br><br>**JOINT PROPOSED JURY SCREENING QUESTIONNAIRE**<br><br>Courtroom: 11, 19th Floor<br>Judge:     Hon. James Donato |

In anticipation of the Jury Screening Questionnaire the parties jointly propose utilizing the following Jury Screening Questionnaire, which the Court offered in *United States v. Dahryl Lamont Reynolds*, 4:18-cr-00158-JD-1, ECF No. 181. Amendments have been made to the *Reynolds* Questionnaire to tailor it to the needs of this case.

1. NAME: (Circle one) Mr. / Ms. / Mx. _____

2. Age: _____

3. Residence: County: _____ City/Town: _____
**[Do not provide your address]**

4. What is your marital status? (Circle one)
Single / Married / Separated / Divorced / Widowed / Live with a partner

5. Do you speak, write, or understand English? Yes_____ No_____

6. Do you have any physical or mental health conditions (e.g. difficulty hearing, vision problem that is not corrected with glasses/contacts, mental health diagnosis) that would affect your ability to see, hear or understand testimony by witnesses at trial?
Yes_____ No_____ If yes, please explain.
_____
_____
_____
_____

7. Do you have any of the following medical conditions: chronic lung disease, moderate or severe asthma, a serious heart condition, an immune system deficiency, obesity, diabetes, chronic kidney disease, or liver disease?
Yes ____ No ____

8. Is there any other reason you believe you are at a higher risk from COVID-19?

Yes ____ No ____ If yes, please explain.

_____

_____

_____

9. Is any immediate member of your household at higher risk from COVID-19?

Yes ____ No ____ If yes, please explain.

_____

_____

_____

_____

10. Have you been tested for COVID-19?

Yes ____ No ____ If yes, when was the date of your most recent test? _____

11. Did you test positive?

Yes ____ No ____

12. Have you been diagnosed or treated for COVID-19, or believe you have been exposed to it?

Yes ____ No ____ If yes, please explain.

_____

_____

_____

_____

3

JOINT PROPOSED JURY SCREENING QUESTIONNAIRE
CASE NO. 3:21-CR-00155-JD

13. Do you live, or care for, with someone who is currently ill with a confirmed case of COVID-19, or who has been exposed to COVID-19?

Yes _____ No _____ If yes, please explain.

_____

_____

_____

14. Do you presently have any of the following symptoms?

_____ fever or chills

_____ cough

_____ shortness of breath or difficulty breathing

_____ extreme fatigue

_____ persistent headache

_____ loss of taste or smell

_____ sore throat

_____ congestion or runny nose

_____ nausea or vomiting

_____ diarrhea

15. Do your household members, or anyone with whom you have regular personal contact, currently have any of the above symptoms?

Yes _____ No _____ If yes, please explain.

_____

_____

_____

_____

16. Have you been vaccinated for COVID-19?

Yes \_\_\_ No \_\_\_ If yes, please state the brand name of the vaccine you received, and the date when you got it (list both dates for vaccines that require two shots):

_____

_____

_____

_____

17. If called to serve as a juror, how will you commute to the courthouse?

\_\_\_\_\_ public transportation

\_\_\_\_\_ personal vehicle

\_\_\_\_\_ car share

\_\_\_\_\_ other (please describe: _____)

18. Would you be able and willing to drive to the courthouse if your parking fees were paid for by the Court?

\_\_\_\_\_Yes \_\_\_\_\_No

19. If called to serve as a juror, how concerned would you be about getting sick with COVID-19?

\_\_\_\_\_ Not at all

\_\_\_\_\_ Somewhat

\_\_\_\_\_ Concerned

\_\_\_\_\_ Very concerned

20. If called to serve as a juror, how comfortable are you being in a room with 20-30 people seated at least six feet apart and wearing masks?

_____ Very comfortable

_____ Somewhat comfortable

_____ Not comfortable

21. How often do you wear a mask outside your residence?

_____ Never

_____ Rarely

_____ Sometimes

_____ Often

_____ Always

22. Are you currently the primary care provider for a child, a person over the age of 65, or an individual with special care needs for whom you would be unable to make alternative care arrangements for 3 – 4 weeks during the hours of 8:00 a.m. to 3:00 p.m.?

Yes _____ No _____ If yes, please explain.

_____

_____

_____

_____

_____

23. What is your current employment status?

____ Working full-time

____ Unemployed and looking for work

____ Unemployed and not looking for work

____ Working part-time

____ Homemaker

____ Retired

____ Full-time student

____ Unable to work due to physical or mental health condition

24. Your employment:

**[If you are currently not employed, please describe your most recent prior employment]**

a. What is (was) your occupation? _____

b. Name of employer: _____

c. How long there: _____

d. Job title and duties: _____

_____

e. If you have not been at your current job for at least 5 years, please describe what you did prior:

_____

_____

25. What is the highest level of education you completed? _____

**The next two questions concern your present spouse or partner. If you are widowed, divorced or separated, please answer for your former spouse/partner.**

26. Spouse/partner current employment status:

____ Working full-time

____ Unemployed and looking for work

____ Unemployed and not looking for work

____ Working part-time

____ Homemaker

____ Retired

____ Full-time student

____ Unable to work due to physical or mental health condition

a. Spouse/partner's occupation: _____

b. Name of employer: _____

c. How long there: _____

d. Job title and duties: _____

e. If unemployed, for how long: _____

27. If you have children, please state:

Sex(es): _____

Age(s): _____

Highest Education Level(s): _____

Occupation(s): _____

If unemployed, for how long: _____

28. Have you, your current spouse/partner, or your child ever served in the military?

Yes ____ No ____

If yes, please identify who, military branch, and years of service:

_____
_____
_____
_____
_____

29. Have you or anyone close to you ever been employed by a law enforcement agency?

Yes \_\_\_\_ No \_\_\_\_

If yes, please identify who, name of agency, job duties, and employment dates:

_____

_____

_____

_____

30. Have you previously served as a juror?

Yes \_\_\_\_No\_\_\_\_\_

If yes, please state:

Civil or criminal trial: _____

When: _____

Name of court: _____

Did you reach a verdict? Yes \_\_\_\_No\_\_\_\_\_

31. Is there any reason that your prior jury service would affect your ability to be fair, objective and impartial to both sides at trial?

