GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
DAVID R. CALLAWAY (SBN 121782)
*DCallaway@goodwinlaw.com*
**GOODWIN PROCTER** LLP
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

RICHARD M. STRASSBERG (*pro hac vice*)
*RStrassberg@goodwinlaw.com*
**GOODWIN PROCTER** LLP
620 Eighth Avenue
New York, NY 10018
Tel: +1 212 813 8800
Fax: +1 212 355 3333

SYLVIA R. EWALD (SBN 300267)
*SEwald@goodwinlaw.com*
**GOODWIN PROCTER** LLP
520 Broadway, Suite 500
Santa Monica, CA  90401
Tel: +1 424 436 3051
Fax: +1 213 947 1746

Attorneys for Defendant:
CARLOS E. KEPKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>CARLOS E. KEPKE,<br><br>                Defendant. | Case No. 3:21-CR-00155-JD<br><br>**DECLARATION OF GRANT P. FONDO IN SUPPORT OF CARLOS KEPKE'S OPPOSITION TO GOVERNMENT'S SUPPLEMENTAL MOTION TO ADMIT EVIDENCE OF UNDERCOVER CONTACTS**<br><br>Date:          November 21, 2022<br>Time:         1:30 p.m.<br>Courtroom: 11, 19th Floor<br>Judge:        Hon. James Donato |

1

**DECLARATION OF GRANT P. FONDO**

2

I, Grant P. Fondo, declare as follows:

3

1.      I am a partner with the law firm Goodwin Procter LLP and a member of good

4

standing of the bar of this Court. I represent Defendant Carlos E. Kepke ("Mr. Kepke") in the

5

above-captioned matter. I submit this Declaration in support of Mr. Kepke's Opposition to

6

Government's Supplemental Motion to Admit Evidence of Undercover Contacts. Unless stated

7

otherwise, this declaration is based on my personal knowledge, and if called as a witness I could

8

and would testify as follows:

9

2.      Attached hereto as **Exhibit A** is a true and correct copy of an email from Michael

10

G. Pitman to Grant P. Fondo, et al., dated October 28, 2022.

11

3.      The parties met and conferred on November 3, 2022. During that meeting, the

12

defense again raised concerns about the undercover evidence and the government acknowledged

13

that its set of excerpts was overly broad and that it would be narrowing the set down.

14

I declare under penalty of perjury under the laws of the United States of America that the

15

foregoing is true and correct. Executed on November 14, 2022 in Los Altos, California.

16

17

Dated: November 14, 2022                              GOODWIN PROCTER LLP

18

19

By: */s/ Grant P. Fondo*

GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*

20

**GOODWIN PROCTER** LLP

21

Attorneys for Defendant:

22

CARLOS E. KEPKE

23

24

25

26

27

28

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **November 14, 2022**. I further certify that all participants in the case are registered CM/ ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **November 14, 2022** in Los Altos, California.

_____ */s/ Grant P. Fondo* _____
GRANT P. FONDO

DECLARATION OF GRANT P. FONDO                              CASE NO. 3:21-CR-00155-JD

# EXHIBIT A

| | |
|---|---|
| **From:** | Pitman, Michael (USACAN) |
| **To:** | Kim, Nicole; Smith, Corey (TAX); Bourget, Boris (TAX) |
| **Cc:** | Strassberg, Richard M; Fondo, Grant P; Callaway, David R.; Ewald, Sylvia |
| **Subject:** | U.S. v. Kepke 3:21 cr 155 JD |
| **Date:** | Friday, October 28, 2022 12:01:02 PM |

***EXTERNAL***

Hello Goodwin:

The Court's Order dated 10/20/22 instructed the US to identify the specific undercover evidence it expects to introduce at trial.  That evidence is as follows:

December 4, 2017 (IRS-2018-0000341):
12/4/17, 20:6 – 29:6
12/4/17, 45:18 – 48:17
12/4/7, 53:19 – 56:14
12/4/7, 59:4 – 62:7

January 22, 2018 (IRS-KEPKE-2018-0000265):
1/22/18, 8:17 – 13:21
1/22/18, 18:3 – 23:16
1/22/18, 38:1 – 42:10

February 7, 2018 (IRS-Kepke-2018-0000696):
2/7/18, 6:18 – 7:12
2/7/18, 19:21 – 21:18
2/7/18, 24:20 – 27:8
2/7/18, 30:8 – 40:4
2/7/18, 41:17 – 43:17
2/7/18, 47:12 – 49:21
2/7/18, 56:12 – 58:4
2/7/18, 104:21 – 105:17
2/7/18, 107:1 – 108:7
2/7/18, 116:19 – 117:19
2/7/18, 156:13 – 156:22
2/7/18, 165:19 – 166:19

February 22, 2018 (IRS-KEPKE-2018-0001057):
2/22/18, 21:10 – 23:21
2/22/18, 31:10 – 33:13
2/22/18, 37:1 – 39:6
2/22/18, 47:19 – 49:13

August 17, 2018 (IRS-2018-0000523):
8/17/18, 2:9 – 8:5
8/17/18, 15:3 – 16:2
8/17/18, 17:2 – 17:22

8/17/18, 27:8 – 28:15

I expect you may continue to assert the objections you have already raised with respect to this evidence, but, given the Court's ruling that certain aspects of this evidence will be permitted, I would appreciate it if you would review these proposed designations and let me know if you are willing to stipulate to any/all of it, if you have any objections in addition to those you have already raised to any/all of it (including whether you believe any of the evidence goes beyond what is contemplated by the Order dated 10/20/22), or if you would like to propose any counter-designations.

Thanks,

Mike