# EXHIBIT A

FILED CONDITIONALLY UNDER SEAL