# EXHIBIT B

FILED CONDITIONALLY UNDER SEAL