# EXHIBIT C

FILED CONDITIONALLY UNDER SEAL