# EXHIBIT D

| PRILIVEGE LOG FOR PRESENTATION SLIDES DATED 11/28/2016 ||
|---|---|
| Page | Basis |
| 2 | Non-factual, attorney argument |
| 3 | Non-factual, reflects prior plea negoations |
| 4 | Non-factual, reflects prior plea negoations |
| 5 | Non-factual, attorney argument |
| 6 | Non-factual, attorney argument |
| 7 | Non-factual, attorney argument |
| 9 | DOJ annotations (original text reproduced) |
| 11 | DOJ annotations (original text reproduced) |
| 11 | Non-factual, legal analysis |
| 12 | DOJ annotations (original text reproduced) |
| 13 | DOJ annotations (original text reproduced) |
| 14 | DOJ annotations (original text reproduced) |
| 15 | DOJ annotations (original text reproduced) |
| 16 | DOJ annotations (original text reproduced) |
| 18 | DOJ annotations (original text reproduced) |
| 19 | Non-factual, attorney argument |
| 20 | DOJ annotations (original text reproduced) |
| 21 | DOJ annotations (original text reproduced) |
| 22 | Non-factual, attorney argument |
| 23 | Non-factual, reflects prior plea negoations |
| 23 | DOJ annotations (original text reproduced) |
| 24 | DOJ annotations |
| 25 | DOJ annotations (original text reproduced) |
| 30 | DOJ annotations (original text reproduced) |
| 31 | Non-factual, attorney argument |
| 32 | Non-factual, reflects prior plea negoations |
| 33 | DOJ annotations (original text reproduced) |
| 33 | Non-factual, attorney argument |
| 34 | DOJ annotations (original text reproduced) |
| 37 | DOJ annotations |
| 37 | Non-factual, attorney argument |
| 38 | DOJ annotations (original text reproduced) |
| 40 | DOJ annotations (original text reproduced) |
| 41 | Non-facutal, attorney argument |
| 42 | Non-factual, reflects prior plea negoations |
| 43 | DOJ annotations (original text reproduced) |
| 45 | DOJ annotations (original text reproduced) |
| 46 | DOJ annotations (original text reproduced) |
| 47 | DOJ annotations (original text reproduced) |
| 48 | DOJ annotations (original text reproduced) |
| 49 | DOJ annotations (original text reproduced) |
| 50 | Non-factual, attorney argument |
| 51 | Non-factual, attorney argument |

| PRIVILEGE LOG FOR PRESENTATION SLIDES DATED 11/28/2016 ||
|---|---|
| **Page** | **Basis** |
| 52 | Non-factual, attorney argument |
| 54 | Non-factual, attorney argument |
| 54 | DOJ annotations (original text reproduced) |
| 59 | Non-factual, attorney argument |
| 60 | DOJ annotations (original text reproduced) |
| 64 | Non-factual, attorney argument |
| 65 | DOJ annotations (original text reproduced) |
| 66 | Non-factual, attorney argument |
| 67 | Non-factual, attorney argument |
| 68 | Non-factual, attorney argument |
| 69 | Non-factual, attorney argument |
| 71 | Non-factual, attorney argument |
|  |  |

