GRANT P. FONDO (SBN 181530)
GFondo@goodwinlaw.com
DAVID R. CALLAWAY (SBN 121782)
DCallaway@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

RICHARD M. STRASSBERG (*pro hac vice*)
RStrassberg@goodwinlaw.com
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
Tel.: +1 212 813 8800
Fax: +1 212 355 3333

SYLVIA R. EWALD (SBN 300267)
SEwald@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel: +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for Defendant:
CARLOS E. KEPKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS E. KEPKE,<br><br>Defendant. | Case No. 3:21-CR-00155-JD<br><br>**PROOF OF SERVICE**<br><br>Courtroom: 11<br>Judge:   Hon. James Donato |

# PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is: Three Embarcadero Center, San Francisco, California 94114.

On **November 14, 2022**, I caused the following document(s) to be served on the person(s) below as follows:

**ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF CARLOS KEPKE'S OPPOSITION TO GOVERNMENT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF COMPROMISE NEGOTIATIONS;**

**DECLARATION OF GRANT P. FONDO IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF CARLOS KEPKE'S OPPOSITION TO GOVERNMENT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF COMPROMISE NEGOTIATIONS;**

**[PROPOSED] ORDER GRANTING CARLOS KEPKE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF CARLOS KEPKE'S OPPOSITION TO GOVERNMENT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF COMPROMISE NEGOTIATIONS;**

**UNREDACTED VERSIONS OF EXHIBITS A – C to DECLARATION OF GRANT P. FONDO IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF CARLOS KEPKE'S OPPOSITION TO GOVERNMENT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF COMPROMISE NEGOTIATIONS**

| | |
|---|---|
| Christopher Magnani<br>U.S. Department of Justice<br>Tax Division<br>Western Criminal Enforcement Section<br>Ben Franklin Station<br>PO Box 972<br>Washington, DC 20044<br>202-307-6408<br>Email: christopher.magnani@usdoj.gov | Attorneys for Plaintiff<br>*United States of America* |

Michael G. Pitman
United States Attorney's Office
150 Almaden Blvd., Suite 900
San Jose, CA 95113
(408) 535-5040
Fax: (408) 535-5066
Email: michael.pitman@usdoj.gov

Boris Bourget
DOJ-Tax
Tax Division
150 M Street NE
Ste 2.603
Washington, DC 20002
202-307-2182

Email: boris.bourget@usdoj.gov

Corey J Smith
Department of Justice
Tax Division
150 M Street NW
Room 2.208
Washington, DC 20004
202-514-5230
Email: corey.smith@usdoj.gov

☑ (E-MAIL or ELECTRONIC TRANSMISSION)  By electronic service on **November 14, 2022**.  Based on a court order or an agreement of the parties to accept electronic service, I caused the document(s) to be sent to the person(s) at the electronic service address(es) listed above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **November 15, 2022,** at San Jose, California.

_____
Gareth J. Oania
(Type or print name)

_____
(Signature)

PROOF OF SERVICE                                    CASE NO. 3:21-CR-00155-JD

3