1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  MICHAEL G. PITMAN (DCBN 484164)
   Assistant United States Attorney
5  150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
6  Telephone:    (408) 535-5040
   Facsimile:    (408) 535-5081
7  Email: michael.pitman@usdoj.gov

8  COREY J. SMITH (MABN 553615)
   Senior Litigation Counsel
9  United States Department of Justice
   Telephone:    (202)514-5230
10 Email: corey.smith@usdoj.gov

11 Attorneys for United States of America

12                          UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

14                               SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Criminal No. 3:21-CR-00155-JD |
|---|---|
| Plaintiff, | PARTIES' FIRST STIPULATION FOR TRIAL REGARDING FILED FEDERAL INCOME TAX RETURNS |
| v. | |
| CARLOS E. KEPKE, | |
| Defendant. | |

The United States of America and Defendant Carlos E. Kepke, by and through undersigned counsel, hereby stipulate for purposes of trial as follows:

1.  Each of the Trial Exhibits identified in Table I, below, are admissible into evidence, and the parties have no objection to the admission of these exhibits into evidence at trial;

2.  The federal income tax returns listed in Table I below were filed with the Department of the Treasury, Internal Revenue Service, constitute public records pursuant to Federal Rules of Evidence 803(8), and were processed by the Internal Revenue Service pursuant to applicable statutes and regulations; and

PARTIES' STIPULATION REGARDING                 1
FILED FEDERAL INCOME TAX RETURNS
Case No.: 3:21-CR-00155-JD

3.     The photocopies of any Trial Exhibit addressed in this Stipulation may be admissible and may be presented as evidence pursuant to Fed. R. Evid. 1003.

**TABLE I**

| Exhibit Number | Description | Bates Stamp Number |
|---|---|---|
| 356 | Certified Copy of Robert Smith Joint Federal Income Tax Returns Form 1040 for tax year 2008 | IRS_Tax_Returns_RS001074 |
| 357 | Certified Copy of Robert Smith Joint Federal Income Tax Returns Form 1040 for tax year 2009 | IRS_Tax_Returns_RS001098 |
| 358 | Certified Copy of Robert Smith Joint Federal Income Tax Returns Form 1040 for tax year 2010 | IRS_Tax_Returns_RS001128 |
| 359 | Certified Copy of Robert Smith Joint Federal Income Tax Returns Form 1040 for tax year 2011 | IRS_Tax_Returns_RS001159 |
| 360 | Certified Copy of Robert Smith Joint Federal Income Tax Returns Form 1040 for tax year 2012 | IRS-027733 |
| 361 | Certified Copy of Robert Smith Joint Federal Income Tax Returns Form 1040 for tax year 2013 | IRS_Tax_Returns_RS001191 |
| 362 | Certified Copy of Robert Smith Joint Federal Income Tax Returns Form 1040 for tax year 2014 | IRS_Tax_Returns_RS000188 |
| 363 | Copy of Robert Smith Amended Joint Federal Income Tax Returns Form 1040X for tax year 2010 | IRS_Tax_Returns_RS_001303 |
| 364 | Copy of Robert Smith Amended Joint Federal Income Tax Returns Form 1040X for tax year 2011 | IRS_Tax_Returns_RS_001629 |
| 365 | Copy of Robert Smith Amended Joint Federal Income Tax Returns Form 1040X for tax year 2012 | IRS_Tax_Returns_RS_002051 |
| 366 | Copy of Robert Smith Amended Joint Federal Income Tax Returns Form 1040X for tax year 2013 | IRS_Tax_Returns_RS_003041 |
| 367 | Copy of Robert Smith Amended Joint Federal Income Tax Returns Form 1040X for tax year 2015 | IRS_Tax_Returns_RS_003971 |
| 368 | Copy of Vista Equity Partners Fund IV GP LLC Form 1065 for Tax Year 2011 | DTAX 0002151 |
| 369 | Copy of Vista Equity Partners Fund IV GP LLC Form 1065 for Tax Year 2012 | DTAX 0006901 |
| 370 | Copy of Vista Equity Partners Fund IV GP LLC Form 1065 for Tax Year 2013 | DTAX 0014070 |
| 371 | Copy of Vista Equity Partners Fund IV GP LLC Form 1065 for Tax Year 2014 | DTAX 0022803 |
| 372 | Copy of VEPF IV GP (Cayman), L.P. Form 1065 for the tax year 2012 | DTAX 0006746 |
| 373 | Copy of VEPF IV GP (Cayman), L.P. Form 1065 for the tax year 2013 | DTAX 0012994 |
| 374 | Copy of VEPF IV GP (Cayman), L.P. Form 1065 for the tax year 2014 | DTAX 0020316 |
| 375 | Copy of Vista Equity Partners Fund III Equity LLC Form 1065 for the tax year 2007 | IRS_2019-051079 |
| 376 | Copy of Vista Equity Partners Fund III Equity LLC Form 1065 for the tax year 2008 | IRS_2019-051112 |
| 377 | Copy of Vista Equity Partners Fund III Equity LLC Form 1065 for the tax year 2009 | IRS_2019-051168 |
| 378 | Copy of Vista Equity Partners Fund III Equity LLC Form 1065 for the tax year 2010 | IRS_2019-051248 |

