GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
DAVID R. CALLAWAY (SBN 121782)
*DCallaway@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

RICHARD M. STRASSBERG (*pro hac vice*)
*RStrassberg@goodwinlaw.com*
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
Tel: +1 212 813 8800
Fax: +1 212 355 3333

SYLVIA R. EWALD (SBN 300267)
*SEwald@goodwinlaw.com*
**GOODWIN PROCTER LLP**
520 Broadway, Suite 500
Santa Monica, CA  90401
Tel: +1 424 436 3051
Fax: +1 213 947 1746

Attorneys for Defendant:
CARLOS E. KEPKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>     v.<br><br>CARLOS E. KEPKE,<br><br>           Defendant. | Case No. 3:21-CR-00155-JD<br><br>[~~PROPOSED~~] **ORDER REGARDING CARLOS KEPKE'S REQUEST FOR COURTROOM EQUIPMENT FOR TRIAL**<br><br>Judge:         Hon. James Donato<br>Trial Date:  November 28, 2022<br>Time:          9:o0 a.m.<br>Courtroom: 11, 19th Floor |

Defendant Carlos E. Kepke, by and through his counsel, has filed a request seeking permission to bring certain equipment into Courtroom 11 for use at trial in this case (the "Request").

Having considered the Request, the Court orders that the Request is GRANTED. The defense may bring the equipment listed below into Courtroom 11 on Monday, November 21, 2022 and each trial day thereafter:

1. 1 tech table.
2. 1 portable printer, power supply, and cables.
3. Video switchers.
4. Video distribution amps.
5. Video cables & adapters.
6. Audio cables & adapters.
7. Monitors.

**IT IS SO ORDERED.**

Dated: 11/18/2022

Hon. James Donato
UNITED STATES DISTRICT COURT JUDGE

---

1

[PROPOSED] ORDER REGARDING DEFENDANT'S REQUEST FOR COURTROOM EQUIPMENT FOR TRIAL
CASE NO. 3:21-CR-00155-JD