GRANT P. FONDO (SBN 181530)
GFondo@goodwinlaw.com
DAVID R. CALLAWAY (SBN 121782)
DCallaway@goodwinlaw.com
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

RICHARD M. STRASSBERG (*pro hac vice*)
RStrassberg@goodwinlaw.com
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Tel.: +1 212 813 8800
Fax: +1 212 355 3333

SYLVIA R. EWALD (SBN 300267)
SEwald@goodwinlaw.com
GOODWIN PROCTER LLP
520 Broadway, Suite 500
Santa Monica, CA 90401
Tel: +1 424 436 3051
Fax: +1 213 947 1746

Attorneys for Defendant:
CARLOS E. KEPKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS E. KEPKE,<br><br>Defendant. | Case No. 3:21-CR-00155-JD<br><br>**PARTIES' STIPULATION FOR TRIAL REGARDING EXHIBITS**<br><br>Courtroom: 11, 19th Floor<br>Judge:   Hon. James Donato |

Defendant Carlos E. Kepke ("Kepke") and the United States of America, by and through undersigned counsel, hereby stipulate for purposes of trial as follows:

1. Each of the Trial Exhibits identified in Table I, below, were from www.Kepkelaw.com and available on the website from in or around 2007 to in or around 2017.

2. While the parties reserve the right to raise other objections as to the admissibility of these exhibits at trial, each of the Trial Exhibits identified in Table I is authentic.

**Table 1**

| Ex. | Exhibit Date | Description | Bates Range |
|---|---|---|---|
| | | Welcome to Kepkelaw.com | CTRL000088865 |
| | | Kepkelaw.com – Offshore Trust Planning | CTRL000088866 - CTRL000088872 |
| | | Kepkelaw.com – Use of Offshore Structures | CTRL000088873 - CTRL000088877 |
| | | Kepkelaw.com – About Kepke Law | CTRL000088879 |

Dated: November 14, 2022

Respectfully submitted,

By: /s/ Grant P. Fondo
GRANT P. FONDO (SBN 181530)
GFondo@goodwinlaw.com
RICHARD M. STRASSBERG (*pro hac vice*)
RStrassberg@goodwinlaw.com
DAVID R. CALLAWAY (SBN 121782)
DCallaway@goodwinlaw.com
SYLVIA R. EWALD (SBN 300267)
SEwald@goodwinlaw.com
**GOODWIN PROCTER** LLP

Attorneys for Defendant:
CARLOS E. KEPKE

Dated: November 18, 2022

> STEPHANIE M. HINDS
> United States Attorney
>
> /s/ Corey J. Smith
> COREY J. SMITH
> Senior Litigation Counsel
> MICHAEL G. PITMAN
> Assistant United States Attorney
>
> Attorneys for United States of America