UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minutes

Date: November 21, 2022            Judge: Hon. James Donato

Court Reporter: Debra Pas
Time: 2 Hours & 22 Minutes
Case No.     **3:21-cr-00155-JD-1**
Case Name     **USA v. Carlos E. Kepke**

Attorneys for Government:     Michael G. Pitman, Corey J. Smith, and Boris Bourget
Attorneys for Defendant:     Grant P. Fondo, David R. Callaway, Richard M. Strassberg, and Sylvia R. Ewald

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Pretrial Conference -- Held.

## NOTES AND ORDERS

Kepke is directed to file by 3:00 p.m. on November 22, 2022, a response to the government's second motion in limine to exclude the testimony of defense expert witness Rodney Read, Dkt. No. 161.

A pretrial order will be issued.