1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  MICHAEL G. PITMAN (DCBN 484164)
   Assistant United States Attorney
5  150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
6  Telephone:    (408) 535-5040
   Facsimile:    (408) 535-5081
7  Email: michael.pitman@usdoj.gov

8  COREY J. SMITH (MABN 553615)
   Senior Litigation Counsel
9  United States Department of Justice
   Telephone:    (202)514-5230
10 Email: corey.smith@usdoj.gov

11 Attorneys for United States of America

12                           UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14                                SAN FRANCISCO DIVISION

15 | UNITED STATES OF AMERICA, | Criminal No. 3:21-CR-00155-JD
16 | Plaintiff, | UNITED STATES' MOTION FOR SEQUESTRATION ORDER
17 | v. |
18 | CARLOS E. KEPKE, |
19 | Defendant. |

21      The United States of America respectfully moves the Court for a sequestration order excluding

22 all witnesses from the trial, except when testifying, with one exception, and states as follows in support:

23      As a general rule witnesses are excluded from trial, except when testifying, so that they cannot

24 hear other witnesses' testimony. *See* Fed. R. Evid. 615. Rule 615(a)-(d) notes several exceptions to this

25 general rule, one of which applies to an individual the United States may call as witnesses at trial. Bruce

26 Dubinsky, who may testify as an expert witness as set forth in the Notice filed on June 3, 2022 (Doc. #

27 45), should be excluded from any sequestration order pursuant to Rule 615(c). *See United States v.*

28 *Ratfield*, 342 Fed. Appx. 510, 512-13 (11th Cir. 2009) (unpublished); *United States v. Rhynes*, 218 F.3d

1  310, 318 n.8 (4th Cir. 2000); *United States v. Lussier*, 929 F.2d 25, 29 (1st Cir. 1995) (stating that regardless of whether IRS agent was considered a "fact" or "expert" witness, he did not need to be sequestered because his testimony was based on, summarized, and was consistent with the evidence presented at trial); *United States v. Mohney*, 949 F.2d 1397, 1404-05 (6th Cir. 1991).

Accordingly, the United States respectfully requests an order excluding all witnesses from the trial, except when testifying, with the exception of Mr. Dubinsky, who should be excluded from the sequestration order and allowed to observe all portions of the trial.

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

s/ Michael G. Pitman
MICHAEL G. PITMAN
Assistant United States Attorney
COREY J. SMITH
Senior Litigation Counsel

Attorneys for United States of America