GRANT P. FONDO (SBN 181530)
GFondo@goodwinlaw.com
DAVID R. CALLAWAY (SBN 121782)
DCallaway@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

RICHARD M. STRASSBERG (*pro hac vice*)
RStrassberg@goodwinlaw.com
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
Tel.: +1 212 813 8800
Fax: +1 212 355 3333

SYLVIA R. EWALD (SBN 300267)
SEwald@goodwinlaw.com
**GOODWIN PROCTER LLP**
520 Broadway, Suite 500
Santa Monica, CA 90401
Tel: +1 424 436 3051
Fax: +1 213 947 1746

Attorneys for Defendant:
CARLOS E. KEPKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:21-CR-00155-JD |
| Plaintiff, | **ADMINISTRATIVE MOTION TO RELEASE SEALED NOVEMBER 21, 2022 HEARING TRANSCRIPT** |
| v. | Courtroom: 11, 19th Floor |
| CARLOS E. KEPKE, | Judge: Hon. James Donato |
| Defendant. | Filed/Lodged Concurrently with:<br>1. Declaration of Grant P. Fondo ISO Administrative Motion<br>2. [Proposed] Order Granting Administrative Motion |

1    Pursuant to Civil Local Rule 7-11, and the Court's general practices, Defendant Carlos E.
2    Kepke ("Kepke") hereby moves for an order to release the sealed portion of the transcript of the
3    November 21, 2022 hearing to Mr. Kepke and his counsel.  On November 21, 2022, Mr. Kepke
4    received a copy of the redacted transcript; however, Mr. Kepke requires the entire transcript in
5    order to prepare for the Trial on November 28, 2022.
6    This application is based on the information in the Declaration of Grant P. Fondo in
7    support of this motion.

Respectfully submitted,

Dated: November 23, 2022             By: /s/ *Grant P. Fondo*
                                     GRANT P. FONDO (SBN 181530)
                                     GFondo@goodwinlaw.com
                                     RICHARD M. STRASSBERG (*pro hac vice*)
                                     RStrassberg@goodwinlaw.com
                                     DAVID R. CALLAWAY (SBN 121782)
                                     DCallaway@goodwinlaw.com
                                     SYLVIA R. EWALD (SBN 300267)
                                     SEwald@goodwinlaw.com
                                     **GOODWIN PROCTER** LLP

                                     Attorneys for Defendant:
                                     CARLOS E. KEPKE

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **November 23, 2022**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **November 23, 2022**.

/s/ *Grant P. Fondo*
GRANT P. FONDO
RICHARD M. STRASSBERG
DAVID R. CALLAWAY
SYLVIA R. EWALD