1  GRANT P. FONDO (SBN 181530)
   *GFondo@goodwinlaw.com*
2  DAVID R. CALLAWAY (SBN 121782)
   *DCallaway@goodwinlaw.com*
3  **GOODWIN PROCTER LLP**
   601 Marshall Street
4  Redwood City, CA  94063
   Tel: +1 650 752 3100
5  Fax: +1 650 853 1038

6  RICHARD M. STRASSBERG (*pro hac vice*)
   *RStrassberg@goodwinlaw.com*
7  **GOODWIN PROCTER LLP**
   620 Eighth Avenue
8  New York, NY 10018
   Tel.: +1 212 813 8800
9  Fax: +1 212 355 3333

10 SYLVIA R. EWALD (SBN 300267)
   *SEwald@goodwinlaw.com*
11 **GOODWIN PROCTER LLP**
   520 Broadway, Suite 500
12 Santa Monica, CA  90401
   Tel: +1 424 436 3051
13 Fax: +1 213 947 1746

14 Attorneys for Defendant:
   CARLOS E. KEPKE

15

16                         UNITED STATES DISTRICT COURT

17                        NORTHERN DISTRICT OF CALIFORNIA

18                             SAN FRANCISCO DIVISION

19 | UNITED STATES OF AMERICA, | Case No. 3:21-CR-00155-JD
20 |         Plaintiff,         | **[PROPOSED] ORDER GRANTING CARLOS KEPKE'S ADMINISTRATIVE MOTION TO RELEASE SEALED NOVEMBER 21, 2022 HEARING TRANSCRIPT**
21 |         v.                 |
22 | CARLOS E. KEPKE,           |
23 |         Defendant.         | Courtroom: 11, 19th Floor
                                  Judge:     Hon. James Donato

24

25

26

27

28

## [PROPOSED] ORDER

The Court has reviewed Carlos Kepke's Administrative Motion to Release Sealed November 21, 2022 Hearing Transcript. Upon consideration of the Motion, the papers submitted in support of the Motion, and finding good cause exists for the Motion to be granted, it is hereby ORDERED that the Motion is GRANTED, and the sealed portion of the transcript of the November 21, 2022 hearing is released to Mr. Kepke and his counsel.

**IT IS SO ORDERED.**

Dated: _____            _____
                                                                      Hon. James Donato
                                                                      UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **November 23, 2022**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **November 23, 2022**.

/s/ *Grant P. Fondo*
GRANT P. FONDO
RICHARD M. STRASSBERG
DAVID R. CALLAWAY
SYLVIA R. EWALD