GRANT P. FONDO (SBN 181530)
GFondo@goodwinlaw.com
DAVID R. CALLAWAY (SBN 121782)
*DCallaway@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

RICHARD M. STRASSBERG (*pro hac vice*)
*RStrassberg@goodwinlaw.com*
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
Tel: +1 212 813 8800
Fax: +1 212 355 3333

SYLVIA R. EWALD (SBN 300267)
*SEwald@goodwinlaw.com*
**GOODWIN PROCTER LLP**
520 Broadway, Suite 500
Santa Monica, CA 90401
Tel: +1 424 436 3051
Fax: +1 213 947 1746

Attorneys for Defendant:
CARLOS E. KEPKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS E. KEPKE,<br><br>　　　　　Defendant. | Case No. 3:21-CR-00155-JD<br><br>**DEFENDANT CARLOS KEPKE'S MOTION FOR SEQUESTRATION ORDER**<br><br>Courtroom: 11, 19th Floor<br>Judge:　　Hon. James Donato |

## MOTION FOR SEQUESTRATION ORDER

Defendant Carlos Kepke ("Mr. Kepke"), by and through undersigned counsel, respectfully moves the Court, pursuant to Fed. R. Evid. 611(a), for a sequestration order precluding parties from discussing with a testifying witness anything related to the substance of the witness's testimony once the witness begins testifying.  Such a sequestration is a "procedure[] effective for determining the truth."  Fed. R. Evid. 611(a)(1).  It ensures that the testifying witness will answer truthfully and will not be swayed to change their testimony.

Accordingly, Mr. Kepke requests an order precluding either party from discussing with a testifying witness anything related to the substance of a witness's testimony once that witness begins testifying.

Respectfully submitted,

Dated: November 25, 2022

By: */s/ Grant P. Fondo*
GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
DAVID R. CALLAWAY (SBN 121782)
*DCallaway@goodwinlaw.com*
RICHARD M. STRASSBERG (*pro hac vice*)
*RStrassberg@goodwinlaw.com*
SYLVIA R. EWALD (SBN 300267)
*SEwald@goodwinlaw.com*
**GOODWIN PROCTER** LLP

Attorneys for Defendant:
CARLOS E. KEPKE

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **November 25, 2022**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **November 25, 2022** in Los Altos, California.

*/s/ Grant P. Fondo*
GRANT P. FONDO