```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611162236
Cashier ID: kokicha
Transaction Date: 11/25/2022
Payer Name: NATIONWIDE LEGAL LLC

PRO HAC VICE
 For: NATIONWIDE LEGAL LLC
 Case/Party: D-CAN-3-21-CR-000155-001
 Amount:        $317.00
PRO HAC VICE
 For: NATIONWIDE LEGAL LLC
 Case/Party: D-CAN-3-21-CR-000155-001
 Amount:        $317.00
PRO HAC VICE
 For: NATIONWIDE LEGAL LLC
 Case/Party: D-CAN-3-21-CR-000155-001
 Amount:        $317.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 5084523
 Amt Tendered: $951.00

Total Due:       $951.00
Total Tendered: $951.00
Change Amt:      $0.00

Pro hac vice for case 21-cr-155


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```