STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone:    (408) 535-5040
Facsimile:    (408) 535-5081
Email: michael.pitman@usdoj.gov

COREY J. SMITH (MABN 553615)
Senior Litigation Counsel
United States Department of Justice
Telephone:    (202)514-5230
Email: corey.smith@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Criminal No. 3:21-CR-00155-JD |
|---|---|
| Plaintiff, | PARTIES' THIRD STIPULATION FOR TRIAL REGARDING FOREIGN RECORDS OF REGULARLY CONDUCTED ACTIVITY |
| v. | |
| CARLOS E. KEPKE, | |
| Defendant. | |

The United States of America and Defendant Carlos E. Kepke, by and through undersigned counsel, hereby stipulate for purposes of trial as follows:

1.     Each of the documents and trial exhibits listed in the Table 1 below are records of a regularly conducted business activity obtained from a foreign country through legal process and satisfy the requirements of 18 U.S.C. § 3505 and include the requisite certifications;

2.     The documents and trial exhibits listed in Table 1 below are authentic and satisfy the requirements of Fed. R. Evid. 902(3) and/or § 3505(a)(2);

3. The documents and trial exhibits listed in Table 1 satisfy the requirements of Title 18 U.S.C. § 3505(a)(1) and Fed. R. Evid. 803(6), and no further testimony from a "qualified witness" is necessary to establish that they were created and maintained in the ordinary course of regularly conducted business activity;

4. The parties reserve all rights to object to the admission of the documents listed in Table 1 on any grounds other than authenticity or hearsay, including preserving any objection as to relevance; and

5. That the photocopies of the documents and trial exhibits listed in Table 1 may be admissible and may be presented as evidence pursuant to Federal Rules of Evidence 1003.

Seen and Agreed:

Date: Nov 25, 2022

STEPHANIE M. HINDS
United States Attorney

/s/ Corey J. Smith
COREY J. SMITH
Senior Litigation Counsel
MICHAEL G. PITMAN
Assistant United States Attorney

Attorneys for United States of America

/s/ Grant P. Fondo
GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
RICHARD M. STRASSBERG (*pro hac vice*)
*RStrassberg@goodwinlaw.com*
DAVID R. CALLAWAY (SBN 121782)
*DCallaway@goodwinlaw.com*
SYLVIA R. EWALD (SBN 300267)
*SEwald@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendant Carlos E. Kepke

## TABLE 1

| BATES STAMP NUMBER RANGE | DESCRIPTION | TRIAL EXHIBITS |
|---|---|---|
| CTRL00037511 TO CTRL000037685<br><br>IRS045342 to IRS045422<br><br>Belize-MLAT-000001 to Belize-MLAT-003698 | Records from Belize | 1 through 24 |
| VPBank0000001 to VPBank0000719<br><br>IRS-044662 to IRS-044672<br><br>BVI_Supp_MLAT-000001 to BVI_Supp_MLAT-000092 | Records from British Virgin Islands | 305, 324 |
| BBON000000001 to BBON000010121<br><br>BT_00000001 to BT_00071820<br><br>CTRL000019003 to CTRL000019030<br><br>13808-VEFIILP-000001 to 0002168 | Records from Banque Bonhôte Switzerland | 242 to 291, 296, 299, 300, 313, 314, 327 to 337 |
| CTRL00003768 to CTRL000087546<br><br>IRS-042013 to IRS-078307 | Records from the Republic of the Cayman Islands | 183 to 185 |