STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5040
Facsimile: (408) 535-5081
Email: michael.pitman@usdoj.gov

COREY J. SMITH (MABN 553615)
Senior Litigation Counsel
United States Department of Justice
Telephone: (202)514-5230
Email: corey.smith@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS E. KEPKE,<br><br>Defendant. | Criminal No. 3:21-CR-00155-JD<br><br>PARTIES' FOURTH STIPULATION FOR TRIAL REGARDING AUTHENTICITY OF EVIDENCE FROM SEARCH WARRANT |
|---|---|

The United States of America and Defendant Carlos E. Kepke, by and through undersigned counsel, hereby stipulate for purposes of trial as follows:

1. The emails, documents, and correspondence seized from Defendant through the execution of search warrants on his email account, home/office, and storage facility, including the specifically listed Trial Exhibits identified in Table 1 below, are authenticate and satisfy the requirements of Fed. R. Evid. 901;

2. The parties reserve all rights to object to the admission of these documents on any grounds other than authenticity, including preserving any objection as to relevance; and

3. The photocopies of any Trial Exhibits addressed in this Stipulation may be presented as evidence pursuant to Federal Rules of Evidence 1003.

**Table 1**

| Ex. No. | Date | Description | Beg. Bates | End Bates |
|---|---|---|---|---|
| 44 | 11/13/2013 | Email Kepke to Robert Smith | ISP-P-0000381 | ISP-P-0000381 |
| 45 | 12/22/2014 | Email Orion Trust to David Foster/Gregory Craig/Robert Smith | ISP-P-0001324 | ISP-P-0001324 |
| 46 | 12/23/2014 | Email Orion Corporate to Robert Smith | ISP-P-0001581 | ISP-P-0001581 |
| 47 | 12/8/2010 | Email Kepke to Warnken Brill | ISP-P-0001758 | ISP-P-0001758 |
| 48 | 10/27/2011 | Email Warnken Brill to Kepke | ISP-P-0001788 | ISP-P-0001788 |
| 49 | 10/20/2011 | Letter from Carlos Kepke | ISP-P-0001789 | ISP-P-0001789 |
| 50 | 10/28/2011 | Email Kepke to Warnken Brill | ISP-P-0001803 | ISP-P-0001803 |
| 51 | 10/28/2011 | Letter from Carlos Kepke | ISP-P-0001804 | ISP-P-0001804 |
| 53 | 1/13/2010 | Email Kepke to Robert Smith | ISP-W-0000151 | ISP-W-0000151 |
| 54 | 9/12/2007 | Email Kepke to Robert Smith | ISP-W-0000161 | ISP-W-0000161 |
| 55 | 3/4/2010 | Email Kepke to Robert Smith | ISP-W-0000178 | ISP-W-0000178 |
| 56 | 8/23/2008 | Email Kepke to Robert Smith | ISP-W-0000262 | ISP-W-0000263 |
| 73 | 12/8/1999 | Fax Letter from Carlos Kepke to Glenn Godfrey dated Dec 8, 1999 | CTRL000096780 | CTRL000096782 |
| 74 | 12/9/1999 | Fax Cover Sheet, Excelsior Trust, Request to Smith for name & address of settlor | SMITH-077306 | SMITH-077307 |
| 75 | 1/4/2000 | Excelsior Trust Fax Cover Letter and Draft of Excelsior Trust Indenture | SMITH-077252 | SMITH-077274 |
| 76 | 1/5/2000 | Fax Cover Sheet, Excelsior Trust, Request to Smith for Name & Address of Settlor | SMITH-004047 | SMITH-004047 |
| 77 | 3/6/2000 | Fax Cover Sheet, Concern over Conflict of interest on Smith as an official Client | SMITH-067892 | SMITH-067892 |
| 78 | 3/10/2000 | Fax dtd March 10, 2000 from Glenn Godfrey to Carlos Kepke | SMITH-067887 | SMITH-067887 |
| 80 | 3/29/2000 | Signed Excelsior Trust Indenture | SMITH-003858 | SMITH-003879 |
| 81 | 9/11/2007 | Email, Headley Waddington & Need for Bearer Share Certificate | CTRL000096760 | CTRL000096760 |
| 82 | 4/4/2000 | Letter/Invoice for $1,250 Corporate Maintenance Fees for Flash Holdings | SMITH-004024 | SMITH-004024 |
| 85 |  | Certification of Excelsior Trust by Carlos Kepke | SMITH-004922 | SMITH-004922 |
