U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:21-cr-000155-JD                                    Trial Date: November 28, 2022

UNITED STATES V. CARLOS E. KEPKE

### UNITED STATES' FIRST AMENDED EXHIBIT LIST

| Ex. | Description | Offered | Admitted |
|-----|-------------|---------|----------|
| 1 | Email, Arguelles to CEK dated November 10, 2009 | | |
| 2 | Deed of Removal of Trustee/Appt of Successor dated November 25, 2009 | | |
| 3 | Excelsior Trust Notice of Resignation Trustee, dated November 25, 2009 | | |
| 4 | Letter reference Excelsior Trust, dated February 26, 2010 | | |
| 5 | Form T and Addendum to the Management Mandate dated August 18, 2010 | | |
| 6 | Orion Corp. Letter reference Excelsior Trust dated December 8, 2010 | | |
| 7 | Email, Arguelles to CEK & trust@orionbc.com dated June 3, 2013 | | |
| 8 | Email, Arguelles TO CEK, ref. Excelsior Trust, dated September 8, 2013 | | |
| 9 | Email, CK to Orion Corporate/Brian Escalante dated September 12, 2013 | | |
| 10 | Email, Orion Corporate to Aretha Maduro, dated September 12, 2013 | | |

| 11 | Email, CK to Orion Corporate dated October 19, 2013 | | |
|----|-----------------------------------------------------|--|--|
| 12 | Email, Aretha Maduro to Orion Corporate, dated October 23, 2013 | | |
| 13 | Email, Orion Trust Department to CK, Flash, dated January 14, 2014 | | |
| 14 | Signed Trust Indenture dated March 29, 2000 | | |
| 15 | Email, CK to Arguelles, Excelsior Trust-Accounting, dated January 14, 2014 | | |
| 16 | Email, Orion Trust to David Foster, Carlos Kepke & Arguelles, dated September 26, 2014 | | |
| 17 | Letter, Orion Corporate ref. Flash Holdings LLC dated September 26, 2014 | | |
| 18 | Email, CK to Orion Corporate/Brian Escalante, dated December 12, 2014 | | |
| 19 | Email, Orion to Arguelles & CK to Orion, dated December 31, 2014 | | |
| 20 | Email, Orion Trust to CK & Arguelles, dated January 15, 2015 | | |
| 21 | Certificate of Authenticity of Public Records, dated July 24, 2018 | | |
| 22 | Letter, Termination of Excelsior Trust dated July 31, 2018 | | |
| 23 | Certificate of Authenticity of Business Record, dated July 31, 2018 | | |
| 24 | Email, Arguelles to Christine Ping dated May 19, 2010 | | |
| 25 | Email Don Jones to Emil Arguelles | | |
| 26 | Fax Cover Sheet, Kepke to Arguelles | | |

| 27 | Fax Cover Sheet, Emil Arguelles to Carlos Kepke | | |
| 28 | Fax Cover Sheet, Shiromi Thuraiaiyah to Carlos Kepke; Ltr from Arguelles dated 5/19/2003 | | |
| 29 | Email Kepke to Arguelles | | |
| 30 | Email Arguelles to Kepke | | |
| 31 | Email Kepke to Belizelawyer2hotmail.com | | |
| 32 | Email Arguelles to Christine Ping | | |
| 33 | Email Arguelles to Maduro | | |
| 34 | Email Kepke to Belizelawyer@hotmail.com | | |
| 35 | Email RNeal to Belizelawyer@hotmail.com, cc:Kepke | | |
| 36 | Email Kepke to Belizelawyer@hotmail.com | | |
| 37 | Email Kepke to Trust@orionibc.com chain and membership certificate | | |
| 38 | Email Arguelles to Kepke chain | | |
| 39 | Email chain with redactions, Arguelles | | |
| 40 | Email chain Robert Smith to Enrico Gaspare | | |
| 41 | Email Arguelles to Kepke | | |
| 42 | Affidavit Headley Waddington | | |

| 43 | Email chain Warnken-Brill to Robert Smith | | |
|----|-------------------------------------------|--|--|
| 44 | Email Kepke to Robert Smith | | |
| 45 | Email Orion Trust to David Foster/Gregory Craig/Robert Smith | | |
| 46 | Email Orion Corporate to Robert Smith | | |
| 47 | Email Kepke to Warnken Brill | | |
| 48 | Email Warnken Brill to Kepke | | |
| 49 | Letter from Carlos Kepke | | |
| 50 | Email Kepke to Warnken Brill | | |
| 51 | Letter from Carlos Kepke | | |
| 52 | Email Kepke to Sribuzy1@yahoo.com | | |
| 53 | Email Kepke to Robert Smith | | |
| 54 | Email Kepke to Robert Smith | | |
| 55 | Email Kepke to Robert Smith | | |
| 56 | Email Kepke to Robert Smith | | |
| 57 | Fax Cover Sheet, Kepke to Robert Smith | | |
| 58 | Fax Cover Sheet, Kepke to Arguelles | | |

| | | | |
|---|---|---|---|
| 59 | Email Kepke to Karen Cabrera | | |
| 60 | Email Kepke to John Staples | | |
| 61 | Email Glenn Godfrey to David Foster | | |
| 62 | Email Gregory Craig to Glenn Godfrey, cc: Kepke | | |
| 63 | Cititrust International Invoice attn to Robert Smith | | |
| 64 | Email Kepke to Glenn Godfrey | | |
| 65 | Email Kepke to Karen Cabrera | | |
| 66 | Carlos Kepke Invoice Statement | | |
| 67 | Client Trust List - Trust/Foreign Corporations, no date | | |
| 68 | Smith Non-Prosecution Agreement | | |
| 69 | Smith Non-Prosecution Agreement Statement of Facts | | |
| 70 | Principals of MGTCO 9/20/99 | | |
| 71 | Emerging Technologies Investment Fund, Summary of Principal Terms dtd Jan 12, 2000 | | |
| 72 | Emerging Technology Investment Fund, Limited Partnership Agreement dtd Mar 30, 2000 | | |
| 73 | Fax Letter from Carlos Kepke to Glenn Godfrey dated Dec 8, 1999 | | |
| 74 | Fax Cover Sheet, Excelsior Trust, Request to Smith for name & address of settlor | | |
| 75 | Excelsior Trust Fax Cover Letter and Draft of Excelsior Trust Indenture | | |

| 76 | Fax Cover Sheet, Excelsior Trust, Request to Smith for Name & Address of Settlor | | |
| 77 | Fax Cover Sheet, Concern over Conflict of interest on Smith as an official Client | | |
| 78 | Fax dtd March 10, 2000 from Glenn Godfrey to Carlos Kepke | | |
| 79 | Fax From Robert Smith to Glenn Godfrey dated March 13, 2000 | | |
| 80 | Signed Excelsior Trust Indenture | | |
| 81 | Email, Headley Waddington & Need for Bearer Share Certificate | | |
| 82 | Letter/Invoice for$1,250 Corporate Maintenance Fees for Flash Holdings | | |
| 83 | Fax From Robert Smith to Cititrust International, Inc re Creation of Excelsior Trust | | |
| 84 | Copy of $30K Check to Cititrust Intl for execution of Excelsior Trust | | |
| 85 | Certification of Excelsior Trust by Carlos Kepke | | |
| 86 | Flash Holdings Articles of Organization (Incorporation) | | |
| 87 | Certification of Flash Holdings | | |
| 88 | Flash Holdings Shares | | |
| 89 | CK Invoice re Work with Robyn Neal | | |
| 90 | Ltr Invoice Notification for Flash Holdings LLC | | |
| 91 | CK Invoice notice for Nevis Trust | | |

