# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date:  November 28, 2022                                            Judge:  Hon. James Donato

Court Reporter:  Debra Pas
Time:  3 Minutes
Case No.        **3:21-cr-00155-JD-1**
Case Name        **USA v. Carlos E. Kepke**

Attorneys for Government:        Michael G. Pitman, Corey J. Smith, and Boris Bourget
Attorneys for Defendant:        Grant P. Fondo, Richard M. Strassberg

Deputy Clerk:  Lisa Clark

### PROCEEDINGS

Status Conference -- Held.

### NOTES AND ORDERS

The Court is advised that defendant Kepke has passed away.  All remaining trial dates are
vacated.

A status conference is set for March 6, 2023.