UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA



FILED
NOV 25 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>Plaintiff(s),<br>v.<br>Carlos E. Kepke,<br>Defendant(s). | Case No. 3:21-CR-0155-JD<br><br>APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE<br>(CIVIL LOCAL RULE 11-3) |

I, Scott D. Michel, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Robert F. Smith in the above-entitled action. My local co-counsel in this case is Christopher W. Keegan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 232045.

Caplin & Drysdale Chartered
One Thomas Circle NW, Suite 1100
Washington, DC 20005
MY ADDRESS OF RECORD

Kirkland & Ellis LLP
555 California Street, 27th Floor
San Francisco, CA 94104
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 862-5030
MY TELEPHONE # OF RECORD

(415) 439-1882
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

smichel@capdale.com
MY EMAIL ADDRESS OF RECORD

chris.keegan@kirkland.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 349928.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 23, 2022          Scott D. Michel
                                   APPLICANT

---

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Scott D. Michel is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/30/2022

_____
UNITED STATES DISTRICT JUDGE