1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  MICHAEL G. PITMAN (DCBN 484164)
   Assistant United States Attorney
5  150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
6  Telephone:    (408) 535-5040
   Facsimile:    (408) 535-5081
7  Email: michael.pitman@usdoj.gov

8  COREY J. SMITH (MABN 553615)
   Senior Litigation Counsel
9  United States Department of Justice
   Telephone:    (202)514-5230
10 Email: corey.smith@usdoj.gov

11 Attorneys for United States of America

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15 UNITED STATES OF AMERICA,              Criminal No. 3:21-CR-00155-JD

16       Plaintiff,                       UNITED STATES' MOTION TO DISMISS
                                          INDICTMENT AND SUGGESTION OF
17       v.                               DEATH UPON THE RECORD AND
                                          [PROPOSED] ORDER
18
   CARLOS E. KEPKE,
19
         Defendant.
20

21       The United States of America respectfully moves the Court for an order dismissing the

22 indictment in this matter.  The Government suggests the death of Defendant Carlos Kepke during the

23 pendency of this action.  Defendant was charged in this matter with one count of conspiracy to defraud

24 the United States under 18 U.S.C. § 371 (Count 1) and three counts of aiding and assisting in the

25 preparation of materially false tax returns under 26 U.S.C. § 7206(2) (Counts 2 – 4).  Trial on all counts

26 was scheduled to begin with jury selection on November 28, 2022.  The Government has received the

27 following evidence that Defendant is deceased: On November 28, 2022, counsel for Defendant appeared

28 before the Court and represented that Defendant passed away on November 27, 2022; and the Houston

UNITED STATES' MOTION TO DISMISS INDICTMENT
AND SUGGESTION OF DEATH UPON THE RECORD
AND [PROPOSED] ORDER
Case No.: 3:21-CR-00155-JD

1

1   Police Department and the Medical Examiner for Harris County, Texas, have both issued preliminary

2   reports indicating that Defendant died in Houston, Texas, on November 27, 2022.

3

4    DATED: December 8, 2022                           Respectfully submitted,

5                                                      STEPHANIE M. HINDS
                                                       United States Attorney
6
                                                       *Thomas A. Colthurst*
7                                                      _____
                                                       THOMAS A. COLTHURST
8                                                      Chief, Criminal Division

9

10                                  [PROPOSED] ORDER

11          Based upon the facts set forth in the United States' Motion to Dismiss, and for good cause shown,

12   IT IS HEREBY ORDERED that the Government's Motion is granted, and this matter is hereby

13   dismissed.

14

15   SO ORDERED this _____ day of _____ 202__.

16

17

18                                                     _____
                                                       THE HONORABLE JAMES DONATO
19                                                     UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

UNITED STATES' MOTION TO DISMISS INDICTMENT                    2
AND SUGGESTION OF DEATH UPON THE RECORD
AND [PROPOSED] ORDER
Case No.: 3:21-CR-00155-JD