Yes \_\_\_\_ No \_\_\_\_

If yes, please explain:

_____

_____

_____

_____

9

JOINT PROPOSED JURY SCREENING QUESTIONNAIRE
CASE NO. 3:21-CR-00155-JD

32. Do you have any strong positive or negative views about crimes involving alleged tax evasion?

Yes _____ No _____

If yes, please explain:

_____

_____

_____

33. Have you or anyone close to you ever been employed by the Internal Revenue Service?

If yes, please identify who, job duties, and employment dates: _____

_____

34. Have you or anyone close to you received any education or training in criminal law, including any job-related training?

Yes _____ No _____

If yes, please identify who and the nature of the education or training:

_____

_____

_____

35. Have you or anyone close to you ever been the victim of a crime?

Yes _____ No _____

If yes, please identify who, the crime involved, and where and when it occurred:

_____

_____

_____

36. Have you or anyone close to you ever been a plaintiff, defendant, victim, witness, or expert witness in a court proceeding?

Yes ____ No ____

If yes, please identify who, the type of court proceeding, the role (e.g., witness, plaintiff, etc.), the date, and the name of the court:

_____

_____

_____

_____

37. Have you or anyone close to you ever had occasion to contact the United States Attorney's Office, the District Attorney's Office, or the California's Office of the Attorney General?

Yes ____ No ____

If yes, please state which office, when and why:

_____

_____

38. Have you ever volunteered for or offered to volunteer for any law enforcement agency or prosecutor's office?

Yes ____ No_____

If yes, please state which office, when and why:

_____

_____

39. This case involves law enforcement officers with the Internal Revenue Services (IRS). You may hear testimony from officers or employees of the IRS. The prosecutors are in the United States Attorney's Office for the Northern District of California (USAO) and the United States Department of Justice ("DOJ").

Do you have any strong positive or negative views about the IRS, DOJ, or USAO?

Yes ____ No ____

If yes, please explain:

_____

_____

_____

40. Have you or anyone close to you ever been arrested for or charged with a crime?

Yes ____ No ____

If yes, please identify who, the type of crime involved, and how the arrest or charge was resolved (e.g., dismissed, plea bargain, conviction, etc.):

_____

_____

_____

41. Have you heard or read anything about this case?

Yes _____ No _____

If yes, please explain:

_____

_____

42. The Court estimates that the trial in this case will last approximately 3-4 weeks, followed by jury deliberation. Do you have any specific problems of a serious nature that might prevent you from serving as a juror in this case?

Yes _____ No _____

If yes, please explain:

_____

_____

_____

_____

43. Do you know or have you had any contact (personal, business, or social) with, or read or heard anything about:

_____ The Hon. James Donato, the judge in this case, or any member of his chambers

_____ The United States Attorney for the Northern District of California

_____ Boris Bourget, Corey Smith, and Michael Pitman, the prosecutors

_____ Anyone else who works in the United States Attorney's Office

_____ Defendant Carlos Kepke or his family

_____ David Callaway, Grant Fondo, Richard Strassberg, and , Sylvia Ewald the defense attorneys

If yes, please list whom you know or have had contact with, and how you know that person:

_____

_____

_____

44. The Court will require social distancing, use of personal protective equipment, and other procedures to minimize potential exposure to COVID-19 in the courtroom. Even with these precautions, do you have **ANY** concerns related to COVID-19 that would affect your ability to pay attention and fully concentrate on the evidence in this case?

Yes _____ No _____

If yes, please explain:

_____

_____

_____

_____

_____

45. **If you answered Yes to Question 43,** do you feel you can set aside your concerns about COVID-19 and focus your attention on listening to the evidence and deliberating with other jurors?

Yes _____ No _____

46. Are you willing and able to follow all of the Court's procedures to minimize potential exposure to COVID-19?

Yes _____ No _____

47. Is there any issue or concern not covered by this questionnaire that you believe might affect your ability to be a fair and impartial juror?

Yes \_\_\_\_ No \_\_\_\_

If yes, please explain:

_____

_____

_____

_____

48. What newspapers, internet news websites, or blogs do you read? How often do you read them? What sections of these sources do you like best? _____

_____

_____

49. Is there anything you'd like the judge in this case to know that might impact your ability to be fair and impartial?

If yes, please explain: _____

**JUROR'S OATH**

I declare under penalty of perjury of the laws of the United States that the answers I stated above are true and correct to the best of my knowledge and belief. I have not discussed my answers with others, or received assistance in completing this questionnaire.

Signature: _____

Print Name: _____

Date:

Dated: November 10, 2022

Respectfully submitted,

By: /s/ Grant P. Fondo
    GRANT P. FONDO (SBN 181530)
    *GFondo@goodwinlaw.com*
    RICHARD M. STRASSBERG (*pro hac vice*)
    *RStrassberg@goodwinlaw.com*
    DAVID R. CALLAWAY (SBN 121782)
    *DCallaway@goodwinlaw.com*
    SYLVIA R. EWALD (SBN 300267)
    *SEwald@goodwinlaw.com*
    **GOODWIN PROCTER LLP**

Attorneys for Defendant:
CARLOS E. KEPKE