| PRIVILEGE LOG FOR PRESENTATION SLIDES DATED 1/14/2019 | |
|---|---|
| Page | Basis |
| 2 | Non-factual, reflects prior plea negotiations |
| 3 | Non-factual, attorney argument |
| 4 | Non-factual, attorney argument |
| 5 | Non-factual, attorney argument |
| 10 | Non-factual, attorney argument |
| 11 | Non-factual, attorney argument |
| 12 | Non-factual, attorney argument |
| 13 | Non-factual, attorney argument |
| 14 | Non-factual, attorney argument |
| 15 | Non-factual, attorney argument |
| 18 | Non-factual, attorney argument |
| 19 | Non-factual, reflects prior plea negotiations |
| 19 | Non-factual, attorney argument |
| 20 | Non-factual, reflects prior plea negotiations |
| 21 | Non-factual, attorney argument |
| 22 | Non-factual, attorney argument |
| 23 | Non-factual, attorney argument |
| 24 | Non-factual, reflects prior plea negotiations |
| 24 | Non-factual, attorney argument |
| 26 | Non-factual, attorney argument |
| 27 | Non-factual, reflects prior plea negotiations |
| 28 | Non-factual, attorney argument |
| 29 | Non-factual, attorney argument |
| 30 | Non-factual, attorney argument |
| 33 | Non-factual, attorney argument |
| 34 | Non-factual, attorney argument |
| 37 | Non-factual, attorney argument |
| 38 | Non-factual, attorney argument |
| 39 | Non-factual, attorney argument |
| 40 | Non-factual, attorney argument |
| 41 | Non-factual, attorney argument |
| 42 | Non-factual, attorney argument |
| 43 | Non-factual, attorney argument |
| 44 | Non-factual, attorney argument |
| 45 | Non-factual, attorney argument |
| 46 | Non-factual, attorney argument |
| 47 | Non-factual, attorney argument |
| 48 | Non-factual, attorney argument |
| 49 | Non-factual, attorney argument |
| 50 | Non-factual, attorney argument |
| 51 | Non-factual, attorney argument |
| 52 | Non-factual, attorney argument |
| 53 | Non-factual, attorney argument |

| PRIVILEGE LOG FOR PRESENTATION SLIDES DATED 1/14/2019 | |
|---|---|
| Page | Basis |
| 56 | Non-factual, attorney argument |
| 57 | Non-factual, attorney argument |
| 58 | Non-factual, attorney argument |
| 59 | Non-factual, attorney argument |
| 60 | Non-factual, attorney argument |
| 61 | Non-factual, attorney argument |
| 62 | Non-factual, attorney argument |
| 63 | Non-factual, attorney argument |
| 64 | Non-factual, attorney argument |
| 65 | Non-factual, attorney argument |
| 66 | Non-factual, attorney argument |
| 67 | Non-factual, attorney argument |
| 68 | Non-factual, attorney argument |
| 69 | Non-factual, attorney argument |
| 72 | Non-factual, attorney argument |
| 73 | Non-factual, attorney argument |
| 74 | Non-factual, attorney argument |
| 75 | Non-factual, attorney argument |
| 132 | Non-factual, attorney argument |
| 139 | Non-factual, attorney argument |

| PRIVILEGE LOG FOR SEPT. 23, 2019 LETTER TO DOJ TAX DIVISION ||
| Page | Basis |
|---|---|
| 2 | Non-factual, attorney argument |
| 3 | Non-factual, attorney argument |
| 3 | Non-factual, characterization of evidence |
| 4 | Non-factual, attorney argument |
| 5 | Non-factual, attorney argument |
| 6 | Non-factual, attorney argument |
| 7 | Non-factual, attorney argument |
| 8 | Non-factual, attorney argument |
| 9 | Non-factual, attorney argument |
| 11 | Non-factual, attorney argument |
| 12 | Non-factual, attorney argument |
| 13 | Non-factual, attorney argument |
| 14 | Non-factual, attorney argument |
| 15 | Non-factual, attorney argument |
| 16 | Non-factual, attorney argument |
| 17 | Non-factual, attorney argument |
| 18 | Non-factual, attorney argument |
| 19 | Non-factual, attorney argument |
| 20 | Non-factual, attorney argument |
| 21 | Non-factual, attorney argument |
| 22 | Non-factual, attorney argument |
| 23 | Non-factual, attorney argument |
| 24 | Non-factual, attorney argument |
| 25 | Non-factual, attorney argument |
| 26 | Non-factual, attorney argument |
| 27 | Non-factual, attorney argument |
| 28 | Non-factual, attorney argument |
| 29 | Non-factual, attorney argument |
| 30 | Non-factual, attorney argument |
| 31 | Non-factual, attorney argument |
| 32 | Non-factual, attorney argument |
| 33 | Non-factual, attorney argument |
| 34 | Non-factual, attorney argument |
| 35 | Non-factual, attorney argument |
| 36 | Non-factual, attorney argument |
|  |  |