| | | |
|---|---|---|
| 379 | Copy of Vista Equity Partners Fund III Equity LLC Form 1065 for the tax year 2011 | DTAX 0000245 |
| 380 | Copy of Vista Equity Partners Fund III Equity LLC Form 1065 for the tax year 2012 | DTAX 0002964 |
| 381 | Copy of Vista Equity Partners Fund III Equity LLC Form 1065 for the tax year 2013 | DTAX 0010143 |
| 382 | Copy of Vista Equity Partners Fund III Equity LLC Form 1065 for the tax year 2014 | DTAX 0016228 |
| 383 | Copy of Vista Equity Partners Fund III GP, LLC Form 1065 for Tax Year 2007 | IRS_2019-051923 |
| 384 | Copy of Vista Equity Partners Fund III GP, LLC Form 1065 for Tax Year 2008 | IRS_2019-051972 |
| 385 | Copy of Vista Equity Partners Fund III GP, LLC Form 1065 for Tax Year 2009 | IRS_2019-052111 & Mah.08-2016-0002042 |
| 386 | Copy of Vista Equity Partners Fund III GP, LLC Form 1065 for Tax Year 2010 | IRS_2019-052234 |
| 387 | Copy of Vista Equity Partners Fund III GP, LLC Form 1065 for Tax Year 2011 | DTAX 0001443 |
| 388 | Copy of Vista Equity Partners Fund III GP, LLC Form 1065 for Tax Year 2012 | DTAX 0004474 |
| 389 | Copy of Vista Equity Partners Fund III GP, LLC Form 1065 for Tax Year 2013 | DTAX 0010541 |
| 390 | Copy of Vista Equity Partners Fund III GP, LLC Form 1065 for Tax Year 20014 | DTAX 0016638 |
| 391 | Copy of Vista Foundation Fund I Equity, LLC Form 1065 for Tax Year 2009 | IRS_2019-066959 & Mah.08-2016-0002043 |
| 392 | Copy of Vista Foundation Fund I Equity, LLC Form 1065 for Tax Year 2010 | IRS_2019-067018 & Mah.08-2016-0002050 |
| 393 | Copy of Vista Foundation Fund I Equity, LLC Form 1065 for Tax Year 2011 | DTAX 0001872 |
| 394 | Copy of Vista Foundation Fund I Equity, LLC Form 1065 for Tax Year 2012 | DTAX 0007026 |
| 395 | Copy of Vista Foundation Fund I Equity, LLC Form 1065 for Tax Year 2013 | DTAX 0013082 |
| 396 | Copy of Vista Foundation Fund I Equity, LLC Form 1065 for Tax Year 2014 | DTAX 0021603 |
| 397 | Copy of Vista Foundation Fund I GP, LLC Form 1065 for Tax Year 2009 | IRS_2019-067487 |
| 398 | Copy of Vista Foundation Fund I GP, LLC Form 1065 for Tax Year 2010 | IRS_2019-067618 & Mah.08-2016-0002051 |
| 399 | Copy of Vista Foundation Fund I GP, LLC Form 1065 for Tax Year 2011 | DTAX 0002432 |
| 400 | Copy of Vista Foundation Fund I GP, LLC Form 1065 for Tax Year 2012 | DTAX 0008692 |
| 401 | Copy of Vista Foundation Fund I GP, LLC Form 1065 for Tax Year 2013 | IRS_2019-068002 & Mah.08-2016-0002088 |
| 402 | Copy of Vista Foundation Fund I GP, LLC Form 1065 for Tax Year 2014 | DTAX 0021766 |
| 403 | Copy of Vista Equity Partners Fund IV Equity, Form 1065 for the Tax Year 2011 | DTAX 0001619 |
| 404 | Copy of Vista Equity Partners Fund IV Equity, Form 1065 for the Tax Year 2012 | DTAX 0006196 |
| 405 | Copy of Vista Equity Partners Fund IV Equity, Form 1065 for the Tax Year 2013 | DTAX 0013907 |
| 406 | Copy of Vista Equity Partners Fund IV Equity, Form 1065 for the Tax Year 2014 | DTAX 0022636 |

Seen and Agreed:

Date: __11/17/2022_____

STEPHANIE M. HINDS
United States Attorney

*s/ Corey J. Smith*
COREY J. SMITH
Senior Litigation Counsel
MICHAEL G. PITMAN
Assistant United States Attorney

Attorneys for United States of America

Date: __11/16/22_____

/s/ Grant P. Fondo
GRANT P. FONDO (SBN181530)
GFondo@goodwinlaw.com
GOODWIN PROCTER LLP
Attorneys for Defendant
CARLOS E. KEPKE