| 86 | 3/9/2000 | Flash Holdings Articles of Organization (Incorporation) | SMITH-001820 | SMITH-001820 |
| 87 |  | Certification of Flash Holdings | SMITH-001822 | SMITH-001829 |
| 88 |  | Flash Holdings Shares | SMITH-001832 | SMITH-001832 |
| 89 | 2/1/2011 | CK Invoice re Work with Robyn Neal | CTRL000096765 | CTRL000096765 |
| 90 | 3/20/2001 | Ltr Invoice Notification for Flash Holdings LLC | SMITH-002082 | SMITH-002082 |
| 91 | 5/1/2001 | CK Invoice notice for Nevis Trust | SMITH-002071 | SMITH-002071 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | 92 | 7/30/2001 | Fax from Carlos Kepke to Robert Smith re Excelsior Trust | SMITH-001927 | SMITH-001927 |
| 2 | 93 | 11/1/2002 | CK Invoice notice for Flash Holding LLC | SMITH-002055 | SMITH-002055 |
| 3 | 94 | 1/1/2005 | CK Invoice notice for Flash Holding LLC | SMITH-001894 | SMITH-001894 |
| 4 | 95 | 4/24/2007 | Letter from Carlos Kepke to Robert Smith Transmitting Trust Documents | SMITH-001752 | SMITH-001752 |
| 5 | 96 | 4/27/2007 | Ltr reference Flash Late Payment Penalty Fees & Sending Check Payable to Kepke | SMITH-001774 | SMITH-001774 |
| 6 | 97 | 2/1/2008 | CK Law Office Balance Statement, Trusteeship of Excelsior | CTRL000096806 | CTRL000096806 |
| 7 | 98 | 7/15/2013 | Email, CK to RS about problem w/Flash Holding investing in Vista Foundation | CTRL000096846 | CTRL000096846 |
| 8 | 99 | 1/1/2012 | CK Law Office Balance Statement, Service for December 2011 | SMITH-081098 | SMITH-081098 |
| 9 | 100 | 1/5/2015 | Email, Reference 1/1/2015 Invoice | ISP-P-0001080 | ISP-P-0001080 |
| 10 | 100 | 1/5/2015 | Email, Reference 1/1/2015 Invoice | ISP-P-0001080 | ISP-P-0001080 |
| 11 | 101 | 1/20/2003 | Ltr, Flash Holding, IRS treatment of bearer certificate U.S. ownership | SMITH-002049 | SMITH-002049 |
| 12 | 102 | 5/16/2003 | Fax Cover, Note Ref. request for Flash Holding ownership documentation evidence | SMITH-001919 | SMITH-001919 |
| 13 | 103 | 12/2/2004 | Ltr reference Repatriation of Foreign Profits/Dividends | SMITH-001896 | SMITH-001897 |
| 14 | 104 | 12/5/2005 | Ltr, Offer of Lower Corporate Maintenance Fees | SMITH-001874 | SMITH-001874 |
| 15 | 105 | 7/16/2008 | Email from Carlos Kepke to Robert Smith re Cititrust contact | SMITH-002183 | SMITH-002183 |
| 16 | 107 | 10/20/2009 | Fax Cover Sheet, Note on U.S. Citizen Donate Assets to Foreign Trust deemed Grantor/Settlor | SMITH-002558 | SMITH-002560 |
| 17 | 110 | 12/10/2009 | Letter from Carlos Kepke to Robert Smith Trustee Fees | SMITH-002800 | SMITH-002800 |
| 18 | 111 | 10/23/2010 | Email, Trustee Purchasing Share Capital of Flash Property Holding, | SMITH-003245 | SMITH-003245 |
| 19 | 112 | 10/24/2010 | IRS and Foreign Trust Owner Explanation Letter | ISP-W-0000200 | ISP-W-0000207 |
| 20 | 113 | 10/24/2010 | Email, Request for Org chart of all Foreign Trusts to Review | ISP-W-0000018 | ISP-W-0000018 |
| 21 | 114 | 10/24/2010 | Email on attached letter about foreign corporations and foreign trusts | ISP-W-0000199 | ISP-W-0000199 |
| 22 | 115 | 10/29/2010 | Email from Carlos Kepke to Robert Smith re Robyn Neal | SMITH-003242 | SMITH-003242 |
| 23 | 116 | 10/29/2010 | Email from Carlos Kepke to Robert Smith re Nevis LLCs | SMITH-003241 | SMITH-003241 |
| 24 | 117 | 11/1/2010 | Email from Robert Smith to Carlos Kepke re Robyn Neal | SMITH-003234 | SMITH-003234 |
| 25 | 118 | 2/10/2011 | Email, Excelsior Trust/Hire Act Tax Legislation | SMITH-003602 | SMITH-003602 |
| 26 | 119 | 10/30/2013 | Email, Regarding Flash Property Mgmt. LLC/Bank Account and applicable laws | ISP-W-0000051 | ISP-W-0000051 |