| 92 | Fax from Carlos Kepke to Robert Smith re Excelsior Trust | | |
|---|---|---|---|
| 93 | CK Invoice notice for Flash Holding LLC | | |
| 94 | CK Invoice notice for Flash Holding LLC | | |
| 95 | Letter from Carlos Kepke to Robert Smith Transmitting Trust Documents | | |
| 96 | Ltr reference Flash Late Payment Penalty Fees & Sending Check Payable to Kepke | | |
| 97 | CK Law Office Balance Statement, Trusteeship of Excelsior | | |
| 98 | Email, CK to RS about problem w/Flash Holding investing in Vista Foundation | | |
| 99 | CK Law Office Balance Statement, Service for December 2011 | | |
| 100 | Email, Reference 1/1/2015 Invoice | | |
| 101 | Ltr, Flash Holding, IRS treatment of bearer certificate U.S. ownership | | |
| 102 | Intentionally Blank | | |
| 103 | Ltr reference Repatriation of Foreign Profits/Dividends | | |
| 104 | Ltr, Offer of Lower Corporate Maintenance Fees | | |
| 105 | Email from Carlos Kepke to Robert Smith re Cititrust contact | | |
| 106 | Robert Smith 2011 1040X Amended Income Tax Return | | |

| | | | |
|---|---|---|---|
| 107 | Fax Cover Sheet, Note on U.S. Citizen Donate Assets to Foreign Trust deemed Grantor/Settlor | | |
| 108 | OVDP Streamlined Filing Transmittal Letter<br>IRS_Tax_Returns_RS_007961 | | |
| 109 | Resignation of Cititrust as Trustee | | |
| 110 | Letter from Carlos Kepke to Robert Smith Trustee Fees | | |
| 111 | Email, Trustee Purchasing Share Capital of Flash Property Holding, | | |
| 112 | IRS and Foreign Trust Owner Explanation Letter | | |
| 113 | Email, Request for Org chart of all Foreign Trusts to Review | | |
| 114 | Email on attached letter about foreign corporations and foreign trusts | | |
| 115 | Email from Carlos Kepke to Robert Smith re Robyn Neal | | |
| 116 | Email from Carlos Kepke to Robert Smith re Nevis LLCs | | |
| 117 | Email from Robert Smith to Carlos Kepke re Robyn Neal | | |
| 118 | Email, Excelsior Trust/Hire Act Tax Legislation | | |
| 119 | Email, Regarding Flash Property Mgmt. LLC/Bank Account and applicable laws | | |
| 120 | Email from Robert Smith to Carlos Kepke re financial interest in Bank Account | | |
| 121 | Email from Carlos Kepke to Robert Smith re filing W-9 Forms | | |

| | | | |
|---|---|---|---|
| 122 | Email, Compliance Status of Flash Holding LLC | | |
| 123 | Email from Robert Smith to Carlos Kepke directing non-filing of Forms W-9 | | |
| 124 | Dubinsky Report, Figure 68, Letter from Robert F. Smith to Meridian Trust Company Limited dated October 19, 2009, K-F-P-020553 | | |
| 125 | Email, CK to RS, Advising J. Godfrey/Cititrust not to contact Smith directly but contact Kepke | | |
| 126 | Email from Robert Smith to Joy Godfrey re instructions for trust registration | | |
| 127 | Letter, RS advising Flash Holding consisting solely of holding investment assets | | |
| 128 | Fax dtd July 7, 2000 from Carlos Kepke to Robert Smith | | |
| 129 | Email, CK to K. Cabrera, Beneficial Owner reluctance to make official request | | |
| 130 | Email, CK to G. Godfrey, Beneficial Owner reluctance to give requested authorization | | |
| 131 | Email, CK to RS, Abt sending communication as Trust Protector not manifesting control | | |
| 132 | Fax Cover Sheet, Request $30K Invoice & $7.5K Initial Funding of Trust | | |
| 133 | Email, J. Godfrey writing Smith to find out if there another contact on trust matters | | |
| 134 | Email, CK suggests Smith make payments and handle all trust correspondence through him | | |
| 135 | Fax from CK to Robert Smith re "Cleanse" files | | |
| 136 | Email from Carlos Kepke to Robert Smith re "securitize" files | | |

| | | | |
|---|---|---|---|
| 137 | Email, RS to CK, Not making changes to Excelsior Trust until 2008 | | |
| 138 | Dubinsky Report, Figure 80, Schedule B, Part III Foreign Accounts and Trust on 2010 Form 1040 | | |
| 139 | Email, Orion's response to RS for an accounting of Excelsior Trust assets | | |
| 140 | Email, Sale of The Robert Smith Family Limited Partnership to Flash Holdings LLC | | |
| 141 | Letter, RS/Flash Holding recommendation that company enter promissory note w/RS | | |
| 142 | Email, Response incorrect as Belize came off the OECD blacklist and onto whitelist | | |
| 143 | Assignment of Shares dated 12/18/2013 | | |
| 144 | Fario Investments LLC Bank Statements | | |
| 145 | Email with Frutiger re Fario dated 12/13/2013 | | |
| 146 | Email RS to CK to pay registration fees for Fario dated 2/1/2014 | | |
| 147 | Email RS to CK re transfer of assets from FH to Fario dated 10/29/2013 | | |
| 148 | Intentionally Blank | | |
| 149 | Email Frutiger to JWB re assignment from FH to Fario (1pg) dated 6/11/2013 | | |
| 150 | Email JWB to Frutiger re Fario dated 6/24/2013 | | |

| 151 | Email Gaspare to RS re creation of Fario dated 5/23/2013 | | |
|---|---|---|---|
| 152 | Email RS response to Gaspare dated 5/23/2013 | | |
| 153 | Email Frutiger to JWB executed assignment FH to Fario dated 6/7/2013 | | |
| 154 | Executed Assignment dated 12/18/2013 (Same as Belize-MLAT-000829) | | |
| 155 | Robert Smith OVDP March 2014 OVDP Filing and Response | | |
| 156 | Email, CK to J. Turnbull, Smith reluctance to reply to email abt control of company | | |
| 157 | Fax from Carlos Kepke to Robert Smith re Flash Holding and assets | | |
| 158 | Robert Smith 2012 1040X Amended Income Tax Return | | |
| 159 | Robert Smith 2013 1040X Amended Income Tax Return | | |
| 160 | Email From Permit to redfish re VEF II and MAC accounts | | |
| 161 | Email re VEF II Amendment #6 | | |
| 162 | VEF II Amendment #6 | | |
| 163 | Email from Robert Smith to Frutiger | | |
| 164 | Email chain with Auditors re VEF II windup | | |
| 165 | Vista Equity Partners Letter re VEF II Windup | | |
| 166 | First Caribbean International Bank Records Certification | | |
| 167 | First Caribbean International Bank Records Certification | | |
| 168 | Vista Equity Partners Fund IV (Parallel) Financial Statements 2011 DT 0013106 | | |
| 169 | Vista Equity Partners Fund IV (Parallel) Financial Statements 2011 DT 0013167 | | |