| 120 | 5/3/2012 | Email from Robert Smith to Carlos Kepke re financial interest in Bank Account | ISP-P-0001522 | ISP-P-0001522 |
|---|---|---|---|---|
| 121 | 5/5/2012 | Email from Carlos Kepke to Robert Smith re filing W-9 Forms | ISP-P-0000051 | ISP-P-0000051 |
| 122 | 5/5/2012 | Email, Compliance Status of Flash Holding LLC | ISP-P-0001160 | ISP-P-0001160 |
| 123 | 5/9/2012 | Email from Robert Smith to Carlos Kepke directing non-filing of Forms W-9 | SMITH-004917 | SMITH-004917 |
| 125 | 9/22/2008 | Email, CK to RS, Advising J. Godfrey/Cititrust not to contact Smith directly but contact Kepke | SMITH-002310 | SMITH-002310 |
| 127 | 10/19/2009 | Letter, RS advising Flash Holding consisting solely of holding investment assets | SMITH-002566 | SMITH-002566 |
| 128 | 7/7/2000 | Fax dtd July 7, 2000 from Carlos Kepke to Robert Smith | SMITH-004021 | SMITH-004021 |
| 130 | 9/6/2007 | Email, CK to G. Godfrey, Beneficial Owner reluctance to give requested authorization | SMITH-002417 | SMITH-002417 |
| 131 | 9/12/2007 | Email, CK to RS, Abt sending communication as Trust Protector not manifesting control | SMITH-002404 | SMITH-002404 |
| 132 | 4/3/2000 | Fax Cover Sheet, Request $30K Invoice & $7.5K Initial Funding of Trust | SMITH-004036 | SMITH-004036 |
| 133 | 9/22/2008 | Email, J. Godfrey writing Smith to find out if there another contact on trust matters | SMITH-002311 | SMITH-002311 |
| 134 | 10/28/2008 | Email, CK suggests Smith make payments and handle all trust correspondence through him | SMITH-002194 | SMITH-002194 |
| 135 | 3/20/2009 | Fax from CK to Robert Smith re "Cleanse" files | SMITH-052834 | SMITH-052837 |
| 136 | 11/22/2010 | Email from Carlos Kepke to Robert Smith re "securitize" files | ISP-W-0000614 | ISP-W-0000614 |
| 137 | 1/11/2008 | Email, RS to CK, Not making changes to Excelsior Trust until 2008 | SMITH-002367 | SMITH-002367 |
| 139 | 1/13/2014 | Email, Orion's response to RS for an accounting of Excelsior Trust assets | SMITH-006152 | (CK-BB11_003419) |
| 140 | 5/30/2012 | Email, Sale of The Robert Smith Family Limited Partnership to Flash Holdings LLC | ISP-P-0001386 | ISP-P-0001389 |
| 141 | 6/23/2012 | Letter, RS/Flash Holding recommendation that company enter promissory note w/RS | ISP-W-0000188 | ISP-W-0000188 |
| 142 | 10/30/2010 | Email, Response incorrect as Belize came off the OECD blacklist and onto whitelist | SMITH-003238 | SMITH-003238 |
| 145 | 12/17/2013 | Email with Frutiger re Fario dated 12/13/2013 | ISP-P-0000322 | ISP-P-0000323 |

| 146 | 2/1/2014 | Email RS to CK to pay registration fees for Fario dated 2/1/2014 | ISP-W-0000429 | ISP-W-0000429 |
|---|---|---|---|---|
| 147 | 10/29/2013 | Email RS to CK re transfer of assets from FH to Fario dated 10/29/2013 | ISP-W-0000589 | ISP-W-0000589 |
| 156 | 8/24/2007 | Email, CK to J. Turnbull, Smith reluctance to reply to email abt control of company | YAHOO-0000777 | YAHOO-0000777 |
| 157 | 11/11/2008 | Fax from Carlos Kepke to Robert Smith re Flash Holding and assets | CTRL000096843 | CTRL000096843 |
| 343 | 11/4/2009 | Email from Carlos Kepke to Robert Smith re Belize Trustee | Smith-051323 | Smith-051324 |
| 344 | 12/2/2010 | Dubinsky Report, Figure 69, Email from Carlos Kepke to John Warnken-Brill dated December 2, 2010 | PRIV_THIRD-001335 | PRIV-THIRD-001338 |
| 345 | 12/21/2010 | Dubinsky Report, Figure 70, Email from Carlos Kepke to John Warnken Brill and Robert Smith dated December 21, 2010 | PRIV-THIRD-000054 | PRIV-THIRD-000054 |
| 346 | 3/3/2011 | Dubinsky Report, Figure 71, Email from Carlos Kepke to John Warnken-Brill and Robert Smith dated March 3, 2011 | PRIV-THIRD-000258 | PRIV-THIRD-000258 |

Seen and Agreed:

Date: November 25, 2022

STEPHANIE M. HINDS

United States Attorney

/s/ Corey J. Smith
COREY J. SMITH
Senior Litigation Counsel
MICHAEL G. PITMAN
Assistant United States Attorney

Attorneys for United States of America

/s/ Grant P. Fondo
GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
RICHARD M. STRASSBERG (*pro hac vice*)
*RStrassberg@goodwinlaw.com*
DAVID R. CALLAWAY (SBN 121782)
*DCallaway@goodwinlaw.com*
SYLVIA R. EWALD (SBN 300267)
*SEwald@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendant Carlos E. Kepke