| | | | |
|---|---|---|---|
| 170 | Vista Equity Partners Fund IV (Parallel) Financial Statements 2012 DT 0024660 | | |
| 171 | Vista Equity Partners Fund IV (Parallel) Financial Statements 2013 DT 0050487 | | |
| 172 | Vista Equity Partners Fund IV (Parallel) Financial Statements 2014 DT 0094592 | | |
| 173 | Vista Equity Partners Fund IV (Parallel) Work Papers 2012 DT 0015915 | | |
| 174 | Vista Equity Partners Fund IV (Parallel) Work Papers 2013 DT 0028591 | | |
| 175 | Vista Equity Partners Fund IV (Parallel) Work Papers 2014 DT 0054900 | | |
| 176 | Vista Foundation Fund I (Parallel) Financial Statements 2012 DT 0013180 | | |
| 177 | Vista Foundation Fund I (Parallel) Financial Statements 2013 DT 0024908 | | |
| 178 | Vista Foundation Fund I (Parallel) Financial Statements 2014 DT 0093832 | | |
| 179 | Vista Foundation Fund I (Parallel) Financial Statements Structural Chart DT 0013554 | | |
| 180 | Vista Foundation Fund I (Parallel) Work Papers 2012 DT 0015823 | | |
| 181 | Vista Foundation Fund I (Parallel) Work Papers 2013 DT 0028477 | | |
| 182 | Vista Foundation Fund I (Parallel) Work Papers 2014 DT 0054797 | | |
| 183 | First Caribbean  Bank Wire Transfer Instructions for Vista Equity Fund II CTRL00051386 | | |
| 184 | First Caribbean  Bank Wire Transfer Instructions for Vista Equity Fund II CTRL00056631 | | |
| 185 | First Caribbean  Bank Wire Transfer Instructions for Vista Equity Fund II CTRL00058976 | | |

| 186 | Vista Equity Partners Employment Litigation Documents Draft Complaint | | |
|---|---|---|---|
| 187 | Vista Equity Partners Employment Litigation Documents Settlement Agreement | | |
| 188 | Vista Equity Partners Employment Litigation Documents Misc Documents | | |
| 189 | Vista Equity Fund II Audited Financial Statements 2005 VISTA0032517 | | |
| 190 | Vista Equity Fund II Audited Financial Statements 2006 VISTA0134917 | | |
| 191 | Vista Equity Fund II Audited Financial Statements 2007 VISTA0134936 | | |
| 192 | Vista Equity Fund II Audited Financial Statements 2008 VISTA0021145 | | |
| 193 | Vista Equity Fund II Audited Financial Statements 2009 VISTA0021164 | | |
| 194 | Vista Equity Fund II Audited Financial Statements 2010 VISTA0021207 | | |
| 195 | Vista Equity Fund II Audited Financial Statements 2011 VISTA0239200 | | |
| 196 | Vista Equity Fund II Audited Financial Statements 2012 VISTA0021245 | | |
| 197 | Vista Equity Fund II Audited Financial Statements 2013 VISTA0021263 | | |
| 198 | Vista Equity Fund II Audited Financial Statements 2014 VISTA0021283 | | |
| 199 | Email, Pamela Ott to Roger Humphrey, cc:Denise Davis, dated 10/10/2013 | | |
| 200 | Email, Meal@bonhote.ch to John Warnken Brill, cc: Denise Davis, dated June 29 2012 | | |
| 201 | Email, John Warnken Brill to Denise Davis, dated April 12, 2013 | | |

| 202 | Email, Denise Davis to Frutiger, & Claudette Sewell, dated December 26, 2012 | | |
|---|---|---|---|
| 203 | Email, Denise Davis to Ricki Seto & John Warnken Brill, dated 12/14/2011 | | |
| 204 | Email, Denise Davis to John Warnken Brill, dated 5/28/2010 | | |
| 205 | Email, Denise Davis to John Warnken Brill, dated 6/6/2013 | | |
| 206 | "Waterfall" Schedules | | |
| 207 | "Waterfall" Schedules | | |
| 208 | "Waterfall" Schedules | | |
| 209 | "Waterfall" Schedules | | |
| 210 | "Waterfall" Schedules | | |
| 211 | "Waterfall" Schedules | | |
| 212 | "Waterfall" Schedules | | |
| 213 | "Waterfall" Schedules | | |
| 214 | "Waterfall" Schedules | | |
| 215 | "Waterfall" Schedules | | |
| 216 | "Waterfall" Schedules | | |
| 217 | "Waterfall" Schedules | | |

| 218 | "Waterfall" Schedules | | |
|---|---|---|---|
| 219 | "Waterfall" Schedules | | |
| 220 | "Waterfall" Schedules | | |
| 221 | "Waterfall" Schedules | | |
| 222 | "Waterfall" Schedules | | |
| 223 | "Waterfall" Schedules | | |
| 224 | "Waterfall" Schedules | | |
| 225 | "Waterfall" Schedules | | |
| 226 | "Waterfall" Schedules | | |
| 227 | "Waterfall" Schedules | | |
| 228 | "Waterfall" Schedules | | |
| 229 | "Waterfall" Schedules | | |
| 230 | "Waterfall" Schedules | | |
| 231 | Intentionally Blank | | |
| 232 | "Waterfall" Schedules | | |
| 233 | "Waterfall" Schedules | | |

| 234 | "Waterfall" Schedules | | |
|---|---|---|---|
| 235 | "Waterfall" Schedules | | |
| 236 | "Waterfall" Schedules | | |
| 237 | "Waterfall" Schedules | | |
| 238 | "Waterfall" Schedules | | |
| 239 | "Waterfall" Schedules | | |
| 240 | Rule 1006 Summary of Vista Equity Fund II, LP Distributions | | |
| 241 | Rule 1006 Summary of Book and Taxable Income | | |
| 242 | Account 13808 opening docs | | |
| 243 | Account 13808 Signature Card | | |
| 244 | Account 13808 Establishment of Beneficial Owner's Identity Form | | |
| 245 | Email exchange between R. Smith and R. Neal regarding establishment of segregated accounts | | |
| 246 | Letter from E. Arguelles to R. Neal transmitting "Addendum to Management Mandate" and "Form T" | | |

| | | | |
|---|---|---|---|
| 247 | Email exchange between R. Neal and R. Smith regarding whether C. Kepke can facilitate conversation of BVI entity to LLC for the structure of SCIs | | |
| 248 | Email exchange between R. Neal and C. Kepke regarding difference between BVI LTDs and LLCs | | |
| 249 | Email exchange between R. Neal and C. Kepke regarding transfer for share from Flash Holdings LTD to Flash Holdings LLC | | |
| 250 | Exchange between R. Neal and Genevieve Calame regarding purpose of Neuchatel Fishing Services SA | | |
| 251 | Email from R. Smith to R. Neal re Recapitalization of Sunquest | | |
| 252 | Email exchange regarding decoration of chalets | | |
| 253 | Email exchange between R. Neal and R. Smith re chalet purchases | | |
| 254 | Email exchange between R. Neal and R. Smith re chalet purchases. R. Smith advises on Trustee role | | |
| 255 | Email exchange between R. Neal and R. Smith re confirmation of Saint Amour deal | | |
| 256 | Email exchange between R. Neal and C. Kepke regarding KYC and compliance documents for establishment of White Mulberry SARL | | |
| 257 | Email from C. Kepke to R. Neal stating that best way to get settlor's passport is through R. Smith | | |
| 258 | RN tells CK that RS can likely arrange for a certified copy of the "Settlors" passport | | |
| 259 | Email exchange between R. Neal and C. Kepke regarding Baker Makenzie tax advice | | |
| 260 | Email exchange between R. Neal and C. Kepke regarding Baker Makenzie tax advice | | |
| 261 | C. Kepke email regarding Baker Mckenzie tax advice | | |
| 262 | Email exchange between R. Neal and R. Smith regarding payment to C. Kepke for chalet purchases | | |

| 263 | Email from R. Smith to R. Neal re proof of address for Waddington | | |
|---|---|---|---|
| 264 | Handwritten instructions from R. Smith | | |
| 265 | Loan agreement between Flash Holdings and White Mulberry | | |
| 266 | Email from C. Kepke to R. Neal and R. Smith regarding trust protectors and taxation of U.S. persons | | |
| 267 | Email from R. Neal to C. Kepke regarding Mountain Air Trust Deed | | |
| 268 | Email from C. Kepke to E. Arguelles re execution of Mountain Air trust documents | | |
| 269 | Account opening docs for white mulberry 05/12/2011 | | |
| 270 | Account opening docs for SCI Pyramus 05/12/2011 | | |
| 271 | Account opening docs for SCI Thisbe | | |
| 272 | White Mulberry Org Chart | | |
| 273 | Mountain Air Org Chart | | |
| 274 | MOI Robyn Neal | | |
| 275 | MOI Robyn Neal | | |
| 276 | Email from JWB to R. Neal re new bank account details | | |
| 277 | Credit Advice for $6,505,864.22 Ventyx Payment | | |
| 278 | Credit Advice for $16,786,114.37 Ventyx Payment | | |
| 279 | Credit Advice for $12,716,753.15 Ventyx Payment | | |
| 280 | Credit Advice for $11,128,959.00 Transfer | | |
| 281 | Credit Advice for Eur 5,299,700 to Caisse des Depots | | |

| | | | |
|---|---|---|---|
| 282 | Credit Advice for $25,000 payment to CK | | |
| 283 | Email between R. Neal and C. Kepke re share certificates | | |
| 284 | Email between R. Neal and C. Kepke re share certificates | | |
| 285 | Credit Advice for $5,017,037.00 transfer to VEPF IV (Parallel) | | |
| 286 | Email from RN to CK asking for review of various Flash Property certificates and formation docs | | |
| 287 | Credit Advice for $20,000 payment to CK | | |
| 288 | Credit Advice for $40,000 payment to CK | | |
| 289 | Banque Bonhote Certificate of Authenticity | | |
| 290 | Banque Bonhote Certificate of Authenticity | | |
| 291 | Banque Bonhote Certificate of Authenticity | | |
| 292 | Trust Indenture for Excelsior Trust | | |
| 293 | Intentionally Blank | | |
| 294 | Dubinsky Report, Figure 3, Letter/Fax to Department of the Treasury, Internal Revenue Service, March 21, 2014,  Smith application for OVDP | | |
| 295 | Dubinsky Report, Figure 4, Department of the Treasury, Internal Revenue Service April 8, 2014 letter to Mark Matthews In Re: Robert Smith, | | |
| 296 | Dubinsky Report, Figure 6, Email from Robert Smith to Robyn Neal dated December 23, 2010 | | |
| 297 | Dubinsky Report, Figure 10, Grand Jury Testimony of Denise Davis dtd 7/20/2017 | | |

| 298 | Dubinsky Report, Figure 11, Letter from Carlos Kepke to Andrew F. Keuls, ATU General Trust (BVI) Limited dated September 29, 2000 | | |
|---|---|---|---|
| 299 | Dubinsky Report, Figure 18, Email from Robert Smith to Banque Bonhôte dated          November 30, 2014, VEF II distribution to general partners | | |
| 300 | Dubinsky Report, Figure 19, Email from Robert Smith to Banque Bonhôte dated        November 21, 2014, clawback | | |
| 301 | Intentionally Blank | | |
| 302 | Property Management Agreement between Flash Holdings, LLC and Flash Property Management, LLC dated June 1, 2000, Signed Agreement | | |
| 303 | Dubinsky Report, Figure 22, Addendum for 124 Loma Vista Drive, Sonoma, CA, California Association of Realtors, November 3, 2005 | | |
| 304 | Dubinsky Report, Figure 23, Addendum for 124 Loma Vista Drive, Sonoma, CA, California Association of Realtors, November 3, 2005 | | |
| 305 | Dubinsky Report, Figure 24,Statement, Flash transferred approximately $2.5 million directly from Flash Holdings' account with VP Bank to Comerica Bank "for the purchase of property at Sonoma, California USA | | |
| 306 | Dubinsky Report, Figure 25, Grant Deed for Parcel No. 133-102-017 dated December 7, 2005 | | |
| 307 | Dubinsky Report, Figure 26, Bank of America Limited Liability Company Signature Card for Flash Property Management acct. #0045 4010 7728 dated December 12, 2005                              (bates number given in Dubinsky report is for checks and deposit slips not the signature card) | | |

| 308 | Dubinsky Report, Figure 27, Grand Jury Testimony of Ann M. Wempe dtd 4/20/2017 (Work Authorization dated February 20, 2006 | | |
|-----|---|---|---|
| 309 | Dubinsky Report, Figure 28, Grand Jury Testimony of Ann M. Wempe dtd 4/20/2017 | | |
| 310 | Bank of America Records, Flash Account, x7728 | | |
| 311 | Intentionally Blank | | |
| 312 | Dubinsky Report, Figure 31, Banque Bonhôte Debit Advice for acct. #13808_1 dated July 3, 2012; $250,000 was transferred directly from Flash Holdings to Ms. Wempe of ZumaOOH! in July 2012 | | |
| 313 | Dubinsky Report, Figure 32, Banque Bonhôte Debit Advice for acct. #13808_1 dated May 24, 2013, BT_00022270 | | |
| 314 | Dubinsky Report, Figure 33, Banque Bonhôte Debit Advice for acct. #13808_1 dated May 30, 2013, BT_00022271.  The $1 million (two transfers of $500,000 each net of fees) transferred into Flash Property Management's Bank of America acct. #7728 from Banque Bonhôte in 2013 | | |
| 315 | Intentionally Blank | | |
| 316 | Dubinsky Report, Figure 35, Banque Bonhote Debit Advice for acct#13808_1, dtd Oct 4, 2013 | | |
| 317 | Dubinsky Report, Figure 36, Grand Jury Testimony of Suzanne McFayden-Smith dated March 23, 2017 | | |
| 318 | Dubinsky Report, Figure 37, Grand Jury Testimony of Suzanne McFayden-Smith dated March 23, 2017 | | |

| | | | |
|---|---|---|---|
| 319 | Dubinsky Report, Figure 38, Email chain between Allan Smith & Jennifer Powell dtd Sep 12 -17, 2014 | | |
| 320 | Dubinsky Report, Figure 39, Short Term Rental Agreement and Deposit Receipt for Deon Taylor dated September 20, 2014 | | |
| 321 | Dubinsky Report, Figure 40, Short Term Rental Agreement and Deposit Receipt for Robert F Smith dated October 1, 2014 | | |
| 322 | Dubinsky Report, Figure 41, Grand Jury Testimony of Ann M. Wempe, dated 4/20/2017 | | |
| 323 | Dubinsky Report, Figure 42, Grand Jury Testimony of Suzanne McFayden-Smith dated 4/20/2017 | | |
| 324 | Dubinsky Report, Figure 43, Email from Robert Smith to Aretha Maduro dated 9/27/2012 | | |
| 325 | Dubinsky Report, Figure 44, First American Title Company Seller's Final Settlement Statement for 124 Loma Vista Drive, Sonoma CA, dated August 18, 2015 | | |
| 326 | Dubinsky Report, Figure 47, Banque Bonhote Debit Advice, dated December 20, 2010 | | |
| 327 | Dubinsky Report, Figure 48, Banque Bonhote Debit Advice for acct#113808_1 dated December 29, 2010 | | |
| 328 | Dubinsky Report, Figure 51, Email chain between Robert Smith and Robyn Neal, dtd April 12, 2011 | | |
| 329 | Dubinsky Report, Figure 52, Letter from Robert Smith dated December 12, 2011 | | |
| 330 | Dubinsky Report, Figure 54, Banque Bonhote Debit Advice for acct #113504_0 dated January 26, 2012 | | |
| 331 | Dubinsky Report, Figure 56, Email from Banque Bonhote representative to Robert Smith at his Vista  address dated February 13, 2013 | | |
| 332 | Dubinsky Report, Figure 57,  Email from Banque Bonhôte representative to Robert Smith dated May 3, 2013, BT_00010539 | | |

| | | | |
|---|---|---|---|
| 333 | Dubinsky Report, Figure 58, Banque Bonhôte Debit Advice for acct. #113808_3 dated February 22, 2013, BT_00022255 | | |
| 334 | Dubinsky Report, Figure 59, Banque Bonhote Debit Advice for acct. #113808_3 dated May 15, 2013 | | |
| 335 | Dubinsky Report, Figure 60, Banque Bonhôte Debit Advice for acct. #144041_1 dated July 24, 2013, RFS-0000499 | | |
| 336 | Dubinsky Report, Figure 61, Email from Robert Smith to Robyn Neal dated December 17, 2010, BT_00019839. | | |
| 337 | Dubinsky Report, Figure 62, Email from Robert Smith to Antonin Allard dated December 16, 2010, BT_00029538 | | |
| 338 | Dubinsky Report, Figure 63, Bill of Sale for Robert. F Smith's partnership interest dated May 15, 2012,  K-F-024848 | | |
| 339 | Dubinsky Report, Figure 64, Email chain between Carlos Kepke and Aretha Maduro dated May 22, 2012, K-F-P-021041 | | |
| 340 | Dubinsky Report, Figure 65, Promissory Note between Flash Holdings, LLC and Robert F. Smith dated June 28, 2012, K-F-024847 | | |
| 341 | Dubinsky Report, Figure 66, Assignment of Interest in Promissory Note for Robert F. Smith dated April 30, 2013, K-F-024846 | | |
| 342 | Dubinsky Report, Figure 67, Fax from Emil Arguelles to Carlos Kepke dated March 30, 2000, K-F-019840 | | |
| 343 | Email from Carlos Kepke to Robert Smith re Belize Trustee | | |
| 344 | Dubinsky Report, Figure 69, Email from Carlos Kepke to John Warnken-Brill dated          December 2, 2010 | | |
| 345 | Dubinsky Report, Figure 70, Email from Carlos Kepke to John Warnken Brill and Robert Smith dated December 21, 2010 | | |
| 346 | Dubinsky Report, Figure 71, Email from Carlos Kepke to John Warnken-Brill and Robert Smith dated March 3, 2011 | | |

| | | | |
|---|---|---|---|
| 347 | Intentionally Blank | | |
| 348 | Intentionally Blank | | |
| 349 | Intentionally Blank | | |
| 350 | Intentionally Blank | | |
| 351 | Intentionally Blank | | |
| 352 | Intentionally Blank | | |
| 353 | Letter, Ref.  IRS requiring disclosure of foreign assets | | |
| 354 | Dubinsky Report, Figure 81, Robert F Smith 2011 FinCEN Form 114 Report of Foreign Bank and Financial Accounts | | |
| 355 | Dubinsky Report, Figure 82, VP Bank Account Statement for Flash Holdings, LLC            acct. no#15.208.920.010 dated February 1, 2011 | | |
| 356 | Robert Smith 2008 Form 1040, Individual Federal Income Tax Return | | |
| 357 | Robert Smith 2009 Form 1040, Individual Federal Income Tax Return | | |
| 358 | Robert Smith 2010 Form 1040, Individual Federal Income Tax Return | | |
| 359 | Robert Smith 2011 Form 1040, Individual Federal Income Tax Return | | |
| 360 | Robert Smith 2012 Form 1040, Individual Federal Income Tax Return | | |

| 361 | Robert Smith 2013 Form 1040, Individual Federal Income Tax Return | | |
|---|---|---|---|
| 362 | Robert Smith 2014 Form 1040, Individual Federal Income Tax Return | | |
| 363 | Robert Smith 2010 Form 1040X, Amended Income Tax Return | | |
| 364 | Robert Smith 2011 Form 1040X, Amended Income Tax Return | | |
| 365 | Robert Smith 2012 Form 1040X, Amended Income Tax Return | | |
| 366 | Robert Smith 2013 Form 1040X, Amended Income Tax Return | | |
| 367 | Robert Smith 2015 Form 1040X, Amended Income Tax Return | | |
| 368 | Vista Equity Partners Fund IV GP LLC 2011 Form 1065, Partnership Return | | |
| 369 | Vista Equity Partners Fund IV GP LLC 2012 Form 1065, Partnership Return | | |
| 370 | Vista Equity Partners Fund IV GP LLC 2013 Form 1065, Partnership Return | | |
| 371 | Vista Equity Partners Fund IV GP LLC 2014 Form 1065, Partnership Return | | |
| 372 | VEPF IV GP (Cayman), L.P. 2012 Form 1065, Partnership Return | | |

| | | | |
|---|---|---|---|
| 373 | VEPF IV GP (Cayman), L.P. 2013 Form 1065, Partnership Return | | |
| 374 | VEPF IV GP (Cayman), L.P. 2014 Form 1065, Partnership Return | | |
| 375 | VEP Fund III Equity LLC 2007 Form 1065, Partnership Return | | |
| 376 | VEP Fund III Equity LLC 2008 Form 1065, Partnership Return | | |
| 377 | VEP Fund III Equity LLC 2009 Form 1065, Partnership Return | | |
| 378 | VEP Fund III Equity LLC 2010 Form 1065, Partnership Return | | |
| 379 | VEP Fund III Equity LLC 2011 Form 1065, Partnership Return | | |
| 380 | VEP Fund III Equity LLC 2012 Form 1065, Partnership Return | | |
| 381 | VEP Fund III Equity LLC 2013 Form 1065, Partnership Return | | |
| 382 | VEP Fund III Equity LLC 2014 Form 1065, Partnership Return | | |
| 383 | VEP Fund III Equity GP LLC 2007 Form 1065, Partnership Return | | |
| 384 | VEP Fund III Equity GP LLC 2008 Form 1065, Partnership Return | | |
| 385 | VEP Fund III Equity GP LLC 2009 Form 1065, Partnership Return | | |
| 386 | VEP Fund III Equity GP LLC 2010 Form 1065, Partnership Return | | |
| 387 | VEP Fund III Equity GP LLC 2011 Form 1065, Partnership Return | | |
| 388 | VEP Fund III Equity GP LLC 2012 Form 1065, Partnership Return | | |

| | | | |
|---|---|---|---|
| 389 | VEP Fund III Equity GP LLC 2013 Form 1065, Partnership Return | | |
| 390 | VEP Fund III Equity GP LLC 2014 Form 1065, Partnership Return | | |
| 391 | Vista Foundation Fund I Equity, LLC 2009 Form 1065 | | |
| 392 | Vista Foundation Fund I Equity, LLC 2010 Form 1065 | | |
| 393 | Vista Foundation Fund I Equity, LLC 2011 Form 1065 | | |
| 394 | Vista Foundation Fund I Equity, LLC 2012 Form 1065 | | |
| 395 | Vista Foundation Fund I Equity, LLC 2013 Form 1065 | | |
| 396 | Vista Foundation Fund I Equity, LLC 2014 Form 1065 | | |
| 397 | Vista Foundation Fund I GP, LLC 2009 Form 1065 | | |
| 398 | Vista Foundation Fund I GP, LLC 2010 Form 1065 | | |
| 399 | Vista Foundation Fund I GP, LLC 2011 Form 1065 | | |
| 400 | Vista Foundation Fund I GP, LLC 2012 Form 1065 | | |
| 401 | Vista Foundation Fund I GP, LLC 2013 Form 1065 | | |
| 402 | Vista Foundation Fund I GP, LLC 2014 Form 1065 | | |
| 403 | Vista Equity Partners Fund IV Equity, 2011 Form 1065, Partnership Return | | |
| 404 | Vista Equity Partners Fund IV Equity, 2012 Form 1065, Partnership Return | | |

| | | | |
|---|---|---|---|
| 405 | Vista Equity Partners Fund IV Equity, 2013 Form 1065, Partnership Return | | |
| 406 | Vista Equity Partners Fund IV Equity, 2014 Form 1065, Partnership Return | | |
| 407 | UC Transcript dated 3/24/2017, 9:07 - 9:08 am, 2 pgs | | |
| 408 | UC Transcript dated 3/24/2017, 2:21 - 2:23pm, 3 pgs | | |
| 409 | UC Transcript dated 3/24/2017, 3:11 - 3:51 pm ,42 pgs | | |
| 410 | UC Transcript dated 3/25/2017, 11:43 - 11:43am, 2 pgs | | |
| 411 | UC Transcript dated 3/27/2017, 10:45- 11:10 am, 25 pgs | | |
| 412 | UC Transcript dated 5/24/2017, 9:42 - 11:46 am, 124 pgs | | |
| 413 | UC Transcript dated 11/14/2017, 12:50 - 1:10pm, 24 pgs | | |
| 414 | UC Transcript dated 3/21/2018 8:33 min audio clip | | |
| 415 | UC Transcript dated 12/4/2017, 11:30am call transcript 1pg* | | |
| 416 | UC Transcript dated 1/22/2018, 12:30pm - 00:00pm, 49 pgs | | |
| 417 | UC Transcript dated 1/23/2018, 9:17 am voicemail transcript, 1 pg | | |
| 418 | UC Transcript dated 1/23/2018 9:30am - 00:00:00, 3 pgs | | |
| 419 | UC Transcript dated 1/23/2018 11:21 am - 00:00 am, 8 pgs | | |
| 420 | UC Transcript dated 1/23/2018 4:05pm - 00:00 am , 7 pgs | | |

| | | | |
|---|---|---|---|
| 421 | UC Transcript dated 1/23/2018, 4:44pm voicemail transcript, 1 pg | | |
| 422 | UC Transcript dated 1/23/2018, 4:05 pm -00:00 am transcript 7 pgs | | |
| 423 | UC Transcript dated 2/7/2018 8:45 am - 11:30 am, 205 pgs | | |
| 424 | UC Transcript dated 2/8/2018 4:22pm - 00:00pm, 2 pgs | | |
| 425 | UC Transcript dated 2/8/2018 11:05 am - 00:00am, 6 pgs | | |
| 426 | UC Transcript dated 2/15/2018, 11:00 am 00:00am 48 pgs | | |
| 427 | UC Transcript dated 2/15/2018, 00:00 unk - 00:00 unk, 35 pgs | | |
| 428 | UC Transcript dated 2/22/2018, 1:00 pm - 00:00pm 54 pgs | | |
| 429 | UC Transcript dated 2/23/2018, 3:13pm - 00:00pm 3 pgs | | |
| 430 | UC Transcript dated 2/23/2018, 3:30pm - 00:00pm 8 pgs | | |
| 431 | UC Transcript dated 2/24/2018 10:12 am - 00:00am 2 pgs | | |
| 432 | UC Transcript dated 2/24/2018 8:10pm - 0:00pm 2 pgs | | |
| 433 | UC Transcript dated 2/25/2018, 5:24 pm - 00:00pm 3 pgs | | |
| 434 | UC Transcript dated 2/25/2018 10:44pm - 00:00am 2 pgs | | |
| 435 | UC Transcript dated 2/25/2018, 5:15pm - 00:00pm 10 pgs | | |
| 436 | UC Transcript dated 3/9/2018 4:34pm voicemail transcript 1 pg | | |

| | | | |
|---|---|---|---|
| 437 | UC Transcript dated 3/11/2018 4:10pm call voicemall transcript 1 pg | | |
| 438 | UC Transcript dated 3/11/2018 6:08 pm voicemail transcript 1 pg | | |
| 439 | UC Transcript dated 3/11/2018 8:25pm call left vm transcript 1 pg | | |
| 440 | UC Transcript dared 3/1/2018 11:20 am call 7 pgs | | |
| 441 | UC Transcript dated 3/12/2018 11:32am call transcript 2 pgs | | |
| 442 | UC Transcript dated 3/21/2018, 1:50pm - 00:00:00 13 pgs | | |
| 443 | UC Transcript dated 4/5/2018, 00:00 - 00:00 2 pgs | | |
| 444 | UC Transcript dated 3/27/2018 1:50pm - 00:00:00 11 pgs | | |
| 445 | UC Transcript dated 4/5/2018, 8:19pm -00:00:00 3 pgs | | |
| 446 | UC Transcript dated 4/5/2018 3:20pm - 00:00:00 10 pgs | | |
| 447 | UC Transcript dated 4/5/2018 4:04 pm - 00:00:00 2 pgs | | |
| 448 | UC Transcript dated 4/5/2018 2:10pm - 00:00:00 2 pgs | | |
| 449 | UC Transcript dated 4/5/2018 6:35pm - 00:00:00 14 pgs | | |
| 450 | UC Transcript dated 4/7/2018 2:45pm - 00:00:00 13 pgs | | |

| 451 | UC Transcript dated 5/24/2018 12pm call transcript 7pgs | | |
| 452 | UC Transcript dated 5/31/2018 3:05 pm  msg for Arguelles transcript, 2pgs | | |
| 453 | UC Transcript dated 6/6/2018 3:30pm message for Arguelles transcript 2 pgs | | |
| 454 | UC Transcript dated 6/6/2018 5:45pm call with Arguelles transcript 5 pg | | |
| 455 | UC Transcript dated 6/28/2018 12:20 pm call transcript 20 pgs | | |
| 456 | UC Transcript dated 7/11/2018 11:15 am call transcript 24 pgs | | |
| 457 | UC Transcript dated 7/31/2018 4:50 pm message for Robert Erwin transcript 2 pgs | | |
| 458 | UC Transcript dated 8/1/2018 4:27 pm voicemail transcript 1 pg | | |
| 459 | UC Transcript dated 8/2/2018 10:00 am msg for Robert Erwin transcript 2 pgs | | |
| 460 | UC Transcript dated 8/11/2018 11:10 am transcript 25 pgs | | |
| 461 | UC Transcript dated 8/17/2018 11:55 am transcript 32 pgs | | |
| 462 | UC Transcript dated 8/17/2018 9:20am voicemail transcript 1 pg | | |
| 463 | UC Audio, Audio/Video Placeholder - File Name WS400387.WMA | | |
| 464 | UC Audio, Audio/Video Placeholder - File Name WS400388.WMA | | |
| 465 | UC Audio, Audio/Video Placeholder - File Name WS400389.WMA | | |
| 466 | UC Audio, Audio/Video Placeholder - File Name WS400390.WMA | | |

| 467 | UC Audio, Audio/Video Placeholder - File Name WS400391.WMA | | |
| 468 | UC Audio, 5/24/2007 9:42A 2:04:54 min audio | | |
| 469 | UC Audio, Audio/video Placeholder - File Name WS400403.WMA | | |
| 470 | UC Audio 12/14/2017 1:02:34 audio clip | | |
| 471 | UC Audio 12/4/2017 1 min :09 sec audio | | |
| 472 | UC Audio 1/22/2018 36:27 sec audio | | |
| 473 | UC Audio 1/23/2018 0:42 sec audio | | |
| 474 | UC Audio 1/23/2018 1:30 sec audio | | |
| 475 | UC Audio , no date 4:06 audio | | |
| 476 | UC Audio 1/23/2018 3:40 sec audio | | |
| 477 | UC Audio 1/23/2018 40 sec audio vm | | |
| 478 | UC Audio 2/7/2018 2:45:52 sec audio | | |
| 479 | UC Audio 2/7/2018 0:47 sec audio | | |
| 480 | UC Audio 2/8/2018 3:31 sec audio | | |
| 481 | UC Audio 2/15/2016 38:52 sec audio | | |
| 482 | UC Audio 2/15/2018 27:42 sec audio | | |

| | | | |
|---|---|---|---|
| 483 | UC Audio 2/22/2018 39:32 sec audio | | |
| 484 | UC Audio 2/23/2018 1:27 sec audio vm | | |
| 485 | UC Audio 6/6/2018 1:05 sec audio | | |
| 486 | UC Audio 2/24/2018 0:48 sec audio vm | | |
| 487 | UC Audio 2/24/2018 1:26 sec audio | | |
| 488 | UC Audio 2/25/2018 5:45 sec audio | | |
| 489 | UC Audio 2/25/2018 1:13sec audio vm | | |
| 490 | UC Audio 2/25/2018 1:00 min audio clip | | |
| 491 | UC Audio 3/9/2019 0:41 sec audio vm | | |
| 492 | UC Audio 3/11/2018 0:29 sec audio | | |
| 493 | UC Audio 3/11/2018 1:19 sec audio | | |
| 494 | UC Audio 3/11/2018 1:29 sec audio | | |
| 495 | UC Audio 3/12/2018 1:21 sec audio | | |
| 496 | UC Audio 3/12/2018 8:21 sec audio | | |
| 497 | UC Audio 3/21/2018 8:33 sec audio | | |
| 498 | UC Audio 3/23/2018 0:33 sec audio vm | | |

| 499 | UC Audio 3/27/2018 6:14 sec audio | | |
|---|---|---|---|
| 500 | UC Audio 4/4/2018 1:28 sec audio | | |
| 501 | UC Audio 4/5/2018 0:36 sec audio | | |
| 502 | UC Audio 4/5/2018 6:12 sec audio | | |
| 503 | UC Audio 4/5/2018 0:46 sec audio vm | | |
| 504 | UC Audio 4/5/2018 8:56 sec audio | | |
| 505 | UC Audio 4/7/2018 8:18 sec audio | | |
| 506 | UC Audio 5/24/2018 7:21 sec audio | | |
| 507 | UC Audio 5/31/2018 1:35 sec audio | | |
| 508 | UC Audio 6/6/2018 4:55 sec audio | | |
| 509 | UC Audio 6/6/2018 1:05 sec audio | | |
| 510 | UC Audio 6/28/2018 12:09 seca udio | | |
| 511 | UC Audio 7/11/2018 16:03 sec audio | | |
| 512 | UC Audio 7/31/2018 1:54 sec audio | | |
| 513 | UC Audio 8/1/2018 0:21 sec audio vm | | |
| 514 | UC Audio 8/2/2018 1:22 sec audio | | |

| | | | |
|---|---|---|---|
| 515 | UC Audio 8/11/2018 15:40 sec audio | | |
| 516 | UC Audio 8/17/2018 22:09 sec audio | | |
| 517 | UC Audio 8/17/2018 0:36 sec audio vm | | |
| 518 | IRS 2013 Audit File for Vista | | |
| 519 | IRS 2013 Audit File for Robert Smith | | |
| 520 | IRS 2015 Audit File Workpaper for Robert Smith | | |
| 521 | Statement of Glenn D. Godfrey | | |
| 522 | Letter from C. Kepke to G. Godfrey re Robert F. Smith | | |
| 523 | Document Title "Asset Protection With Foreign Trusts" | | |
| 524 | Letter from E. Arguelles to R. Smith re Excelsior Trust | | |
| 525 | Fax from R. Smith to G. Godfrey re Excelsior Trust | | |
| 526 | Fax from C. Kepke to E. Arguelles re: Excelsior Trust | | |
| 527 | Letter from E. Arguelles to H. Waddington re: Excelsior Trust | | |
| 528 | Fax from C. Kepke to G. Godfrey re Excelsior Trust Robert F. Smith | | |
| 529 | Letter from J. Godfrey to Provident Bank & Trust of Belize we $15,000 transfer | | |
| 530 | Letter from C. Kepke to E. Arguelles re Excelsior Trust Flash Holdings, LLC | | |

| | | | |
|---|---|---|---|
| 531 | Fax from C. Kepke to E. Arguelles re: Excelsior Trust Date | | |
| 532 | Fax from C. Kepke to E. Arguelles re: Excelsior Trust (w/ handwritten notes) | | |
| 533 | Email from R. Smith to E. Arguelles re: Invoice for creation of Excelsior | | |
| 534 | Fax from C. Kepke to G. Godfrey re Excelsior Trust | | |
| 535 | Fax from E. Arguelles to C. Kepke re 30k payment | | |
| 536 | Fax from E. Arguelles to R. Smith  re: trust corpus | | |
| 537 | Message from R. Smith to E. Arguelles re payment of invoice | | |
| 538 | Copy of check for $30,000 to Cititrust | | |
| 539 | Letter from E. Arguelles to C. Kepke re Trust Indenture | | |
| 540 | Letter from E. Arguelles to C. Kepke re bearer share certificates | | |
| 541 | Letter from E. Arguelles to H. Waddington re: signatory for Flash Holdings | | |
| 542 | Fax from E. Arguelles to C. Kepke re Excelsior Trust ownership of Flash Holdings | | |
| 543 | Letter from C. Kepke to E. Arguelles re Excelsior Trust Flash Holdings LLC | | |
| 544 | Letter from C. Kepke to E. Arguelles re: Excelsior Trust Flash Holdings | | |
| 545 | Fax from C. Kepke to E. Arguelles re Excelsior Trust | | |
| 546 | Fax from E. Arguelles to C. Kepke re bearer shares | | |

| | | | |
|---|---|---|---|
| 547 | Fax from C. Kepke to E. Arguelles re Excelsior Trust | | |
| 548 | Fax from E. Arguelles to R. Smith re: Serco Management | | |
| 549 | Letter from E. Arguelles to Serco Management re Flash Holdings LLC | | |
| 550 | Fax from S. Thuraiayah for E. Arguelles to C. Kepke re Flash Holdings LLC | | |
| 551 | Letter from E. Arguelles to Serco Management re Flash Holdings LLC | | |
| 552 | Letter from ATU to E. Arguelles re Flash Holdings LLC | | |
| 553 | Fax from C. Kepke to S. Thuraiaiyah re Excalibur - Excalibur Trust - Flash Holdings | | |
| 554 | Letter from A. Sosa to C. Kepke re Bearer Shares of Flash Holdings (various copies) | | |
| 555 | Fax from C. Kepke to A. Sosa re holding Flash shares by relative in UK | | |
| 556 | Letter from A. Sosa to C. Kepke re holding Flash shares by relative in UK | | |
| 557 | Fax from C. Kepke to A. Sosa re Flash Holdings LLC | | |
| 558 | Fax from L. Longworth to C. Kepke re Excelsior Trust/Flash Holdings, LLC | | |
| 559 | Email from J. Godfrey to P. Ott Vista Management Ltd. | | |
| 560 | Email from R. Smith to J. Godfrey re Trust Registration | | |
| 561 | Emails re Flash Holdings LLC | | |
| 562 | Email exchanges between J. Godfrey and others re Vista Management Ltd. | | |

| 563 | Letter from C. Kepke to J. Godfrey re Flash Holdings LLC | | |
|---|---|---|---|
| 564 | Notice of Termination of Cititrust as Trustee of Excelsior Trust | | |
| 565 | Notice of Resignation of Trustee | | |
| 566 | Letter from Cititrust to B. Escalante re transition of Excelsior Trust documents | | |
| 567 | Flash Holdings Operating Agreement | | |
| 568 | Resignation of Organization Rights | | |
| 569 | Written Resolution of the Sole Member of the Company | | |
| 570 | Flash Holdings Endorsement Certificate | | |
| 571 | Flash Bearer Share Certificate | | |
| 572 | 2009 Form 1040 Carlos Kepke | | |
| 573 | 2010 Form 1040 Carlos Kepke | | |
| 574 | 2011 Form 1040 Carlos Kepke | | |
| 575 | 2012 Form 1040 Carlos Kepke | | |

| 576 | 2012 Form 1040 Carlos Kepke Part 2 | | |
|-----|-------------------------------------|--|--|
| 577 | 2012 Form 1040 Carlos Kepke Sch C | | |
| 578 | 2013 Form 1040 Carlos Kepke | | |
| 579 | 2014 Form 1040 Carlos Kepke | | |
| 580 | 2015 Form 1040 Carlos Kepke | | |
| 581 | 2016 Form 1040 Carlos Kepke | | |
| 582 | 2017 Form 1040 Carlos Kepke | | |
| 583 | 2015 Form 1040X Carlos Kepke | | |
| 584 | 2018 Form 1040 Carlos Kepke | | |
| 585 | 2019 Form 1040 Carlos Kepke | | |
| 586 | MOI Emil Arguelles | | |

| 587 | MOI Emil Arguelles | | |
|-----|--------------------|--|--|
| 588 | MOI Emil Arguelles | | |
| 589 | MOI Denise Davis | | |
| 590 | MOI Denise Davis | | |
| 591 | MOI Denise Davis | | |
| 592 | MOI Joy Godfrey | | |
| 593 | MOI Joy & Glenn Godfrey | | |
| 594 | MOI Joy & Glenn Godfrey | | |
| 595 | MOI  Roger Humphreys | | |
| 596 | MOI Kin Kong | | |
| 597 | MOI Brian Mah | | |
| 598 | MOI Brian Mah | | |
| 599 | MOI Robert Mah | | |
| 600 | Intentionally Blank | | |
| 601 | Intentionally Blank | | |
| 602 | MOI Robert Smith | | |
| 603 | MOI Robert Smith | | |
| 604 | MOI Robert Smith | | |

| 605 | MOI Robyn Neal | | |
|---|---|---|---|
| 606 | MOI Robyn Neal | | |
| 607 | Designation 1 | | |
| 608 | Designation 2 | | |
| 609 | Designation 3 | | |
| 610 | Designation 4 | | |
| 611 | Designation 5 | | |
| 612 | Designation 6 | | |
| 613 | Designation 7 | | |
| 614 | Designation 8 | | |
| 615 | Designation 9 | | |
| 616 | Designation 10 | | |
| 617 | Designation 11 | | |
| 618 | Designation 12 | | |
| 619 | GJ Transcript Robert Smith dated 3-18-2021 | | |
| 620 | GJ Transcript Roger Humphries dated 1-26-2017 | | |

| | | | |
|---|---|---|---|
| 621 | GJ Transcript Brian Mah dated 1-26-2017 | | |
| 622 | GJ Transcript Robert Mah dated 5-11-2017 | | |
| 623 | GJ Transcript Denise Davis dated 7-20-2017 | | |
| 624 | GJ Transcript Denise Davis dated 2-8-2018 | | |
| 625 | GJ Transcript Denise Davis dated 5-10-2018 | | |
| 626 | GJ Transcript Robyn Neal dated 4-5-2018 | | |
| 627 | GJ Transcript Emil Arguelles dated 11-8-2018 | | |
| 628 | GJ Transcript Glenn Godfrey dated 12-6-2018 | | |
| 629 | GJ Transcript Glenn Godfrey dated 12-6-2018 | | |
| 630 | Invoice, Excelsior Trust, dated November 6, 2002 | | |
| 631 | Debit Advice for $48,867,000.00, dated November 14, 2014 | | |
| 632 | Email, Kepke to Smith, dated December 21, 2010 | | |
| 633 | Email, Kepke to John Staples, cc: Smith, dated May 11, 2012 | | |
| 634 | Email, Smith to Kepke, dated June 4, 2013 | | |
| 635 | Email, Smith to Kepke, dated September 18, 2013 | | |
| 636 | Email, Kepke to John Warnken Brill, cc: Arguelles dated August 30, 2012 | | |

| 637 | Carlos Kepke, Amegy Bank Records | | |
|---|---|---|---|
| 638 | Letter from C. Kepke to A. Maduro | | |
| 639 | Flash-Vista Management Agreement | | |
| | | | |
| | | | |
| | | | |